UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF IJK PALM LLC, | |
| Applicant, | CASE NO. _____ |
| For Leave to Issue Subpoenas for the Taking of a Deposition and the Production of Documents Pursuant to 28 U.S.C. § 1782(a). | |
| | June 13, 2016 |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Applicant IJK Palm LLC, the nongovernment corporate party in the above-listed matter, does not have any parent or publicly held corporation that owns 10% or more of its stock.

Respectfully submitted this 13th day of June, 2016.

_____
Frank J. Silvestri, Jr. (ct05367)
Verrill Dana LLP
33 Riverside Avenue
Westport, CT  06880
Tel: 203-222-0885
Fax: 203-226-8025
fsilvestri@verrilldana.com

*Counsel for Applicant IJK Palm LLC*

9392506-1