# EXHIBIT A

# EXHIBIT A

**PUBLIC AUCTION OF PROPERTY AND PLANTATIONS IN THE PROVINCE OF CORONEL PORTILLO AND PADRE ABAD, UCAYALI DEPARTMENT**

La Fiduciaria S.A., by virtue of the Trust Contract in Warranty Nº G00-T-0915-0850, with Public Deed dated September 2 of 2015, issued before the Public Notary of Manantay, Province of Coronel Portillo, Department of Ucayali, Dr. Paul Richard Pineda Gavilán, between Plantaciones de Pucallpa S.A.C. and Plantaciones de Ucayali S.A.C., as trustors; SH UOL Administrative Agent Ltd., as trustee; William James Randall as Depositary; and our institution as Fiduciary, informs to any interested person, that are under auction the assets that compose the trust patrimony of the aforementioned trust which are: (i) the real state; and (ii) the plantations that as of today are located in said states, according to the procedure detailed in the rules of the public auction that have been prepared for this effect. The public auction will take place the days June 30th, July 7th and July 14th in Lima, Peru in a location that will be informed afterwards to the interested bidders.

The interested bidders will be able to expressly indicate their interest to participate in the auction and request the rules for bidding through a written notarized communication sent to Calle Los Libertadores Nº 155 Piso Nº 8, San Isidro, with attention to La Fiduciaria. In order to have access to rules for bidding and the additional documentation related to the trust patrimony, as well as to be considered as bidder in the auction, the notarized letter from the interested bidder should be received by La Fiduciaria no later than Tuesday July 12

**LA FIDUCIARIA S.A.**
Área Legal
Fiduciaria Peruana