# EXHIBIT B

# EXHIBIT B

IN THE GRAND COURT OF THE CAYMAN ISLANDS
FINANCIAL SERVICES DIVISION

CAUSE NO FSD: 106 OF 2016 (      )

IN THE MATTER OF the Companies Law (2013 Revision)

AND IN THE MATTER OF United Oils Limited SEZC (In Voluntary Liquidation)

PETITION

TO THE GRAND COURT

The humble petition of Hugh Dickson and Michael Saville of Grant Thornton Specialist Services (Cayman) Limited, 10 Market Street #765, Camana Bay Grand Cayman KY1-9006, Cayman Islands ("Grant Thornton") as joint voluntary liquidators (together the "Petitioners") shows that:-

1. The Petitioners present this petition for a supervision order under section 124 of the Companies Law (2013 Revision), in respect of United Oils Limited SEZC (the "Company").

2. The Petitioners are the joint voluntary liquidators of the Company (the "JVLs"), appointed by extraordinary general meeting of the shareholders of the Company on 22 June 2016.

3. The Company is hopelessly insolvent, has no prospects of solvency and its sole director has confirmed that no certificate of insolvency pursuant to O.13 r.2(2) will be forthcoming.

4. The Company was formed in the Cayman Islands on 27 September 2012 with company number 272025, and registered office at Codan Trust Company (Cayman) Limited, Cricket Square, Hutchins Drive, PO Box 2681, Grand Cayman, KY1-1111, Cayman Islands.

5. The Company was formed for the purpose of holding investments in a number of Peruvian entities engaged in agricultural enterprises, namely the development of palm oil plantations. The Peruvian businesses have been financed by a combination of equity investment by the partnership and debt raised through issuing promissory notes.

6. Pursuant to these financing arrangements, which included a loan agreement dated 23 July 2014 and a security trust agreement entered into on 2 September 2015, title to certain key assets, namely land and palm oil palms, was transferred to a Peruvian trust vehicle, with a trust deed providing for a trustee to realise those assets in the event of default.

7. In February 2016 the Company defaulted on its payment obligations under its loan. Efforts by the Company to refinance prior to and since February, along with efforts at restructuring since February, were unsuccessful, leaving the Company unable to pay its debts. The shareholders have refused to provide additional funding and creditors have enforced the trust over the real estate in Peru.

8. The Company is insolvent as it is unable to meet its obligations as they fall due in the ordinary course as is set out in the attached statement of affairs of the sole director, Mr. William Randall.

9. The JVLs received confirmation from Mr. Randall on 7 July 2016 that a declaration of solvency would not be forthcoming, in respect of the Company.

10. Further, the JVLs are qualified insolvency practitioners and do consent to being appointed as joint official liquidators.

The Order Sought

Your Petitioners therefore humbly pray that:-

(1) The liquidation of the Company be continued under the supervision of the Court pursuant to section 124 of the Companies Law (2013 Revision);

(2) Hugh Dickson and Michael Saville, both of Grant Thornton Specialist Services (Cayman) Limited, 10 Market Street, #765 Camana Bay, Grand Cayman, KY1-9006, Cayman Islands, be appointed as joint official liquidators ("JOLs") of the Company.

(3) The JOLs shall not be required to give security for their appointment.

(4) In addition to the powers prescribed in Part II of the Third Schedule to the Companies Law (2013 Revision) which are exercisable without sanction of this Court, the JOLs may also without further sanction or intervention from this Court exercise the following powers set out in Part I of the Third Schedule to the Companies Law:

   i. The power to engage staff (whether or not as employees of the Company) to assist them in the performance of their functions; and

   ii. The power to engage attorneys and other professionally qualified persons to assist them in the performance of their functions.

   and for the avoidance of doubt the powers bestowed on the JOLs may be exercised by them within and outside of the Cayman Islands.

(5) The Petitioners' costs of this petition shall be paid out of the assets of the Company as an expense of the liquidation.

AND your Petitioners will ever pray etc.

DATED the 12th day of July 2016

*Conyers, Dill & Pearman*
_____
**CONYERS DILL & PEARMAN**
Attorneys for the Petitioners

This petition is intended to be served on all known creditors.

This Petition is presented by Conyers Dill & Pearman, Attorneys, for and on behalf of the Petitioners herein whose address for service is care of Cricket Square, Hutchins Drive, P.O. Box 2681, George Town, Grand Cayman KY1-1111.

- 4 -