# EXHIBIT C

# EXHIBIT C



# CAYMAN ISLANDS GAZETTE

Monday, 18 July 2016        Issue No.15/2016

## CONTENTS

**SUPPLEMENTS**
Laws, Bills, Regulations……….........................None
**COMMERCIAL**
Liquidation Notices, Notices of Winding Up,
  Appointment of Voluntary Liquidators and Notices to
  Creditors……………………………….........Pg.1064
Notices of Final Meeting
  Of Shareholders……………………………....Pg.1087
Partnership Notices……………………………Pg.1111
Bankruptcy Notices…………………….…...…......None
Receivership Notices……………………….…......None
Dividend Notices…………………………………None
Grand Court Notices…………………….....Pg.1117
Struck-off List……………………………………None
Reduction of Capital……………………………None
Notice of Special Strike……………...............Pg.1120
Dormant Accounts Notices………………......Pg.1120
Demand Notices…………………………….Pg.1126
Certificate of Merger Notices……………….......Pg.1127
Transfer of Companies…………………….......Pg.1129
Regulatory Agency Notices……………...............None
General Commercial Notices……………………..None
Patent and Trademarks …………………...……Pg.1131

**GOVERNMENT**
Deportation………………………………….........None
Constitution Order….……………………….....…None
Exclusion Orders….……………………………None
Election Notice…………………………..…...……None
Appointments…………………………………........None
Personnel Occurrences……………………………None
Long Service Awards……………………………None
Public Auction…….………………………………None
Departmental Notices…………………………….None
Court of Appeals Notices…………………………None
Overseas Territories Orders……………………....None
Land Notices……………………………….......Pg.1141
Change of Name……………………....................None
Remission of Sentence…………………………....None
Road Notices……………………………………None
Proclamations…………………………………….None
Probate and Administration……………….........Pg.1143
Errata Notices…………………………..............Pg.1144
**Gazette Publishing and Advertising**
**Information**………………………………….......Pg.1145
**Gazette Dates and Deadlines**………………....Pg.1146
**INDEX**………………………………...………Pg.1147

---

**NOTICE:** *Gazette Publishing Dates & Deadlines for the year as well as advertising and subscription rates are posted at the back of this Gazette.*

**USING THE GAZETTE:** The *Cayman Islands Gazette,* the official newspaper of the Government of the Cayman Islands is published fortnightly on Monday. The next issue (16/16) will be published on 1 August 2016 Closing time for lodgment of commercial notices will be 12 noon, Friday, 22 July 2016. **Government notices must be lodged at the Gazette Office by 12 noon on Wednesday (20 July 2016). This timeframe will be followed for all Gazettes.** Notices are accepted for publication in the next issue, unless otherwise specified.

Original copies of notices must be submitted for publication. Dates, proper names and signatures are to be shown clearly. Faxed transmissions of copy are not acceptable, unless arrangements have been made with the Gazette Office, in which case they must be followed by a signed original delivered the same day. We invite submissions by email for use with Microsoft Word software, followed, or accompanied, by an original print version. Covering instructions setting out requirements must accompany all notices. Copies will be returned unpublished if not submitted in accordance with these requirements.

**Notices for publication and related correspondence should be addressed to:**
Gazette Office
Government Information Services
2 Floor
Cayman Islands Government Administration Building
133 Elgin Avenue, Box 119, George Town
Grand Cayman KY1-9000
Telephone (345) 949-8092
Facsimile (345) 949-5936
caymangazette@gov.ky

Publishing dates, deadlines to the end of the year, and advertising and subscription rates are posted at the back of this *Gazette*.

# COMMERCIAL
## Voluntary Liquidator and Creditor Notices

### AVOCET LEASING LIMITED
### (In Voluntary Liquidation)
### ("The Company")
### Registration No: 117472

TAKE NOTICE that the Company was put into liquidation on 27 June 2016 by a special resolution passed by written resolution of the sole shareholder of the Company executed on 27 June 2016.

AND FURTHER TAKE NOTICE that Phang Thim Fatt of 8 Shenton Way #18-01, Singapore 068811, has been appointed voluntary liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims within 21 days of the publication of this notice and to establish any title they may have under the Companies Law (2013 Revision) (as amended) by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 18 day of July 2016**

PHANG THIM FATT
Voluntary Liquidator

**Contact:**
8 Shenton Way #18-01
Singapore 068811

### ARC FUND LTD.
### (The "Company")
### (In Voluntary Liquidation)

TAKE NOTICE THAT that the above-named Company was put into liquidation on 24 June 2016 by a special resolution of the Shareholder(s) of the Company by a written resolution executed on 24 June 2016.

AND FURTHER TAKE NOTICE THAT Intertrust SPV (Cayman) Limited of 190 Elgin Avenue, George Town, Grand Cayman KY1-9005, Cayman Islands, has been appointed Voluntary Liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims on or before 17 August 2016 to establish any title they may have under the Companies Law (as amended), or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 29 June 2016**

INTERTRUST SPV (CAYMAN) LIMITED
Voluntary Liquidator

**The address of the Voluntary Liquidator is:**
190 Elgin Avenue, George Town
Grand Cayman KY1-9005
Cayman Islands
**Contact for enquiries:**
Kim Charaman
Telephone: (345) 943-3100

### ADA EMERGING MARKETS FUND, LTD.
### (In Voluntary Liquidation)
### (the Company)

#### The Companies Law (As Amended)

TAKE NOTICE that the Company was put into voluntary liquidation on 24 June 2016 by a special resolution passed by a written resolution of the sole shareholder of the Company.

AND FURTHER TAKE NOTICE that Sachin Shah of 250 West 55th Street, 15th Floor, New York, NY  10019, United States has been appointed voluntary liquidator of the Company.

Creditors of the Company are to prove their debts or claims on or before 8 August 2016, and to establish any title they may have under the Companies Law (as amended), or be excluded from the benefit of any distribution made before such debts are proved or from objecting to the distribution.

**Date: 28 June 2016**

MOURANT OZANNES
SACHIN SHAH
Voluntary Liquidator

**Contact for enquiries:**
Jo-Anne Maher
Telephone: (345) 814-9255
Facsimile: (345) 949-4647
**Address for service:**
c/o Mourant Ozannes, Attorneys-at-law
94 Solaris Avenue, Camana Bay
PO Box 1348
Grand Cayman KY1-1108
Cayman Islands

### WESTLAND INSURANCE COMPANY
### (In VOLUNTARY LIQUIDATION)
### Notice To Creditors From Liquidator
### Registration CR-128239

TAKE NOTICE that the above-named Company was put into liquidation on 5 May 2016 by a special resolution passed at an extraordinary meeting of the Company.

AND FURTHER TAKE NOTICE that Michael Gibbs of 2nd Floor, Genesis Building, P.O Box 10027, Grand Cayman KY1-1001 has been appointed voluntary liquidator of the Company.

AND FURTHER TAKE NOTICE that creditors of the Company are to prove their debts or claims on or before 5 September 2016 and to establish any title they may have under the Companies Law, or be excluded from the benefit of any distribution made before such debts are proved or from objecting to the distribution.

**Date of Liquidation: 5 May 2016**

MICHAEL GIBBS
Voluntary Liquidator

**Office for Enquiries**
Michael Gibbs
Tel: (345) 946 2100 (Main)
Fax: (345) 946 2110
**Address for Service**
P O Box 10027
Grand Cayman KY1-1001
Cayman Islands

### OC WORD LTD.
### In Voluntary Liquidation)
### ("The Company")
### Registration No: 255777

TAKE NOTICE that the Company was put into liquidation on 27 June 2016 by a special resolution passed by written resolution of the sole

shareholder of the Company executed on 27 June 2016.

AND FURTHER TAKE NOTICE that Gail Steiner of Standard General L.P., 767 Fifth Avenue, 12th Floor, New York, New York 10153, United States of America, has been appointed voluntary liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims within 21 days of the publication of this notice and to establish any title they may have under the Companies Law (2013 Revision) (as amended) by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 18 day of July 2016**

GAIL STEINER
Voluntary Liquidator

**Contact:**
Standard General L.P.
767 Fifth Avenue
12th Floor
New York
New York 10153
United States of America
Tel: +1 212 257 4728
Email: gsteiner@standgen.com

### RIVERSIDE EQUITY STRATEGIES FUND
### SPC
### (The Company)
### (In Voluntary Liquidation)
### Registration No. QH-250278

TAKE NOTICE that the Company was put into liquidation on 28 June 2016 by a special resolution passed by the sole shareholder of the Company on 28 June 2016.

AND FURTHER TAKE NOTICE that Mourant Ozannes Cayman Liquidators Limited of 94 Solaris Avenue, Camana Bay, P.O. Box 1348, Grand Cayman KY1-1108, Cayman Islands, has been appointed voluntary liquidator of the Company.

Creditors of the Company are required on or before 18 August 2016 to send in their names and addresses and the particulars of their debts or

claims and the names and addresses of their attorneys-at-law (if any) to the attorneys-at-law for the Liquidator of the said Company as set out below, and if so required by notice in writing from the said Liquidator either by their attorneys-at-law or personally to come in and prove the said debts or claims at such time and place as shall be specified in such notice, or in default thereof they will be excluded from the benefit of any distribution made before such debts are proved.

**Dated this 29 day of June 2016**

PETER GOULDEN
MOURANT OZANNES CAYMAN
LIQUIDATORS LIMITED
Voluntary Liquidator

**Contact for enquiries:**

Mourant Ozannes
Attorneys-at-Law for the Company
Reference: NDL
Telephone: (+1) 345 949 4123
Facsimile:   (+1) 345 949 4647

*OR*

Mourant Ozannes Cayman Liquidators Limited
Reference: Peter Goulden
Telephone: (+1) 345 949 4123
Facsimile: (+1) 345 949 4647

**Address for Mourant Ozannes and Address for service:**

94 Solaris Avenue, Camana Bay
P.O. Box 1348
Grand Cayman KY1-1108
Cayman Islands

**RIVERSIDE FRONTIER OPPORTUNITIES FUND**
**(The Company)**
**(In Voluntary Liquidation)**
**Registration No. QH-276286**

TAKE NOTICE that the Company was put into liquidation on 28 June 2016 by a special resolution passed by the sole shareholder of the Company on 28 June 2016.

AND FURTHER TAKE NOTICE that Mourant Ozannes Cayman Liquidators Limited of 94 Solaris Avenue, Camana Bay, P.O. Box 1348, Grand Cayman KY1-1108, Cayman Islands, has been appointed voluntary liquidator of the Company.

Creditors of the Company are required on or before 18 August 2016 to send in their names and addresses and the particulars of their debts or claims and the names and addresses of their attorneys-at-law (if any) to the attorneys-at-law for the Liquidator of the said Company as set out below, and if so required by notice in writing from the said Liquidator either by their attorneys-at-law or personally to come in and prove the said debts or claims at such time and place as shall be specified in such notice, or in default thereof they will be excluded from the benefit of any distribution made before such debts are proved.

**Dated this 29 day of June 2016**

PETER GOULDEN
MOURANT OZANNES CAYMAN
LIQUIDATORS LIMITED
Voluntary Liquidator

**Contact for enquiries:**

Mourant Ozannes
Attorneys-at-Law for the Company
Reference: NDL
Telephone: (+1) 345 949 4123
Facsimile:   (+1) 345 949 4647

*OR*

Mourant Ozannes Cayman Liquidators Limited
Reference: Peter Goulden
Telephone: (+1) 345 949 4123
Facsimile: (+1) 345 949 4647

**Address for Mourant Ozannes and Address for service:**

94 Solaris Avenue, Camana Bay
P.O. Box 1348
Grand Cayman KY1-1108
Cayman Islands

**PINNACLE MEDICAL PROTECTIVE SPC**
**(In Voluntary Liquidation)**
**C/R # 121771**
**Notice Of Voluntary Winding Up And Notice For Creditors To Claim**

TAKE NOTICE that the Company was placed into Voluntary Liquidation by a written resolution passed by the sole shareholder of the Company on 17 June 2016.

AND FURTHER TAKE NOTICE that Graham Robinson and Russell Homer of Chris Johnson Associates Ltd, Elizabethan Square, 80 Shedden Road, PO Box 2499, Grand Cayman

KYI-1104, Cayman Islands have been appointed Joint Voluntary Liquidators of the Company.

AND NOTICE IS HEREBY GIVEN that Creditors of the company are to prove their debts or claims within 21 days of the publication of this notice and to establish any title they may have under the Companies Law (2013 Revision), or to be excluded from the benefit of any distribution made before the debts are proved or from objecting to the distribution.

**Dated this 29 day of June 2016**

GRAHAM ROBINSON
Joint Voluntary Liquidator

**Contact for enquiries:**
Tanya Armstrong
Telephone: (345) 946-0820
Facsimile: (345) 946-0864
**Address for service:**
PO Box 2499, George Town
Grand Cayman KYI-1104
Cayman Islands

### CALEDONIAN SECURITIES LIMITED
### (In Official Liquidation)
### ("The Company")
### The Companies Law
### Notice Of A General Meeting Of Creditors
### Grand Court Cause Fsd No. 26 Of 2015
### (ASCJ)

NOTICE IS HEREBY GIVEN that a meeting of creditors of the Company will be held on 3 August 2016 at 10:00am (Cayman Islands time) by telephone conference. Any person intending to participate in the meeting must send written notice of their intention to do so to the contact for enquiries below by 5:00pm (Cayman Islands time) on 29 July 2016. Dial in details will be provided upon confirmation of attendance.

**Dated this 18 day of July 2016**

MS. CLAIRE LOEBELL
Joint Official Liquidator

**Contact for enquires:**
Gerard Somers
C/o Ernst & Young Ltd.
62 Forum Lane, Camana Bay
PO Box 510
Grand Cayman KY1 -1106
Cayman Islands
Email: gerard.somers@ky.ey.com

### ROONEY LTD
### (In Voluntary Liquidation)
### The Companies Law (2013 Revision)
### Registration No. CR-1821

TAKE NOTICE THAT the above-named Company was put into voluntary liquidation on 28 June 2016 by a special resolution passed by the shareholders of the Company by a written resolution executed on 28 June 2016.

AND TAKE FURTHER NOTICE that Colin Reid was appointed Voluntary Liquidator of the Company for the purposes of the winding up and shall be entitled to remuneration in accordance with its published scale of fees from time to time in force

NOTICE IS HEREBY GIVEN that Creditors of the company are to prove their debts or claims on or before 18th August, 2016 and to establish any title they may have under the Companies Law (2013 Revision), or be excluded from the benefit of any distribution made before the debts are proved or from objecting to the distribution.

**Dated: 30 June 2016**

COLIN REID
Voluntary Liquidator

**Contact for enquiries:**
Wardour Management Services Limited
Tel: (345) 945-3301
Fax: (345) 945-3302
**Address for service:**
P O Box 10147
Grand Cayman KY1-1002

### GOLDMAN SACHS ISLAMIC PRODUCTS
### LIMITED
### (The "Company")
### (In voluntary liquidation)
### The Companies Law (As Revised)

TAKE NOTICE that the above-named Company was placed into liquidation on 7 July 2016, by a special resolution passed at an extraordinary meeting of the Company held on 7 July 2016.

AND TAKE FURTHER NOTICE that David Dyer of Deutsche Bank (Cayman) Limited of PO Box 1984, Boundary Hall, Cricket Square, 171 Elgin Avenue, Grand Cayman KY1-1104, Cayman Islands has been appointed as the Voluntary Liquidator of the Company.

Creditors of the Company are required within 30 days of the publication of this notice, to send in their names and addresses and the particulars of their debts and claims and the names and addresses of their attorneys-at-law (if any) to the undersigned. In default thereof, they will be excluded from the benefit of any distribution made before such debts are proved.

**Dated this 7 July 2016**

DAVID DYER
Voluntary Liquidator

**Contact for enquiries:**
Telephone: (345)949-8244
Facsimile: (345)949-5223
**Address for service:**
P.O. Box 1984
Grand Cayman KY1-1104

### B-C CIG HOLDINGS LTD.
### (The "Company")
### (In voluntary liquidation)
### The Companies Law (As Revised)

TAKE NOTICE that the above-named Company was placed into liquidation on 7 July 2016, by a special resolution passed at an extraordinary meeting of the Company held on 7 July 2016.

AND TAKE FURTHER NOTICE that David Dyer of Deutsche Bank (Cayman) Limited of PO Box 1984, Boundary Hall, Cricket Square, 171 Elgin Avenue, Grand Cayman KY1-1104, Cayman Islands has been appointed as the Voluntary Liquidator of the Company.

Creditors of the Company are required within 30 days of the publication of this notice, to send in their names and addresses and the particulars of their debts and claims and the names and addresses of their attorneys-at-law (if any) to the undersigned. In default thereof, they will be excluded from the benefit of any distribution made before such debts are proved.

**Dated this July 7 2016**

DAVID DYER
Voluntary Liquidator

**Contact for enquiries:**
Telephone: (345)949-8244
Facsimile: (345)949-5223
**Address for service:**
P.O. Box 1984
Grand Cayman KY1-1104

### GS LIQUIDITY PRODUCTS LIMITED
### (The "Company")
### (In voluntary liquidation)
### The Companies Law (As Revised)

TAKE NOTICE that the above-named Company was placed into liquidation on 7 July 2016, by a special resolution passed at an extraordinary meeting of the Company held on 7 July 2016.

AND TAKE FURTHER NOTICE that David Dyer of Deutsche Bank (Cayman) Limited of PO Box 1984, Boundary Hall, Cricket Square, 171 Elgin Avenue, Grand Cayman KY1-1104, Cayman Islands has been appointed as the Voluntary Liquidator of the Company.

Creditors of the Company are required within 30 days of the publication of this notice, to send in their names and addresses and the particulars of their debts and claims and the names and addresses of their attorneys-at-law (if any) to the undersigned. In default thereof, they will be excluded from the benefit of any distribution made before such debts are proved.

**Dated this 7 July 2016**

DAVID DYER
Voluntary Liquidator

**Contact for enquiries:**
Telephone: (345)949-8244
Facsimile: (345)949-5223
**Address for service:**
P.O. Box 1984
Grand Cayman KY1-1104

### ESFU DEAL LIMITED
### (The "Company")
### (In voluntary liquidation)
### The Companies Law (As Revised)

TAKE NOTICE that the above-named Company was placed into liquidation on 7 July 2016, by a special resolution passed at an extraordinary meeting of the Company held on 7 July 2016.

AND TAKE FURTHER NOTICE that David Dyer of Deutsche Bank (Cayman) Limited of PO Box 1984, Boundary Hall, Cricket Square, 171 Elgin Avenue, Grand Cayman KY1-1104, Cayman Islands has been appointed as the Voluntary Liquidator of the Company.

Creditors of the Company are required within 30 days of the publication of this notice, to send in their names and addresses and the particulars of

their debts and claims and the names and addresses of their attorneys-at-law (if any) to the undersigned. In default thereof, they will be excluded from the benefit of any distribution made before such debts are proved.

**Dated this 7 July  2016**

DAVID DYER
Voluntary Liquidator

**Contact for enquiries:**
Telephone: (345)949-8244
Facsimile: (345)949-5223
**Address for service:**
P.O. Box 1984
Grand Cayman KY1-1104

### LECON I SPC
### (The "Company")
### (In voluntary liquidation)
### The Companies Law (As Revised)

TAKE NOTICE that the above-named Company was placed into liquidation on 7 July 2016, by a special resolution passed at an extraordinary meeting of the Company held on 7 July 2016.

AND TAKE FURTHER NOTICE that David Dyer of Deutsche Bank (Cayman) Limited of PO Box 1984, Boundary Hall, Cricket Square, 171 Elgin Avenue, Grand Cayman KY1-1104, Cayman Islands has been appointed as the Voluntary Liquidator of the Company.

Creditors of the Company are required within 30 days of the publication of this notice, to send in their names and addresses and the particulars of their debts and claims and the names and addresses of their attorneys-at-law (if any) to the undersigned. In default thereof, they will be excluded from the benefit of any distribution made before such debts are proved.

**Dated this 7 July 2016.**

DAVID DYER
Voluntary Liquidator

**Contact for enquiries:**
Telephone: (345)949-8244
Facsimile: (345)949-5223
**Address for service:**
P.O. Box 1984
Grand Cayman KY1-1104

### GOLUB INTERNATIONAL LOAN LTD I
### (The "Company")
### (In voluntary liquidation)
### The Companies Law (As Revised)

TAKE NOTICE that the above-named Company was placed into liquidation on 7 July 2016, by a special resolution passed at an extraordinary meeting of the Company held on 7 July 2016.

AND TAKE FURTHER NOTICE that David Dyer of Deutsche Bank (Cayman) Limited of PO Box 1984, Boundary Hall, Cricket Square, 171 Elgin Avenue, Grand Cayman KY1-1104, Cayman Islands has been appointed as the Voluntary Liquidator of the Company.

Creditors of the Company are required within 30 days of the publication of this notice, to send in their names and addresses and the particulars of their debts and claims and the names and addresses of their attorneys-at-law (if any) to the undersigned. In default thereof, they will be excluded from the benefit of any distribution made before such debts are proved.

**Dated this 7 July  2016**

DAVID DYER
Voluntary Liquidator

**Contact for enquiries:**
Telephone: (345)949-8244
Facsimile: (345)949-5223
**Address for service:**
P.O. Box 1984
Grand Cayman KY1-1104

### MUFU DEAL LIMITED
### (The "Company")
### (In voluntary liquidation)
### The Companies Law (As Revised)

TAKE NOTICE that the above-named Company was placed into liquidation on 7 July 2016, by a special resolution passed at an extraordinary meeting of the Company held on 7 July 2016.

AND TAKE FURTHER NOTICE that David Dyer of Deutsche Bank (Cayman) Limited of PO Box 1984, Boundary Hall, Cricket Square, 171 Elgin Avenue, Grand Cayman KY1-1104, Cayman Islands has been appointed as the Voluntary Liquidator of the Company.

Creditors of the Company are required within 30 days of the publication of this notice, to send in their names and addresses and the particulars of

their debts and claims and the names and addresses of their attorneys-at-law (if any) to the undersigned. In default thereof, they will be excluded from the benefit of any distribution made before such debts are proved.

**Dated this 7 July  2016**

DAVID DYER
Voluntary Liquidator

**Contact for enquiries:**
Telephone: (345)949-8244
Facsimile: (345)949-5223
**Address for service:**
P.O. Box 1984
Grand Cayman KY1-1104

### VERTICAL NO.1 LIMITED
#### (The "Company")
#### (In voluntary liquidation)
#### The Companies Law (As Revised)

TAKE NOTICE that the above-named Company was placed into liquidation on 7 July 2016, by a special resolution passed at an extraordinary meeting of the Company held on 7 July 2016.

AND TAKE FURTHER NOTICE that David Dyer of Deutsche Bank (Cayman) Limited of PO Box 1984, Boundary Hall, Cricket Square, 171 Elgin Avenue, Grand Cayman KY1-1104, Cayman Islands has been appointed as the Voluntary Liquidator of the Company.

Creditors of the Company are required within 30 days of the publication of this notice, to send in their names and addresses and the particulars of their debts and claims and the names and addresses of their attorneys-at-law (if any) to the undersigned. In default thereof, they will be excluded from the benefit of any distribution made before such debts are proved.

**Dated this 7 July 2016**

DAVID DYER
Voluntary Liquidator

**Contact for enquiries:**
Telephone: (345)949-8244
Facsimile: (345)949-5223
**Address for service:**
P.O. Box 1984
Grand Cayman KY1-1104

### COF SPV 11/11, LTD.
#### (In Voluntary Liquidation)
#### ("The Company")
#### Registration No: 264145

TAKE NOTICE that the Company was put into liquidation on 30 June 2016 by a special resolution passed by written resolution of the sole shareholder of the Company executed on 30 June 2016.

AND FURTHER TAKE NOTICE that Walkers Liquidations Limited of Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands, has been appointed voluntary liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims within 21 days of the publication of this notice and to establish any title they may have under the Companies Law (2013 Revision) (as amended) by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 18 day of July 2016**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**
Cayman Corporate Centre
27 Hospital Road, George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidaton@walkersglobal.com

### SUNSHINE SUITES LTD.
#### (In Voluntary Liquidation)
#### (The "Company")
#### Notice of Liquidation
#### Companies Law (as revised)

TAKE NOTICE THAT the following special resolution was passed by the shareholders of SUNSHINE SUITES LTD. (In Voluntary Liquidation) on the 16th day of June 2016:

THAT the Company be wound up voluntarily and that Gregory H. Wray and Robert E.

Clements be appointed as joint liquidators of the Company for the purposes of the winding up.

NOTICE IS HEREBY GIVEN that creditors of the Company are required to provide details of and prove their debts or claims to the joint liquidators of the Company by 8 August 2016 and, in default thereof, will be excluded from the benefit of any distribution made before such debts or claims are proved or from objecting to any distribution.

**Dated: 16 June 2016**

GREGORY H. WRAY
ROBERT E.CLEMENTS
Joint Voluntary Liquidators

**Contact for enquiries:**
Gregory H. Wray and Robert E. Clements
**Address:**
c/o Floor 4, Willow House, Cricket Square,
PO Box 884
Grand Cayman KY1-1103
Cayman Islands
Tel +1 345 949 2648
Fax +1 345 949 8613

### GANYMEDE INTERMEDIATE LIMITED
### (In Voluntary Liquidation)
### ("The Company")
### Registration No: 293154

TAKE NOTICE that the Company was put into liquidation on 30 June 2016 by a special resolution passed by written resolution of the sole shareholder of the Company executed on 30 June 2016.

AND FURTHER TAKE NOTICE that Walkers Liquidations Limited of Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands, has been appointed voluntary liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims within 21 days of the publication of this notice and to establish any title they may have under the Companies Law (2013 Revision) (as amended) by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 18 day of July 2016**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**
Cayman Corporate Centre
27 Hospital Road, George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidation@walkersglobal.com

### UC UNIVERSE, LTD.
### (In Voluntary Liquidation)
### ("The Company")
### Registration No: 271189

TAKE NOTICE that the Company was put into liquidation on 30 June 2016 by a special resolution passed by written resolution of the sole shareholder of the Company executed on 30 June 2016.

AND FURTHER TAKE NOTICE that Walkers Liquidations Limited of Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands, has been appointed voluntary liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims within 21 days of the publication of this notice and to establish any title they may have under the Companies Law (2013 Revision) (as amended) by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 18 day of July 2016**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**
Cayman Corporate Centre
27 Hospital Road, George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidation@walkersglobal.com

**UC STILETTO, LTD.**
**(In Voluntary Liquidation)**
**("The Company")**
**Registration No: 223889**

TAKE NOTICE that the Company was put into liquidation on 30 June 2016 by a special resolution passed by written resolution of the sole shareholder of the Company executed on 30 June 2016.

AND FURTHER TAKE NOTICE that Walkers Liquidations Limited of Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands, has been appointed voluntary liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims within 21 days of the publication of this notice and to establish any title they may have under the Companies Law (2013 Revision) (as amended) by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 18 day of July 2016**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**
Cayman Corporate Centre
27 Hospital Road, George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidation@walkersglobal.com

**UC BACCHUS, LTD.**
**(In Voluntary Liquidation)**
**("The Company")**
**Registration No: 223890**

TAKE NOTICE that the Company was put into liquidation on 30 June 2016 by a special resolution passed by written resolution of the sole shareholder of the Company executed on 30 June 2016.

AND FURTHER TAKE NOTICE that Walkers Liquidations Limited of Cayman Corporate Centre, 27 Hospital Road, George

Town, Grand Cayman KY1-9008, Cayman Islands, has been appointed voluntary liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims within 21 days of the publication of this notice and to establish any title they may have under the Companies Law (2013 Revision) (as amended) by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 18 day of July 2016**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**
Cayman Corporate Centre
27 Hospital Road, George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidation@walkersglobal.com

**AURORA HEDGED EQUITY OFFSHORE**
**FUND LTD.**
**(In Voluntary Liquidation)**
**(The "Company")**
**Registration no. 135828**

TAKE NOTICE that the Company was put into liquidation on 30 June 2016 by a special resolution passed by written resolution of the sole shareholder of the Company executed on 30 June 2016.

AND FURTHER TAKE NOTICE that Scott Montpas of Aurora Investment Management L.L.C., 300 N. LaSalle Street, 52nd Floor, Chicago, Illinois 60054, United States of America, has been appointed voluntary liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims within 21 days of the publication of this notice and to establish any title they may have under the Companies Law (as amended) by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the

benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 18 day of July 2016**

SCOTT MONTPAS
Voluntary Liquidator

**Contact for enquiries:**
Scott Montpas
c/o Aurora Investment Management L.L.C.
300 N. La Salle Street
Chicago
Illinois  60654
United States of America
Tel. +312 762 6717
Email: SMontpas@aurorallc.com

### GRP NOMINEE CO.
### (In Voluntary Liquidation)
### ("The Company")
### Registration No: 162887

TAKE NOTICE that the Company was put into liquidation on 28 June 2016 by a special resolution passed at an extraordinary general meeting of the Company held on 28 June 2016.

AND FURTHER TAKE NOTICE that Brijesh Kalaria of The Blackstone Group, 345 Park Avenue, 31st Floor, New York, New York 10154, United States of America, has been appointed voluntary liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims within 21 days of the publication of this notice and to establish any title they may have under the Companies Law (2013 Revision) (as amended) by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 18 day of July 2016**

BRIJESH KALARIA
Voluntary Liquidator

**Contact:**
The Blackstone Group
345 Park Avenue, 31st Floor
New York
New York 10154
United States of America

Tel: +1 212 390 2819
Email: Brijesh.Kalaria@blackstone.com

### KAZAR LIMITED
### (In Voluntary Liquidation)
### (The "Company")
### The Companies Law

TAKE NOTICE THAT the above-named Company was put into liquidation on 24 June 2016 by a special resolution of the sole shareholder of the Company passed at an extraordinary meeting of the Company held on 24 June 2016.

AND FURTHER TAKE NOTICE that Nigel C. Bradley of Rue de Candolle 17, 1205 Geneva, Switzerland, has been appointed the voluntary liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are required to prove their debts or claims against the Company within 30 days of the publication of this notice and to establish any title they may have under the Companies Law (as amended), or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated 24 June 2016**

NIGEL C. BRADLEY
Voluntary Liquidator

**Contact for enquiries:**
Nigel C. Bradley
Telephone: +41 22 54 48 116
**The address of the liquidator is:**
Rue de Candolle 17
1205 Geneva
Switzerland

### MSN 2441 LEASING LIMITED
### (In Voluntary Liquidation)
### (The "Company")
### Registration No: 299886

TAKE NOTICE that the Company was put into liquidation on 1st July 2016 by a special resolution passed by way of written resolution of the sole shareholder on 1st July 2016.

AND FURTHER TAKE NOTICE that Phang Thim Fatt of 8 Shenton Way #18-01, Singapore 068811 has been appointed voluntary liquidator of the Company.

AND FURTHER TAKE NOTICE that creditors of the Company are invited to send in their names, addresses and the particulars of their debts or claims and the names and addresses of their attorneys-at-law (if any) to the undersigned, the voluntary liquidator of the Company.

**Dated this 1 day of July 2016**

PHANG THIM FATT
Voluntary Liquidator

**SUPER MPAM CAYMAN FUND LIMITED**
**(In Voluntary Liquidation)**
**(The "Company")**
**The Companies Law (2013 Revision)**
**Notice of Voluntary Winding Up**
**Registration No. CC-258089**

TAKE NOTICE that the above named Company was put into liquidation on June 30, 2016 by a written Special Resolution passed by the sole voting shareholder in lieu of a meeting.

AND FURTHER TAKE NOTICE that Christopher Rowland and Michael Pearson, 2nd Floor Harbour Centre, 42 North Church Street, George Town, Cayman Islands has been appointed Voluntary Liquidator of the Company.

CREDITORS OF THE COMPANY are to prove their debts or claims on or before July 30, 2016, and to establish any title they may have under the Companies Law (2013 Revision), or are to be excluded from the benefit of any distribution made before the debts are proved or from objecting to the distribution.

**Dated this 30 day of June 2016**

CHRISTOPHER ROWLAND
Joint Voluntary Liquidator

**Contact for enquiries:**
Richard Murphy
Fund Fiduciary Partners Limited
2nd Floor Harbour Centre
42 North Church Street
George Town, Grand Cayman
**Address for service:**
10 Market Street, #769, Camana Bay
Grand Cayman KY1-9006
Cayman Islands
Telephone:  +1 345 640 5863
Email: Richard.Murphy@fundfidcuiaries.com

**VSK (CPO) LIMITED**
**(The "Company")**
**(In Voluntary Liquidation)**
**The Companies Law (As Amended)**

TAKE NOTICE THAT the following resolution was passed by the sole shareholder of the Company by written resolution dated 5 July 2016.

"IT IS RESOLVED AS A SPECIAL RESOLUTION that the Company be voluntarily wound up and that Darren Riley and Laura Medley of Summit Management Limited, Suite #4-210, Governors Square, Grand Cayman KY1-1209, Cayman Islands be appointed as Joint Voluntary Liquidators for the purposes of such winding-up and that the Joint Voluntary Liquidators be remunerated at their usual customary rates."

NOTICE IS HEREBY GIVEN that the creditors of the Company which is being wound up voluntarily are required within 30 days of the publication of this notice, to send in their names and addresses and the particulars of their debts and claims and the names and addresses of their attorneys-at-law (if any) to the undersigned. In default thereof, they will be excluded from the benefit of any distribution made before such debts are proved.

**Dated this 5 day of July 2015**

DARREN RILEY
Joint Voluntary Liquidator

**Contact for enquiries:**
Darren Riley
Email: darren.riley@sml.ky
**Address for services:**
c/o Summit Management Limited
Suite # 4-210
Governors Square
23 Lime Tree Bay Avenue
PO Box 32311
Grand Cayman, KY1-1209
Cayman Islands

**BECA MACRO COMMODITIES FUND**
**(In voluntary liquidation)**
**Registration No: 258523**

TAKE NOTICE that the above-named Company was put into liquidation on 15 June 2016, by a special resolution passed at an extraordinary meeting of the Company held on 15 June 2016.

AND FURTHER TAKE NOTICE that Kristoffer Huldt and Oliver Saager, both of IFIT Fund Services AG, Voltastrasse 61, PO Box 2520, CH-8033, Zurich, Switzerland, has been appointed joint voluntary liquidators of the Company.

CREDITORS of the Company are required to furnish proof of their debt or claim against the Company on or before 19th August 2016, or be excluded from the benefit of any distribution made before such debts are proved and from objecting to the distribution.

**Dated this 20 day of June 2016**

KRISTOFFER HULDT
Joint Voluntary Liquidator

**Address for service:**
IFIT Fund Services AG
Voltastrasse 61
PO Box 2520
CH-8033, Zurich
Switzerland
Phone: +41 44 366 4016
Fax: +41 44 366 4039
Email: kh@ifit.net

### GOLDHORSE FUND
### (In Voluntary Liquidation)
### The Companies Law (Revised)
### Registered Company No OG-287802

The following special resolution was passed by the sole shareholder of the above-named company on 24 June 2016:

"That the Company be wound up voluntarily and that Kai Huang of Room 201, Building 17, 521 Lingzhao Road, Shanghai China 200124 be appointed as voluntary liquidator for the purpose of the winding up of the Company."

Creditors of this company are to prove their debts or claims within 21 days of the publication of this notice, and to establish any title they may have under the Companies Law (Revised), or be excluded from the benefit of any distribution made before such debts are proved or from objecting to the distribution.

**Date of Voluntary Liquidation: 24 June 2016**

KAI HUANG
Voluntary Liquidator

**Contact for enquiries:**
Name: David Lin
Telephone: +1 (345) 949 9876
Facsimile: +1 (345) 949-9877
**Address for service:**
c/o Ogier
89 Nexus Way, Camana Bay
Grand Cayman KY1-9009
Cayman Islands

### TOPAZ PROPERTIES LIMITED
### (In Voluntary Liquidation)
### The Companies Law (2013 Revision)
### Registration No. CR-98843

TAKE NOTICE THAT the above-named Company was put into voluntary liquidation on 28 June 2016 by a special resolution passed by the shareholders of the Company by a written resolution executed on 28 June 2016.

AND TAKE FURTHER NOTICE that Caroline Riou was appointed Voluntary Liquidator of the Company for the purposes of the winding up and shall be entitled to remuneration in accordance with its published scale of fees from time to time in force

NOTICE IS HEREBY GIVEN that Creditors of the company are to prove their debts or claims on or before 10th August, 2016 and to establish any title they may have under the Companies Law (2013 Revision), or be excluded from the benefit of any distribution made before the debts are proved or from objecting to the distribution.

**Dated: 6 July 2016**

CAROLINE RIOU
Voluntary Liquidator

**Contact for enquiries:**
Wardour Management Services Limited
Tel: (345) 945-3301
Fax: (345) 945-3302
**Address for service:**
P O Box 10147, Grand Cayman KY1-1002

### CHESAPEAKE PARTNERS MASTER FUND, LTD.
### (In Voluntary Liquidation)
### ("The Company")
### Registration No: 200868

TAKE NOTICE that the Company was put into liquidation on 1 July 2016 by a special resolution

passed by written resolution of the shareholders of the Company executed on 1 July 2016

AND FURTHER TAKE NOTICE that Chesapeake Partners Management Co., Inc of 2800 Quarry Lake Drive, Suite 300, Baltimore, MD 21209, United States, has been appointed voluntary liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims within 21 days of the publication of this notice and to establish any title they may have under the Companies Law (2013 Revision) (as amended) by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 18 day of July 2016**
**Contact:**
Mark Lerner, Vice President
2800 Quarry Lake Drive
Suite 300
Baltimore
MD 21209
United States
Tel: 410-602-0195
Email: mlerner@chespartners.com

### CALIBE INVESTMENT LTD.
### (In Voluntary Liquidation)
### (The "Company")
### The Companies Law (As Amended)

The following resolution was passed by the sole shareholder of the Company on 6 July 2016.

"THAT the Company be voluntarily wound-up and Morval Bank & Trust Cayman Ltd., 4th Floor Appleby Tower, 71 Fort Street, George Town, Grand Cayman, Cayman Islands be appointed as Liquidator for the purposes of such winding up."

Creditors of the Company are to prove their debts or claims on or before the 15 August 2016 and to establish any title they may have under the Companies Law (as amended), or will be excluded from the benefit of any distribution made before such debts are proved or from objecting to the distribution.

**Dated: 6 July 2016**

MORVAL BANK & TRUST CAYMAN LTD.
Voluntary Liquidator

**Contact for enquiries:**
Telephone:    1 (345) 949-9808
**Address for service:**
P.O. Box 30622
Grand Cayman KY1-1203
Cayman Islands

### EDANVI MANAGEMENT INC.
### (In Voluntary Liquidation)
### (The "Company")
### The Companies Law (As Amended)

The following resolution was passed by the sole shareholder of the Company on 6 July 2016

"THAT the Company be voluntarily wound-up and Morval Bank & Trust Cayman Ltd., 4th Floor Appleby Tower, 71 Fort Street, George Town, Grand Cayman, Cayman Islands be appointed as Liquidator for the purposes of such winding up."

Creditors of the Company are to prove their debts or claims on or before the 15 August 2016 and to establish any title they may have under the Companies Law (as amended), or will be excluded from the benefit of any distribution made before such debts are proved or from objecting to the distribution.

**Dated: 6 July 2016**

MORVAL BANK & TRUST CAYMAN LTD.
Voluntary Liquidator

**Contact for enquiries:**
Telephone:    1 (345) 949-9808
**Address for service:**
P.O. Box 30622
Grand Cayman KY1-1203
Cayman Islands

### THE FUTURE LTD.
### (In Voluntary Liquidation)
### (The "Company")
### The Companies Law (As Amended)

The following resolution was passed by the sole shareholder of the Company on 6 July 2016

"THAT the Company be voluntarily wound-up and Morval Bank & Trust Cayman Ltd., 4th Floor Appleby Tower, 71 Fort Street, George Town, Grand Cayman, Cayman Islands be appointed as Liquidator for the purposes of such winding up."

Creditors of the Company are to prove their debts or claims on or before the 15 August 2016 and to establish any title they may have under the Companies Law (as amended), or will be excluded from the benefit of any distribution made before such debts are proved or from objecting to the distribution.

**Dated: 6 July 2016**

MORVAL BANK & TRUST CAYMAN LTD.
Voluntary Liquidator

**Contact for enquiries:**
Telephone:   1 (345) 949-9808
**Address for service:**
P.O. Box 30622
Grand Cayman KY1-1203
Cayman Islands

### WILLOW INVESTMENT COMPANY
### (In Voluntary Liquidation)
### (The "Company")
### The Companies Law (As Amended)

The following resolution was passed by the sole shareholder of the Company on 6 July 2016

"THAT the Company be voluntarily wound-up and Morval Bank & Trust Cayman Ltd., 4th Floor Appleby Tower, 71 Fort Street, George Town, Grand Cayman, Cayman Islands be appointed as Liquidator for the purposes of such winding up."

Creditors of the Company are to prove their debts or claims on or before the 15 August 2016 and to establish any title they may have under the Companies Law (as amended), or will be excluded from the benefit of any distribution made before such debts are proved or from objecting to the distribution.

**Dated: 6 July 2016**

MORVAL BANK & TRUST CAYMAN LTD.
Voluntary Liquidator

**Contact for enquiries:**
Telephone:   1 (345) 949-9808
**Address for service:**
P.O. Box 30622
Grand Cayman KY1-1203
Cayman Islands

### BULOH INVESTMENT LTD.
### (The "Company")
### (In Voluntary Liquidation)
### Registration No.: 100665
### The Companies Law (As Amended)

TAKE NOTICE that the Company was put into liquidation on 30 June 2016 by a special resolution passed by the sole shareholder of the Company.

AND FURTHER TAKE NOTICE that ITA Bank and Trust Company, Ltd., Suite 4210, 2nd Floor Canella Court, 48 Market Street Camana Bay, P.O. Box 32202, Grand Cayman KY1-1208, has been appointed voluntary liquidator of the Company.

Creditors of the Company are to prove their debts or claims on or before 15 August 2016 and to establish any title they may have under the Companies Law (as amended,) or be excluded from the benefit of any distribution made before such debts are proved or from objecting to the distribution.

**Dated this 30 day of June 2016**

For and on behalf of
SCTS CAPITAL PTE. LTD.
As Sole Shareholder of Buloh Investment Ltd.
Authorised Signatories

**Contact for enquiries:**
Ian Phillips
Telephone: (345) 749-3344
Facsimile:  (345) 749-2230
**The address of the Liquidator is:**
Suite 4210, 2nd Floor Canella Court
48 Market Street, Camana Bay
PO Box 32203
Grand Cayman KY1-1208
Cayman Islands

### FI SSA FUND LTD
### (The "Company")
### In Voluntary Liquidation
### Notice of Liquidation
### Companies Law (as revised)

TAKE NOTICE THAT the following special resolution was passed by the sole member of FI SSA Fund Ltd (In Voluntary Liquidation) on the 17 day of June 2016:

THAT the Company be wound up voluntarily and that Emile Wirtz c/o Campbells, Floor 4,

Willow House, Cricket Square, Grand Cayman KY1-1103, Cayman Islands, Telephone: +1 345 949 2648 and Fax: +1 345 949 8613 be appointed as liquidator of the Company for the purposes of the winding up.

NOTICE IS HEREBY GIVEN that creditors of the Company are required to provide details of and prove their debts or claims to the liquidator of the Company within 21 days of the date of publication of this notice and, in default thereof, will be excluded from the benefit of any distribution made before such debts or claims are proved or from objecting to any distribution.

**Date: 8 July 2016**

EMILE WIRTZ
Voluntary Liquidator

**Contact for enquiries:**
Emile Wirtz
c/o Campbells
Floor 4, Willow House
Cricket Square
Grand Cayman KY1-1103
Cayman Islands
Telephone: +1 345 949 2648
Fax: +1 345 949 8613

### PERGAMON MASTER FUND, LTD.
### In Voluntary Liquidation)
### (The "Company")
### Registration No 139872

TAKE NOTICE that the Company was put into liquidation on 6 July 2016 by a special resolution passed by the sole shareholder of the Company dated 6 July 2016.

AND FURTHER TAKE NOTICE that Pergamon Offshore Advisors, L.P. of 590 Madison Avenue, 30th Floor NY, NY 10022 has been appointed voluntary liquidator of the Company.

AND FURTHER TAKE NOTICE that creditors of the Company are invited to send in their names, addresses and the particulars of their debts or claims and the names and addresses of their attorneys-at-law (if any) to the undersigned, care of the attorneys-at-law for the voluntary liquidator of the Company.

**Dated this 6 day of July 2016**

CATHY FLEMING
Authorized Signatory

For and on behalf of
PERGAMON OFFSHORE ADVISORS, L.P.
Voluntary Liquidator

**Contact for enquiries:**
590 Madison Avenue, 30th Floor
New York, NY 10022

### PELIKAN GLOBAL FIXED INCOME FUND
### (The "Company")
### (In Voluntary Liquidation)
### The Companies Law (2013 Revision)
### Registration No. 236489

TAKE NOTICE THAT the above-named Company was put into voluntary Liquidation on 7 July 2016 by a special resolution of the sole shareholder of the Company passed by written resolutions executed on 7 July 2016.

AND FURTHER TAKE NOTICE THAT Doran + Minehane, 59/60 O' Connell Street, Limerick, Ireland has been appointed voluntary liquidator of the Company (the "Liquidator").

AND NOTICE IS HEREBY GIVEN THAT creditors of the Company are required to send in their names and addresses and the particulars of their debts or claims within 21 days of the publication of this notice and the names and addresses of their attorneys at law (if any) to the undersigned. In default thereof, they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 7 day of July 2016**

DORAN + MINEHANE
Voluntary Liquidator

**Contact for enquires:**
Telephone: 00353 61 430000
Facsimile: 00353 61 408613
Email Stephen.doran@doranandminehane.com
**Address for service:**
59/60 O' Connell Street
Limerick
Ireland

### UNITED OILS LIMITED
### (In voluntary liquidation)
### Registration No. 272025

TAKE NOTICE that the above-named Company was put into liquidation on 22 June 2016 by a special resolution passed at an extraordinary meeting of the Company held on 22 June 2016.

AND FURTHER TAKE NOTICE that Michael Saville and Hugh Dickson of Grant Thornton Specialist Services (Cayman) Limited 10 Market Street #765, Camana Bay, Grand Cayman, Cayman Islands KY1 9006 have been appointed Joint Voluntary Liquidators of the Company.

Creditors of the company are required to prove their debts or claims on or before 8 August 2016 and to establish any title they may have under the Companies Law (2013 Revision), or be excluded from the

benefit of any distribution made before the debts are proved or from objecting to the distribution

**Dated this 18 day of July 2016**

MICHAEL SAVILLE
Joint Voluntary Liquidator

**Contact for Enquiries:**
John Henry
10 Market Street #765, Camana Bay
Grand Cayman KY1-9006
Cayman Islands
Telephone: (345) 769 7213
Facsimile: (345) 949 7120

### EAST RIVER OFFSHORE LIMITED
### (In Voluntary Liquidation)
### (The "Company")
### The Companies Law (Revised)

The following special resolution was passed by the sole shareholder of the Company on 1 July 2016:

THAT the Company be wound-up voluntarily and that Queensgate Bank and Trust Company Ltd, George Town, Grand Cayman, Cayman Islands, be and is hereby appointed Liquidator for the purposes of winding- up the Company.

Creditors of the Company are to prove their debts or claims on or before 12th August 2016 and to establish any title they may have under the Company Law (Revised), or to be excluded from the benefit of any distribution made before the debts are proved or from objecting to the distribution.

**Dated: 7 July 2016**

JANE FLEMING
Joint Voluntary Liquidator

**Contact for enquiries:**
Jane Fleming or Jean Ebanks
(345) 945-2187
(345) 945-2197
**Address for service:**
PO Box 30464
Grand Cayman KY1-1202
Cayman Islands

### JAMAICA SELECT INDEX FUND LTD.
### (The "Company")
### (In Voluntary Liquidation)
### Company Number: 114040

The following special resolutions were passed by the sole member of the Company on 6 July 2016:

THAT: the Company be voluntarily wound up in accordance with the Companies Law and that H&J Corporate Services (Cayman) Ltd of Willow House, 2nd Floor, Cricket Square, P.O. Box 866 Grand Cayman K1-1103 be appointed as Liquidator for the purposes of such winding up and that any power conferred on it by law or by this resolution, may be exercised and any act required or authorised under any enactment be done by it.

Creditors of the Company are to prove their debts or claims by or before 16 August 2016 and to establish any title they may have under the Companies Law, or be excluded from the benefit of any distribution made before such debts are proved or from objecting to the distribution.

**Date: 6 July 2016**

H&J CORPORATE SERVICES (CAYMAN) LTD
Voluntary Liquidator

**Contact for enquiries:**
Name: Inga Thompson
Telephone: 345-949-7555
**Address for service:**
Willow House, 2nd Floor, Cricket Square
P.O. Box 866
Grand Cayman KY1-1103

### TRINIDAD SELECT INDEX FUND LTD.
### (The "Company")
### (In Voluntary Liquidation)
### Company Number: 153671

The following special resolutions were passed by the sole member of the Company on 4 July 2016:

THAT: the Company be voluntarily wound up in accordance with the Companies Law and that H&J Corporate Services (Cayman) Ltd of Willow House, 2nd Floor, Cricket Square, P.O. Box 866 Grand Cayman K1-1103 be appointed as Liquidator for the purposes of such winding up and that any power conferred on it by law or by this resolution, may be exercised and any act required or authorised under any enactment be done by it.

Creditors of the Company are to prove their debts or claims by or before 16 August 2016 and to establish any title they may have under the Companies Law, or be excluded from the benefit of any distribution made before such debts are proved or from objecting to the distribution.

**Date: 6 July 2016**

H&J CORPORATE SERVICES (CAYMAN) LTD

Voluntary Liquidator

**Contact for enquiries:**
Name: Inga Thompson
Telephone: 345-949-7555
**Address for service:**
Willow House, 2nd Floor, Cricket Square
P.O. Box 866
Grand Cayman K1-1103

**BMB COMIT VENTURES XI LDC**
**In Voluntary Liquidation**
**(The "Company")**
**The Companies Law (2013 Revision)**
**Notice of Voluntary Winding Up**
**Registration No. CR-99003**

TAKE NOTICE that the above-named Company was put into liquidation on 7 July 2016 by a Special Resolution passed by the sole voting shareholder by way of a written resolution in lieu of a meeting.

AND FURTHER TAKE NOTICE that Michael Pearson and Christopher Rowland of Fund Solution Services Limited, 2nd Floor, Harbour Centre, 42 North Church Street, George Town, Grand Cayman, Cayman Islands have been appointed Voluntary Liquidators of the Company.

CREDITORS OF THE COMPANY are to prove their debts or claims on or before August 18, 2016, and to establish any title they may have under the Companies Law (2013 Revision), or are to be excluded from the benefit of any distribution made before the debts are proved or from objecting to the distribution.

**Dated this 18 day of July 2016**

CHRISTOPHER ROWLAND
Joint Voluntary Liquidator

**Contact for enquiries:**
Richard Murphy
Fund Solution Services Limited
2nd Floor Harbour Centre
42 North Church Street
George Town, Grand Cayman
**Address for Service:**
10 Market Street, #769 Camana Bay
Grand Cayman KY1-9006
Cayman Islands
Telephone:  +1 345 640 5863
Email:
Richard.Murphy@fundsolutionservices.com

**SONIC VISION INVESTMENTS I LIMITED**
**(The Company)**
**(In Voluntary Liquidation)**
**Registration No. MC-232556**

TAKE NOTICE that the Company was put into liquidation on 6 July 2016 by a special resolution passed by the sole shareholder of the Company on 6 July 2016.

AND FURTHER TAKE NOTICE that Mourant Ozannes Cayman Liquidators Limited of 94 Solaris Avenue, Camana Bay, P.O. Box 1348, Grand Cayman KY1-1108, Cayman Islands, has been appointed voluntary liquidator of the Company.

Creditors of the Company are required on or before 18 August 2016 to send in their names and addresses and the particulars of their debts or claims and the names and addresses of their attorneys-at-law (if any) to the attorneys-at-law for the Liquidator of the said Company as set out below, and if so required by notice in writing from the said Liquidator either by their attorneys-at-law or personally to come in and prove the said debts or claims at such time and place as shall be specified in such notice, or in default thereof they will be excluded from the benefit of any distribution made before such debts are proved.

**Dated this 7th day of July 2016**

PETER GOULDEN

Authorised Signatory
MOURANT OZANNES CAYMAN
LIQUIDATORS LIMITED
Voluntary Liquidator

**Contact for Enquiries:**
Mourant Ozannes
Attorneys-at-Law for the Company
Reference: NDL
Telephone: (+1) 345 949 4123
Facsimile:   (+1) 345 949 4647
*OR*
Mourant Ozannes Cayman Liquidators Limited
Reference: Peter Goulden
Telephone: (+1) 345 949 4123
Facsimile: (+1) 345 949 4647
**Address for Mourant Ozannes and Address for Service:**
94 Solaris Avenue, Camana Bay
P.O. Box 1348
Grand Cayman KY1-1108
Cayman Islands

### EAGLEVALE HELLENIC OPPORTUNITY MASTER FUND LTD.
### (In Voluntary Liquidation)
### The Companies Law (Revised)
### Registered Company No OG-286213

The following special resolution was passed by the sole shareholder of the above-named company on July 7 2016:

"That the Company be wound up voluntarily and that Eaglevale Partners LP of 1330 Avenue of Americas, 22nd Floor New York, New York 10019, United States be appointed as voluntary liquidator for the purpose of the winding up of the Company."

Creditors of this company are to prove their debts or claims within 21 days of the publication of this notice, and to establish any title they may have under the Companies Law (Revised), or be excluded from the benefit of any distribution made before such debts are proved or from objecting to the distribution.

**Date of Voluntary Liquidation: July 7 2016**
EAGLEVALE PARTNERS LP
Voluntary Liquidator

**Contact for enquiries:**
Name: Ridhiima Kapoor
Telephone: +1 (345) 949 9876

Facsimile: +1 (345) 949-9877
**Address for service:**
c/o Ogier
89 Nexus Way, Camana Bay
Grand Cayman KY1-9009
Cayman Islands

### EAGLEVALE HELLENIC OPPORTUNITY OFFSHORE FUND LTD.
### (In Voluntary Liquidation)
### The Companies Law (Revised)
### Registered Company No OG-286198

The following special resolution was passed by the sole shareholder of the above-named company on 7 July 2016:

"That the Company be wound up voluntarily and that Eaglevale Partners LP of 1330 Avenue of Americas, 22nd Floor New York, New York 10019, United States be appointed as voluntary liquidator for the purpose of the winding up of the Company."

Creditors of this company are to prove their debts or claims within 21 days of the publication of this notice, and to establish any title they may have under the Companies Law (Revised), or be excluded from the benefit of any distribution made before such debts are proved or from objecting to the distribution.

**Date of Voluntary Liquidation: 7 July 2016**
EAGLEVALE PARTNERS LP
Voluntary Liquidator

**Contact for enquiries:**
Name: Ridhiima Kapoor
Telephone: +1 (345) 949 9876
Facsimile: +1 (345) 949-9877
**Address for service:**
c/o Ogier
89 Nexus Way, Camana Bay
Grand Cayman KY1-9009
Cayman Islands

### INVEST AD - IRAQ OPPORTUNITY FUND
### (In Voluntary Liquidation)
### (The "Company")
### The Companies Law (2014 Revision)
### Registration No. 231973

TAKE NOTICE THAT the following resolution was passed by the sole shareholder of the Company by written resolution dated 30 June 2016;

RESOLVED THAT "the Company be wound up voluntarily and that Ken Stewart of Artillery Court, Shedden Road, PO Box 10085, Grand Cayman KY1-1001, Cayman Islands be appointed as voluntary liquidator (the "Liquidator") for the purpose of the winding up of the Company;"

NOTICE IS HEREBY GIVEN that the creditors of the Company which is being wound up voluntarily are required within 30 days of the publication of this Notice, to send their names and addresses and the particulars of their debt and claims and the names and addresses of their attorney-at-law (if any) to the undersigned. In default thereof, they will be excluded from the benefit of any distribution made before such debts are proved or from objecting to the distribution.

**Dated this 30 June 2016**

KEN STEWART
Voluntary Liquidator

**Address for services:**
c/o Apex Fund Services (Cayman) Limited
PO Box 10085
161a Artillery Court
Grand Cayman KY1 1001
Cayman Islands

### GOLDMAN SACHS PROPRIETARY LOAN ACCESS FUND LTD.
### (In Voluntary Liquidation)
### ("The Company")
### Registration No: 226169

TAKE NOTICE that the Company was put into liquidation on 7 July 2016 by a special resolution passed by written resolution of the sole shareholder of the Company executed on 7 July 2016.

AND FURTHER TAKE NOTICE that Walkers Liquidations Limited of Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands, has been appointed voluntary liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims within 21 days of the publication of this notice and to establish any title they may have under the Companies Law (2013 Revision) (as amended) by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 18 day of July 2016**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**
Cayman Corporate Centre
27 Hospital Road, George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidaton@walkersglobal.com

### UNITED OILS LIMITED SEZC
### (In voluntary liquidation)
### Registration No. 272025

TAKE NOTICE that the above-named Company was put into liquidation on 22 June 2016 by a special resolution passed at an extraordinary meeting of the Company held on 22 June 2016.

AND FURTHER TAKE NOTICE that Michael Saville and Hugh Dickson of Grant Thornton Specialist Services (Cayman) Limited 10 Market Street #765, Camana Bay, Grand Cayman, Cayman Islands KY1 9006 have been appointed Joint Voluntary Liquidators of the Company.

Creditors of the company are required to prove their debts or claims on or before 8 August 2016 and to establish any title they may have under the Companies Law (2013 Revision), or be excluded from the benefit of any distribution made before the debts are proved or from objecting to the distribution

**Dated this 18 day of July 2016**

MICHAEL SAVILLE
Joint Voluntary Liquidator

**Contact for Enquiries:**
John Henry
10 Market Street #765, Camana Bay
Grand Cayman KY1-9006
Cayman Islands
Telephone: (345) 769 7213
Facsimile: (345) 949 7120

### GOLDMAN SACHS EVENT RISK PREMIUM OPPORTUNTIES FUND OFFSHORE, LTD.
### (In Voluntary Liquidation)
### ("The Company")
### Registration No: 235748

TAKE NOTICE that the Company was put into liquidation on 7 July 2016 by a special resolution passed by written resolution of the sole shareholder of the Company executed on 7 July 2016.

AND FURTHER TAKE NOTICE that Walkers Liquidations Limited of Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands, has been appointed voluntary liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims within 21 days of the publication of this notice and to establish any title they may have under the Companies Law (2013 Revision) (as amended) by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 18 day of July 2016**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**
Cayman Corporate Centre
27 Hospital Road, George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidaton@walkersglobal.com

### PERGAMON OFFSHORE FUND, LTD.
### (In Voluntary Liquidation)
### (The "Company")
### Registration No 139873

TAKE NOTICE that the Company was put into liquidation on 6 July 2016 by a special resolution passed by the sole shareholder of the Company dated 6 July 2016.

AND FURTHER TAKE NOTICE that Pergamon Offshore Advisors, L.P. of 590 Madison Avenue, 30th Floor, NY, NY 10022 has been appointed voluntary liquidator of the Company.

AND FURTHER TAKE NOTICE that creditors of the Company are invited to send in their names, addresses and the particulars of their debts or claims and the names and addresses of their attorneys-at-law (if any) to the undersigned, care of the attorneys-at-law for the voluntary liquidator of the Company.

**Dated this 6 day of July 2016**

CATHY FLEMING
Authorized Signatory
For and on behalf of
PERGAMON OFFSHORE ADVISORS, L.P.
Voluntary Liquidator

**Address for service:**
590 Madison Avenue, 30th Floor
New York, NY 10022

### GOLDMAN SACHS STRUCTURED EMERGING MARKETS EQUITY FUND, LTD.
### (In Voluntary Liquidation)
### ("The Company")
### Registration No: 172972

TAKE NOTICE that the Company was put into liquidation on 30 June 2016 by a special resolution passed by written resolution of the sole shareholder of the Company executed on 30 June 2016.

AND FURTHER TAKE NOTICE that Walkers Liquidations Limited of Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands, has been appointed voluntary liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims within 21 days of the publication of this notice and to establish any title they may have under the Companies Law (2013 Revision) (as amended) by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 18 day of July 2016**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**
Cayman Corporate Centre
27 Hospital Road, George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidaton@walkersglobal.com

### LIBERTY HARBOR CONVEX STRATEGIES, LTD.
### (In Voluntary Liquidation)
### ("The Company")
### Registration No: 260534

TAKE NOTICE that the Company was put into liquidation on 30 June 2016 by a special resolution passed by written resolution of the sole shareholder of the Company executed on 30 June 2016.

AND FURTHER TAKE NOTICE that Walkers Liquidations Limited of Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands, has been appointed voluntary liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims within 21 days of the publication of this notice and to establish any title they may have under the Companies Law (2013 Revision) (as amended) by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 18 day of July 2016**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**
Cayman Corporate Centre
27 Hospital Road, George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidaton@walkersglobal.com

### GOLDMAN SACHS GLOBAL OPPORTUNITIES SELECT OFFSHORE, LTD.
### (In Voluntary Liquidation)
### ("The Company")
### Registration No: 258196

TAKE NOTICE that the Company was put into liquidation on 30 June 2016 by a special resolution passed by written resolution of the sole shareholder of the Company executed on 30 June 2016.

AND FURTHER TAKE NOTICE that Walkers Liquidations Limited of Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands, has been appointed voluntary liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims within 21 days of the publication of this notice and to establish any title they may have under the Companies Law (2013 Revision) (as amended) by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 18 day of July 2016**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**
Cayman Corporate Centre
27 Hospital Road, George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidaton@walkersglobal.com

### KEMNAY VALTURA LIMITED
### (The "Company")
### (In Voluntary Liquidation)
### The Companies Law (2013 Revision)

TAKE NOTICE THAT the following special resolution was passed by the sole shareholder of the Company by written resolution dated 6 July 2016;

"RESOLVED THAT the Company be voluntarily wound up and Scotiabank & Trust

(Cayman) Ltd., 6 Cardinall ave, 3rd Floor, Grand Cayman KY1-1106, Cayman Islands, be appointed as Liquidator to act for the purposes of such winding up."

NOTICE IS HEREBY GIVEN THAT the creditors of the Company, which is being wound up voluntarily, are required on or before the 19 day of August, 2016 to send in their names and addresses and the particulars of their debts or claims and the names and addresses of their attorneys at law (if any) to the undersigned. In default thereof, they will be excluded from the benefit of any distribution made before such debts are proved.

**Dated this 7 day of July 2016**

MAHESH NAGENDRAM
Voluntary Liquidator

**Address for service:**
c/o Scotiabank & Trust (Cayman) Ltd.
6 Cardinall ave
P.O. Box 501
Grand Cayman KY1-1106
Telephone: 345 815 4333

**WP X INVESTMENTS I LTD.**
**(In Voluntary Liquidation)**
**(The Company)**
**The Companies Law (As Amended)**

TAKE NOTICE that the Company was put into voluntary liquidation on 30 June 2016 by a special resolution passed by a written resolution of the sole shareholder of the Company.

AND FURTHER TAKE NOTICE that Mourant Ozannes Cayman Liquidators Limited of 94 Solaris Avenue, Camana Bay, PO Box 1348, Grand Cayman KY1-1108, Cayman Islands has been appointed voluntary liquidator of the Company.

Creditors of the Company are to prove their debts or claims on or before 8 August 2016, and to establish any title they may have under the Companies Law (as amended), or be excluded from the benefit of any distribution made before such debts are proved or from objecting to the distribution.

**Date: 8 July 2016**

MOURANT OZANNES CAYMAN
LIQUIDATORS LIMITED
Voluntary Liquidator

**Contact for enquiries:**
Jo-Anne Maher
Telephone: (345) 814-9255
Facsimile: (345) 949-4647
**Address for service:**
c/o Mourant Ozannes, Attorneys-at-law
94 Solaris Avenue, Camana Bay
PO Box 1348
Grand Cayman KY1-1108
Cayman Islands

**GLOBAL FOCUSED VALUE**
**INTERNATIONAL FUND LTD.**
**(In Voluntary Liquidation)**
**(the Company)**
**The Companies Law (As Amended)**

TAKE NOTICE that the Company was put into voluntary liquidation on 5 July 2016 by a special resolution passed by a written resolution of the sole shareholder of the Company.

AND FURTHER TAKE NOTICE that Erik Weir of 201 Riverplace, Suite 500, Greenville, SC, USA 29601, Cayman Islands has been appointed voluntary liquidator of the Company.

Creditors of the Company are to prove their debts or claims on or before 8 August 2016, and to establish any title they may have under the Companies Law (as amended), or be excluded from the benefit of any distribution made before such debts are proved or from objecting to the distribution.

**Date: 8 July 2016**

MOURANT OZANNES
ERIK WEIR
Voluntary Liquidator

**Contact for enquiries:**
Jo-Anne Maher
Telephone: (345) 814-9255
Facsimile: (345) 949-4647
**Address for service:**
c/o Mourant Ozannes, Attorneys-at-law
94 Solaris Avenue, Camana Bay
PO Box 1348
Grand Cayman KY1-1108
Cayman Islands

**ARABELLA EXPLORATION, INC.**
**In Official Liquidation**
**(The "Company")**
**Grand Court Cause No. FSD 72 of 2016 (RMJ)**
TAKE NOTICE that by order of the Grand Court made on 7 July 2016, the Company, with former registered office at PO Box 2681, Cricket Square, Hutchins Drive, Grand Cayman KY1-1111, Cayman Islands, was put into official liquidation in accordance with the Companies Law (2013 Revision).

AND FURTHER TAKE NOTICE that Matthew Wright and Christopher Kennedy of RHSW Caribbean, PO Box 897, Windward 1, Regatta Office Park, West Bay Road, Grand Cayman KY1-1103 have been appointed as Joint Official Liquidators ("JOLs") of the Company.

**Dated this 8 day of July 2016**
CHRISTOPHER KENNEDY
Joint Official Liquidator

**Contact for enquiries:**
James McGrath
Telephone: (345) 949 7576
Facsimile: (345) 949 8295
Email: jmcgrath@rhswcaribbean.com
**Address for Service:**
RHSW (Cayman) Limited
P.O. Box 897
Windward 1, Regatta Office Park
Grand Cayman KY1-1103
Cayman Islands

**APTINA, INC.**
**(In Voluntary Liquidation)**
**("The Company")**
**Registration No: 210143**
TAKE NOTICE that the Company was put into liquidation on 1 July 2016 by a special resolution passed by written resolution of the sole shareholder of the Company executed on 1 July 2016.

AND FURTHER TAKE NOTICE that Walkers Liquidations Limited of Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands, has been appointed voluntary liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims within 21 days of the publication of this notice and to establish any title they may have under the Companies Law (2013 Revision) (as amended) by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 18 day of July 2016**
WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**
Cayman Corporate Centre
27 Hospital Road
George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidation@walkersglobal.com

# Notices of Final Meeting of Shareholders

### GSA PARTNERS FUND LIMITED
### In Voluntary Liquidation
### ("the Company")
### The Companies Law (2013 Revision)
### Registration No. 268018

**Notice of final general meeting of the Company**
Pursuant to section 127 of the Companies Law (2013 Revision), the final general meeting of the Company will be held at the offices of Deloitte & Touche, 4th Floor, Citrus Grove Building, Goring Avenue, George Town, KY1-1109 on 8 August 2016 at 11:00.

**Business:**
1. To receive a report and account from the Joint Voluntary Liquidators of the winding up showing how it has been conducted and how the Company's property has been disposed of.

2. To consider the following resolutions:

3. "That the Liquidators' final report and accounts be and is hereby approved"

4. "That the Liquidators' remuneration and disbursements, including the provision for work still to be done, be and are hereby approved and may be drawn"

5. "That the Liquidators be authorised to retain the books and records of the Company for a period of three years from the dissolution of the Company after which they will be destroyed"

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy-holder to attend and vote in his stead. A proxy-holder need not be a member or creditor.

**Date: 18 July 2016**

STUART SYBERSMA
Joint Voluntary Liquidator

**Contact for enquiries:**
Lillieth McLaughlin
Deloitte & Touche
4th Floor, Citrus Grove Building
Goring Avenue
George Town KY1-1109
Cayman Islands
Telephone: +1 (345) 814 3320
Facsimile: +1 (345) 949 8258
Email: lmclaughlin@deloitte.com

### GSA PARTNERS MASTER FUND LIMITED
### In Voluntary Liquidation
### ("the Company")
### The Companies Law (2013 Revision)
### Registration No. 268035

**Notice of final general meeting of the Company**
Pursuant to section 127 of the Companies Law (2013 Revision), the final general meeting of the Company will be held at the offices of Deloitte & Touche, 4th Floor, Citrus Grove Building, Goring Avenue, George Town, KY1-1109 on 8 August 2016 at 10:00.

**Business:**
1. To receive a report and account from the Joint Voluntary Liquidators of the winding up showing how it has been conducted and how the Company's property has been disposed of.

2. To consider the following resolutions:

"That the Liquidators' final report and accounts be and is hereby approved"

3. "That the Liquidators' remuneration and disbursements, including the provision for work still to be done, be and are hereby approved and may be drawn"

4. "That the Liquidators be authorised to retain the books and records of the Company for a period of three years from the dissolution of the Company after which they will be destroyed"

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy-holder to attend and vote in his stead. A proxy-holder need not be a member or creditor.

**Date: July 18, 2016**

STUART SYBERSMA
Joint Voluntary Liquidator

**Contact for enquiries:**
Lillieth McLaughlin
Deloitte & Touche
4th Floor, Citrus Grove Building
Goring Avenue
George Town KY1-1109
Cayman Islands
Telephone: +1 (345) 814 3320
Facsimile: +1 (345) 949 8258
Email: lmclaughlin@deloitte.com

### ARC FUND LTD.
### (The "Company")
### (In Voluntary Liquidation)

Pursuant to Section 127 of the Companies Law (as amended), the Final General Meeting of the Shareholder(s) of the Company will be held at the offices of Intertrust SPV (Cayman) Limited, 190 Elgin Avenue, George Town, Grand Cayman, Cayman Islands on 31 August 2016 at 10:00 AM.

**Business:**

1. To consider and if thought fit, approve the Voluntary Liquidator's final report and accounts;

2. To consider and if thought fit, approve the Voluntary Liquidator's remuneration (including provision for work still to be done); and

3. To resolve upon the retention and destruction of the Company's books and records.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Dated this 29 June 2016**

INTERTRUST SPV (CAYMAN) LIMITED
Voluntary Liquidator

**The address of the Voluntary Liquidator is:**

190 Elgin Avenue, George Town
Grand Cayman KY1-9005
Cayman Islands

**Contact for enquiries:**

Kim Charaman
Telephone: (345) 943-3100

### ADA EMERGING MARKETS FUND, LTD.
### (In Voluntary Liquidation)
### (The Company)
### The Companies Law (As Amended)

TAKE NOTICE that, pursuant to section 127 of the Companies Law (as amended), the final general meeting of the Company will be held at the offices of Mourant Ozannes, 94 Solaris Avenue, Camana Bay, Grand Cayman KY1-1108, Cayman Islands on 12 August 2016 at 10:00 am.

**Business:**

1. To lay accounts before the meeting showing how the winding-up has been conducted and how the property has been disposed of to the date of the final winding up on 12 August 2016 and any explanation thereof.

2. To authorise the voluntary liquidator of the Company to retain the records of the Company for a period of five years from the dissolution of the Company, after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Date: 28 June 2016**

MOURANT OZANNES
SACHIN SHAH
Voluntary Liquidator

**Contact for enquiries:**

Name: Jo-Anne Maher
Telephone: (345) 814 9255
Facsimile: (345) 949 4647

**Address of the Voluntary Liquidator:**

c/o Mourant Ozannes
94 Solaris Avenue, Camana Bay
PO Box 1348
Grand Cayman KY1-1108
Cayman Islands

### INFINITY AQUARIUS FUND
### (In Voluntary Liquidation)
### (The "Company")
### Registration No 272653

TAKE NOTICE that pursuant to section 127 of the Companies Law (2013 Revision) the final general meeting of the Company will be held at 133 New Bridge Road, Chinatown Point, #08-03, Singapore 059413 on 10 August 2016 at 10:00am. AND FURTHER TAKE NOTICE that the purpose of the meeting will be:

1. To approve the voluntary liquidator's (the "Voluntary Liquidator") final report and accounts of the winding up and any explanation thereof.

2. To approve no remuneration be paid to the Voluntary Liquidator.

3. To resolve that the Voluntary Liquidator be authorised to retain the Company's books and records for a period of five years following the date of dissolution, after which they may be destroyed.

4. To resolve that the Voluntary Liquidator be authorised to hold on trust the proceeds of any uncleared dividend cheques which remain uncleared for more than 6 months and, after 12 months from the date of dissolution of the

Company, to transfer such proceeds to the Financial Secretary in accordance with section 153(2) of the Companies Law (2013 Revision).

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or creditor.

**Date: 27 June 2016**

JERN LIH FANG
Voluntary Liquidator

**Contact for enquiries:**
c/o Infinity Partners Pte. Ltd.,
133 New Bridge Road, Chinatown Point
#08-03, Singapore 059413

#### OC WORD LTD.
#### (In Voluntary Liquidation)
#### (The "Company")
#### Registration No: 255777

TAKE NOTICE that pursuant to section 127 of the Companies Law (2013 Revision) (as amended), the final meeting of the shareholders of the Company will be held at the offices of Standard General L.P. at 767 Fifth Avenue, 12th Floor, New York, New York 10153, United States of America on 11 August 2016 at 10.00am (New York time).

**Business:**
1. To approve the voluntary liquidator's final report and account showing how the winding up of the Company has been conducted, how the Company's property has been disposed of and any explanation that may be given by the voluntary liquidator thereof.
2. To authorise the voluntary liquidator to retain the books and records of the Company for a period of three years from the date of dissolution of the Company, after which time they may be destroyed.

**Proxies:** Any shareholder entitled to attend and vote at the meeting is permitted to appoint a proxy to attend and vote in his stead. Such proxy need not be a shareholder.

**Dated this 18 day of July 2016**

GAIL STEINER
Voluntary Liquidator

**Contact:**
Standard General L.P.
767 Fifth Avenue
12th Floor
New York
New York 10153
United States of America
Tel: +1 212 257 4728
Email: gsteiner@standgen.com

#### HIGH RIVER GOLD MINES (RUSSIA) LTD.
#### (In Voluntary Liquidation)
#### The Companies Law
#### (as Revised)

NOTICE IS HEREBY GIVEN, pursuant to Section 127 of the Companies Law (as Revised), that the Final Meeting of the Shareholders of the above-mentioned Company will be held at Trident Trust Company (Cayman) Ltd., Fourth Floor, One Capital Place, Shedden Road, George Town, Grand Cayman, Cayman Islands on August 9, 2016 at 10:00am. The purpose of said meeting is to have laid before the Shareholders of the Company the Report of the Liquidator, showing the manner in which the winding-up of the Company has been conducted, the property of the Company distributed and the debts and obligations of the Company discharged, and giving any explanation thereof.

Any member entitled to attend and vote is entitled to appoint a proxy to attend and vote instead of him, and such proxy need not be a member.

**Dated this 29 day of June 2016**

TRIDENT LIQUIDATORS (CAYMAN) LTD.
Voluntary Liquidator

**Contact for enquiries:**
Lisa Thoppil
Trident Liquidators (Cayman) Ltd.
Telephone: (345) 949 0880
Facsimile: (345) 949 0881
Email: cayman@tridenttrust.com
**The address of the liquidator is:**
One Capital Place, 4th Floor
P.O. Box 847, George Town,
Grand Cayman KY1-1103
Cayman Islands

**PINNACLE MEDICAL PROTECTIVE SPC**
**(In Voluntary Liquidation)**
**C/R 121771**

Pursuant to Section 127 of the Companies Law (2013 Revision), the final meeting of this company will be held at the registered office of the company on 10 August 2016 at 10:00 am.

**Business:**

1. To lay accounts before the meeting showing how the winding up has been conducted and how the property has been disposed of to the date of final winding up on August 10, 2016.

2. To authorize the Liquidators to retain the records of the company for a period of three years from the dissolution of the company after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or creditor.

**Dated this 29 day of June 2016**

GRAHAM ROBINSON
Joint Voluntary Liquidator

**Contact for enquiries:**
Tanya Armstrong
Telephone: (345) 946-0820
Facsimile: (345) 946-0864

**Address for service:**
P.O. Box 2499, George Town
Grand Cayman KY1-1104
Cayman Islands

**GOLDMAN SACHS ISLAMIC PRODUCTS**
**LIMITED**
**(The "Company")**
**(In voluntary liquidation)**
**The Companies Law (As Revised)**

Pursuant to Section 127 of the Companies Law (As Revised), the Final General Meeting of the Shareholder(s) of the company will be held at offices of Deutsche Bank (Cayman) Limited, Boundary Hall, Cricket Square, 171 Elgin Avenue, Grand Cayman KY1-1104, Cayman Islands on 19 August 2016.

**Business:**

1. To lay accounts and the Voluntary Liquidator's report before the meeting, showing how the winding up has been conducted and how the assets have been disposed of, as final winding up is on 19 August 2016.

2. To authorize the voluntary Liquidator to retain the records of the Company for a period of five years from the date of dissolution of the company, after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Dated this 7 July  2016**

DAVID DYER
Voluntary Liquidator

**Contact for enquiries:**
Telephone: (345)949-8244
Facsimile: (345)949-5223

**Address for service:**
P.O. Box 1984
Grand Cayman KY1-1104

**B-C CIG HOLDINGS LTD.**
**(The "Company")**
**(In voluntary liquidation)**
**The Companies Law (As Revised)**

Pursuant to Section 127 of the Companies Law (As Revised), the Final General Meeting of the Shareholder(s) of the company will be held at offices of Deutsche Bank (Cayman) Limited, Boundary Hall, Cricket Square, 171 Elgin Avenue, Grand Cayman KY1-1104, Cayman Islands on 19 August 2016.

**Business:**

1. To lay accounts and the Voluntary Liquidator's report before the meeting, showing how the winding up has been conducted and how the assets have been disposed of, as final winding up is on 19 August 2016.

2. To authorize the voluntary Liquidator to retain the records of the Company for a period of five years from the date of dissolution of the company, after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Dated this 7 July  2016**

DAVID DYER
Voluntary Liquidator

**Contact for enquiries:**
Telephone: (345)949-8244
Facsimile: (345)949-5223
**Address for service:**
P.O. Box 1984
Grand Cayman KY1-1104

### GS LIQUIDITY PRODUCTS LIMITED
### (The "Company")
(In voluntary liquidation)
The Companies Law (As Revised)

Pursuant to Section 127 of the Companies Law (As Revised), the Final General Meeting of the Shareholder(s) of the company will be held at offices of Deutsche Bank (Cayman) Limited, Boundary Hall, Cricket Square, 171 Elgin Avenue, Grand Cayman KY1-1104, Cayman Islands on 19 August 2016.

**Business:**
1. To lay accounts and the Voluntary Liquidator's report before the meeting, showing how the winding up has been conducted and how the assets have been disposed of, as final winding up is on 19 August 2016.
2. To authorize the voluntary Liquidator to retain the records of the Company for a period of five years from the date of dissolution of the company, after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Dated this 7 July 2016**

DAVID DYER
Voluntary Liquidator

**Contact for enquiries:**
Telephone: (345)949-8244
Facsimile: (345)949-5223
**Address for service:**
P.O. Box 1984
Grand Cayman KY1-1104

### ESFU DEAL LIMITED
### (The "Company")
### (In Voluntary Liquidation)
### The Companies Law (As Revised)

Pursuant to Section 127 of the Companies Law (As Revised), the Final General Meeting of the Shareholder(s) of the company will be held at offices of Deutsche Bank (Cayman) Limited, Boundary Hall, Cricket Square, 171 Elgin Avenue, Grand Cayman KY1-1104, Cayman Islands on 19 August 2016.

**Business:**
1. To lay accounts and the Voluntary Liquidator's report before the meeting, showing how the winding up has been conducted and how the assets have been disposed of, as final winding up is on 19 August 2016.
2. To authorize the voluntary Liquidator to retain the records of the Company for a period of five years from the date of dissolution of the company, after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Dated this 7 July 2016**

DAVID DYER
Voluntary Liquidator

**Contact for enquiries:**
Telephone: (345)949-8244
Facsimile: (345)949-5223
**Address for service:**
P.O. Box 1984
Grand Cayman KY1-1104

### LECON I SPC
### (The "Company")
### (In voluntary liquidation)
### The Companies Law (As Revised)

Pursuant to Section 127 of the Companies Law (As Revised), the Final General Meeting of the Shareholder(s) of the company will be held at offices of Deutsche Bank (Cayman) Limited, Boundary Hall, Cricket Square, 171 Elgin Avenue, Grand Cayman KY1-1104, Cayman Islands on 19 August 2016.

**Business:**
1. To lay accounts and the Voluntary Liquidator's report before the meeting, showing how the winding up has been conducted and how the assets have been disposed of, as final winding up is on 19 August 2016.
2. To authorize the voluntary Liquidator to retain the records of the Company for a period of five years from the date of dissolution of the company, after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Dated this 7 July 2016**

DAVID DYER
Voluntary Liquidator

**Contact for enquiries:**
Telephone: (345)949-8244
Facsimile: (345)949-5223
**Address for service:**
P.O. Box 1984
Grand Cayman KY1-1104

### GOLUB INTERNATIONAL LOAN LTD I
### (The "Company")
### (In voluntary liquidation)
### The Companies Law (As Revised)

Pursuant to Section 127 of the Companies Law (As Revised), the Final General Meeting of the Shareholder(s) of the company will be held at offices of Deutsche Bank (Cayman) Limited, Boundary Hall, Cricket Square, 171 Elgin Avenue, Grand Cayman KY1-1104, Cayman Islands on 19 August 2016.

**Business:**
1. To lay accounts and the Voluntary Liquidator's report before the meeting, showing how the winding up has been conducted and how the assets have been disposed of, as final winding up is on 19 August 2016.

2. To authorize the voluntary Liquidator to retain the records of the Company for a period of five years from the date of dissolution of the company, after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Dated this 7 July 2016**

DAVID DYER
Voluntary Liquidator

**Contact for enquiries:**
Telephone: (345)949-8244
Facsimile: (345)949-5223
**Address for service:**
P.O. Box 1984
Grand Cayman KY1-1104

### MUFU DEAL LIMITED
### (The "Company")
### (In voluntary liquidation)
### The Companies Law (As Revised)

Pursuant to Section 127 of the Companies Law (As Revised), the Final General Meeting of the Shareholder(s) of the company will be held at offices of Deutsche Bank (Cayman) Limited, Boundary Hall, Cricket Square, 171 Elgin Avenue, Grand Cayman KY1-1104, Cayman Islands on 19 August 2016.

**Business:**
1. To lay accounts and the Voluntary Liquidator's report before the meeting, showing how the winding up has been conducted and how the assets have been disposed of, as final winding up is on 19 August 2016.

2. To authorize the voluntary Liquidator to retain the records of the Company for a period of five years from the date of dissolution of the company, after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Dated this 7 July 2016**

DAVID DYER
Voluntary Liquidator

**Contact for enquiries:**
Telephone: (345)949-8244
Facsimile: (345)949-5223
**Address for service:**
P.O. Box 1984
Grand Cayman KY1-1104

### VERTICAL NO.1 LIMITED
### (The "Company")
### (In voluntary liquidation)
### The Companies Law (As Revised)

Pursuant to Section 127 of the Companies Law (As Revised), the Final General Meeting of the Shareholder(s) of the company will be held at offices of Deutsche Bank (Cayman) Limited, Boundary Hall, Cricket Square, 171 Elgin Avenue, Grand Cayman KY1-1104, Cayman Islands on 19 August 2016.

**Business:**
1. To lay accounts and the Voluntary Liquidator's report before the meeting, showing how the

winding up has been conducted and how the assets have been disposed of, as final winding up is on 19 August 2016.

2. To authorize the voluntary Liquidator to retain the records of the Company for a period of five years from the date of dissolution of the company, after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Dated this 7 July 2016**

DAVID DYER
Voluntary Liquidator

**Contact for enquiries:**
Telephone: (345)949-8244
Facsimile: (345)949-5223
**Address for service:**
P.O. Box 1984
Grand Cayman KY1-1104

**EDDINGTON TRIPLE ALPHA FUNDS LTD.**
**(In Voluntary Liquidation)**
**The Companies Law (2013 Revision)**
**Notice of Final Meeting of Shareholder**

Pursuant to Section 127 of the Companies Law (2013 Revision), the final meeting of the shareholders of this Company will be held at Doran & Associates, 59/60 O' Connell Street, Limerick, Ireland on 9 August 2016 at 11.30 a.m. to:

1. Approve the voluntary liquidator's final report and accounts.

2. Approve the voluntary liquidator's remuneration.

3. Resolve upon the retention of and destruction of the Company's books and records.

4. Approve the liquidator making the necessary return to the Registrar of Companies.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or creditor.

**Dated this 18 day of July 2016**

DORAN & ASSOCIATES
Voluntary Liquidator

**Contact for enquiries:**
59/60 O' Connell Street
Limerick
Ireland
Telephone: 00353 61 430000
Facsimile: 00353 61 408613
Email Stephen.doran@doranaccountants.com

**COF SPV 11/11, Ltd.**
**(In Voluntary Liquidation)**
**(The "Company")**
**Registration No: 264145**

TAKE NOTICE that pursuant to section 127 of the Companies Law (2013 Revision) (as amended), the final meeting of the shareholders of the Company will be held at the offices of Walkers Liquidations Limited at Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands on 11 August 2016 at 10.00am (Cayman Islands time).

**Business:**

1. To approve the voluntary liquidator's final report and account showing how the winding up of the Company has been conducted, how the Company's property has been disposed of and any explanation that may be given by the voluntary liquidator thereof.

2. To authorise the voluntary liquidator to retain the books and records of the Company for a period of three years from the date of dissolution of the Company, after which time they may be destroyed.

**Proxies:** Any shareholder entitled to attend and vote at the meeting is permitted to appoint a proxy to attend and vote in his stead. Such proxy need not be a shareholder.

**Dated this 18 day of July 2016**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**
Cayman Corporate Centre
27 Hospital Road, George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidaton@walkersglobal.com

### SUNSHINE SUITES LTD.
### (In Voluntary Liquidation)
### (The "Company")
### Companies Law (as revised)

NOTICE IS HEREBY GIVEN, pursuant to section 127(2) of Companies Law (as revised) that the Final General Meeting of the Shareholders of the Company will be held at Sunshine Suites, Ltd., Administrative Offices, 12700 Hillcrest Road, Suite 150, Dallas, Texas 75230, USA on the 15 day of August 2016 at 10:00 am, for the purpose of:

1. Having an account laid before the members showing the manner in which the winding-up has been conducted and the property of the Company disposed of, and of hearing any explanation that may be given by the joint liquidators;

2. Approving the remuneration of the joint liquidators;

3. Determining the manner in which the books, accounts and documentation of the Company and of the joint liquidators should be disposed of;

4. Approving the joint liquidators making the necessary return to the Registrar of Companies; and

5. To consider the manner in which the proceeds of dividend cheques uncleared after six months are dealt with.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in their place. The proxy need not be a member or a creditor. A proxy can only be appointed using a proxy form. The proxy form may be deposited with the Company at any time prior to the time and date of this meeting.

**Dated: 16 June 2016**

GREGORY H. WRAY
ROBERT E.CLEMENTS
Joint Voluntary Liquidators

**Contact for enquiries:**
Gregory H. Wray and Robert E. Clements
**Address:**
c/o Floor 4, Willow House, Cricket Square
PO Box 884
Grand Cayman KY1-1103
Cayman Islands
Tel +1 345 949 2648
Fax +1 345 949 8613

### GANYMEDE INTERMEDIATE LIMITED
### (In Voluntary Liquidation)
### (The "Company")
### Registration No: 293154

TAKE NOTICE that pursuant to section 127 of the Companies Law (2013 Revision) (as amended), the final meeting of the shareholders of the Company will be held at the offices of Walkers Liquidations Limited at Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands on 11 August 2016 at 10.10am (Cayman Islands time).

**Business:**

1. To approve the voluntary liquidator's final report and account showing how the winding up of the Company has been conducted, how the Company's property has been disposed of and any explanation that may be given by the voluntary liquidator thereof.

2. To authorise the voluntary liquidator to retain the books and records of the Company for a period of three years from the date of dissolution of the Company, after which time they may be destroyed.

**Proxies:** Any shareholder entitled to attend and vote at the meeting is permitted to appoint a proxy to attend and vote in his stead. Such proxy need not be a shareholder.

**Dated this 18 day of July 2016**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**
Cayman Corporate Centre
27 Hospital Road, George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidation@walkersglobal.com

### UC UNIVERSE, LTD.
### (In Voluntary Liquidation)
### (The "Company")
### Registration No: 271189

TAKE NOTICE that pursuant to section 127 of the Companies Law (2013 Revision) (as amended), the final meeting of the shareholders of the Company will be held at the offices of Walkers Liquidations Limited at Cayman

Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands on 11 August 2016 at 10.20am (Cayman Islands time).

**Business:**

1. To approve the voluntary liquidator's final report and account showing how the winding up of the Company has been conducted, how the Company's property has been disposed of and any explanation that may be given by the voluntary liquidator thereof.

2. To authorise the voluntary liquidator to retain the books and records of the Company for a period of three years from the date of dissolution of the Company, after which time they may be destroyed.

**Proxies:**Any shareholder entitled to attend and vote at the meeting is permitted to appoint a proxy to attend and vote in his stead. Such proxy need not be a shareholder.

**Dated this 18 day of July 2016**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**

Cayman Corporate Centre
27 Hospital Road, George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidation@walkersglobal.com

**UC STILETTO, LTD.**
**(In Voluntary Liquidation)**
**(The "Company")**
**Registration No: 223889**

TAKE NOTICE that pursuant to section 127 of the Companies Law (2013 Revision) (as amended), the final meeting of the shareholders of the Company will be held at the offices of Walkers Liquidations Limited at Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands on 11 August 2016 at 10.40am (Cayman Islands time).

**Business:**

1. To approve the voluntary liquidator's final report and account showing how the winding up of the Company has been conducted, how the Company's property has been disposed of and any

explanation that may be given by the voluntary liquidator thereof.

2. To authorise the voluntary liquidator to retain the books and records of the Company for a period of three years from the date of dissolution of the Company, after which time they may be destroyed.

**Proxies:**Any shareholder entitled to attend and vote at the meeting is permitted to appoint a proxy to attend and vote in his stead. Such proxy need not be a shareholder.

**Dated this 18 day of July 2016**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**

Cayman Corporate Centre
27 Hospital Road, George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidation@walkersglobal.com

**UC BACCHUS, LTD.**
**(In Voluntary Liquidation)**
**(The "Company")**
**Registration No: 223890**

TAKE NOTICE that pursuant to section 127 of the Companies Law (2013 Revision) (as amended), the final meeting of the shareholders of the Company will be held at the offices of Walkers Liquidations Limited at Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands on 11 August 2016 at 10.30am (Cayman Islands time).

**Business:**

1. To approve the voluntary liquidator's final report and account showing how the winding up of the Company has been conducted, how the Company's property has been disposed of and any explanation that may be given by the voluntary liquidator thereof.

2. To authorise the voluntary liquidator to retain the books and records of the Company for a period of three years from the date of dissolution of the Company, after which time they may be destroyed.

**Proxies:**Any shareholder entitled to attend and vote at the meeting is permitted to appoint a proxy

to attend and vote in his stead.  Such proxy need not be a shareholder.

**Dated this 18 day of July 2016**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**

Cayman Corporate Centre
27 Hospital Road, George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidation@walkersglobal.com

### AURORA HEDGED EQUITY OFFSHORE FUND LTD.
#### (In Voluntary Liquidation)
#### (The "Company")
#### Registration No. 135828

TAKE NOTICE that pursuant to section 127 of the Companies Law (as amended), the final meeting of the shareholders of the Company will be held Aurora Investment Management L.L.C., 300 North LaSalle Street, 52nd Floor, Chicago, Illinois, 60654, United States of America, on 11 August 2016 at 10:00am.

**Business:**

1. To approve the voluntary liquidator's final report and account showing how the winding up of the Company has been conducted and how the Company's property has been disposed of and any explanation that may be given by the voluntary liquidator thereof.

2. To authorise the voluntary liquidator to retain the books and records of the Company for a period of three years from the date of dissolution of the Company, after which time they may be destroyed.

**Proxies:**Any shareholder entitled to attend and vote at the meeting is permitted to appoint a proxy to attend and vote in his stead.  Such proxy need not be a shareholder.

**Dated this 18 day of July 2016**

SCOTT MONTPAS
Voluntary Liquidator

**Contact for enquiries:**

Scott Montpas
c/o Aurora Investment Management L.L.C.
300 N. La Salle Street
Chicago

Illinois  60654
United States of America
Tel. +312 762 6717
Email: SMontpas@aurorallc.com

### GREENHILL CAPITAL MANAGEMENT INC.
#### (In Voluntary Liquidation)
#### (The "Company")
#### Registration No: 261446

TAKE NOTICE that pursuant to section 127 of the Companies Law (2013 Revision), the final meeting of the shareholders of the Company will be held at Diagoras House, P.O. Box 25001, CY-1306 Nicosia, Cyprus on 11 August 2016 at 10.00 am (Cyprus time).

**Business:**

1. To approve the voluntary liquidator's final report and account showing how the winding up of the Company has been conducted, how the Company's property has been disposed of and any explanation that may be given by the voluntary liquidator thereof.

2. To authorise the voluntary liquidator to retain the books and records of the Company for a period of three years from the date of dissolution of the Company, after which time they may be destroyed.

**Proxies:**Any shareholder entitled to attend and vote at the meeting is permitted to appoint a proxy to attend and vote in his stead.  Such proxy need not be a shareholder.

**Dated this 18 day of July 2016**

ADAM MONTANIOS
Voluntary Liquidator

**Contact:**

Diagoras House
P.O. Box 25001
CY-1306 Nicosia
Cyprus
Tel: + 357 22 660 766
Email: montanios@montanioslaw.com.cy

### GRP NOMINEE CO.
#### (In Voluntary Liquidation)
#### (The "Company")
#### Registration No: 162887

TAKE NOTICE that pursuant to section 127 of the Companies Law (2013 Revision) (as amended), the final meeting of the shareholders of

the Company will be held at the offices of The Blackstone Group at 345 Park Avenue, 31st Floor, New York, New York 10154, United States of America on 19 August 2016 at 10.00am (New York time).

**Business:**

1. To approve the voluntary liquidator's final report and account showing how the winding up of the Company has been conducted, how the Company's property has been disposed of and any explanation that may be given by the voluntary liquidator thereof.

2. To authorise the voluntary liquidator to retain the books and records of the Company for a period of three years from the date of dissolution of the Company, after which time they may be destroyed.

**Proxies:** Any shareholder entitled to attend and vote at the meeting is permitted to appoint a proxy to attend and vote in his stead. Such proxy need not be a shareholder.

**Dated this 18 day of July 2016**

BRIJESH KALARIA
Voluntary Liquidator

**Contact:**

The Blackstone Group
345 Park Avenue
31st Floor
New York
New York 10154
United States of America
Tel: +1 212 390 2819
Email: Brijesh.Kalaria@blackstone.com

**AVOCET LEASING LIMITED**
**(In Voluntary Liquidation)**
**(The "Company")**
**Registration No: 117472**

TAKE NOTICE that pursuant to section 127 of the Companies Law (2013 Revision) (as amended), the final meeting of the shareholders of the Company will be held at 8 Shenton Way #18-01, Singapore 068811 on 10 August 2016 at 10.00 am (Singapore time).

**Business:**

1. To approve the voluntary liquidator's final report and account showing how the winding up of the Company has been conducted, how the Company's property has been disposed of and any

explanation that may be given by the voluntary liquidator thereof.

2. To authorise the voluntary liquidator to retain the books and records of the Company for a period of three years from the date of dissolution of the Company, after which time they may be destroyed.

**Proxies:** Any shareholder entitled to attend and vote at the meeting is permitted to appoint a proxy to attend and vote in his stead. Such proxy need not be a shareholder.

**Dated this 18 day of July 2016**

PHANG THIM FATT
Voluntary Liquidator

**Contact:**

8 Shenton Way #18-01
Singapore 068811

**VSK (CPO) LIMITED**
**(The "Company")**
**(In Voluntary Liquidation)**
**The Companies Law (as amended)**

Pursuant to Section 127 of the Companies Law (as amended), the final meeting of the shareholders of the Company will be held at Suite # 4-210, Governors Square, Grand Cayman KY1-1209, Cayman Islands on 5 September 2016 at 9.00 a.m.

**Business:**

1. To lay accounts before the meeting, showing how the winding up has been conducted and how the property has been disposed of, as at winding up on 5 September 2016.

2. To authorize the Liquidators to retain the records of the Company for a period of five years from the dissolution of the Company, after which they may be destroyed.

**Proxies:** Any person entitled to attend and vote is permitted to appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Dated this 5 day of July 2016**

DARREN RILEY
Joint Voluntary Liquidator

**Contact:**

Darren Riley
Email: darren.riley@sml.ky

**Address for services:**
c/o Summit Management Limited
Suite # 4-210
Governors Square
23 Lime Tree Bay Avenue
PO Box 32311
Grand Cayman, KY1-1209
Cayman Islands

### BECA MACRO COMMODITIES FUND
### (In Voluntary Liquidation)
### ("The Company")
**The Companies Law (2012 Revision)**

The Final General Meeting of the Company will be held at the offices of IFIT Fund Services AG, Voltastrasse 61, PO Box 2520, CH-8033 Zurich, Switzerland, on 30 September 2016, at 10:00 a.m. local time, for the following purposes:

1. To approve the Voluntary Liquidator's final report and accounts (including the provision for any unpaid expenses);

2. To approve the Voluntary Liquidator's remuneration (including provision for the work still to be done);

3. To authorise Cayman Management Ltd. to retain the records of the Company for a period of six years from the date of dissolution and thereafter to destroy them;

4. To resolve upon a method of dealing with the proceeds of any dividend cheques that remain uncleared for more than six months.

**Proxies:** Any person entitled to attend and vote at this meeting may appoint a proxy to attend and vote in their stead. A proxy need not also be a Shareholder or creditor.

**Dated 20 June 2016**

KRISTOFFER HULDT
Joint Voluntary Liquidator

**Contact:**
Kristoffer Huldt
IFIT Fund Services AG
Voltastrasse 61
PO Box 2520
CH-8033 Zurich
Tel: +41 44 366 4016
Fax: +41 44 366 4039
Email: kh@ifit.net

### TOPAZ PROPERTIES LIMITED
### (In Voluntary Liquidation)
### The Companies Law (2013 Revision)
### Registration No.CR-98843

Pursuant to section 127(2) of the Companies Law (2013 Revision), the final meeting of the above-named company will be held at the registered office of the Company on 10 August 2016 at 10:00 a.m.

**Business:**

1. To lay accounts before the meeting, showing how the winding up has been conducted and how the property has been disposed of, as at final winding up on 10 August 2016.

2. To authorise the Liquidator to retain the records of the company for a period of five years from the dissolution of the company, after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Dated this 6 July 2016**

CAROLINE RIOU
Voluntary Liquidator

**Contact for enquiries:**
Wardour Management Services Limited
Tel: (345) 945-3301
Fax: (345) 945-3302
**Address for service:**
P O Box 10147, Grand Cayman KY1-1002

### CALIBE INVESTMENT LTD.
### (In Voluntary Liquidation)
### (The "Company")
**The Companies Law (As Amended)**

Pursuant to Section 127 of the Companies Law (as amended), the final general meeting of the Company will be held at the registered office of the Company on 15 August 2016 at 12:00pm.

**Business:**

1. To lay accounts before the meeting, showing how the winding up has been conducted and how the property has been disposed of, as at the final winding up on 15 August 2016.

2. To authorize the liquidator to retain the records of the company for a period of five years from the dissolution of the company, after which they may be destroyed.

**Dated: 6 July 2016**

MORVAL BANK & TRUST CAYMAN LTD.
Voluntary Liquidator

**Contact for enquiries:**
Telephone:   1 (345) 949-9808
**Address for service:**
P.O. Box 30622
Grand Cayman KY1-1203
Cayman Islands

### EDANVI MANAGEMENT INC.
### (In Voluntary Liquidation)
### (The "Company")
### The Companies Law (As Amended)

Pursuant to Section 127 of the Companies Law (as amended), the final general meeting of the Company will be held at the registered office of the Company on 15 August 2016 at 12:00pm.
**Business:**
1. To lay accounts before the meeting, showing how the winding up has been conducted and how the property has been disposed of, as at the final winding up on 15 August 2016.
2. To authorize the liquidator to retain the records of the company for a period of five years from the dissolution of the company, after which they may be destroyed.

**Dated: 6 July 2016**

MORVAL BANK & TRUST CAYMAN LTD.
Voluntary Liquidator

**Contact for enquiries:**
Telephone:   1 (345) 949-9808
**Address for service:**
P.O. Box 30622
Grand Cayman KY1-1203
Cayman Islands

### THE FUTURE LTD.
### (In Voluntary Liquidation)
### (The "Company")
### The Companies Law (As Amended)

Pursuant to Section 127 of the Companies Law (as amended), the final general meeting of the Company will be held at the registered office of the Company on 15 August 2016 at 12:00pm.
**Business:**
1. To lay accounts before the meeting, showing how the winding up has been conducted and how the property has been disposed of, as at the final winding up on 15 August 2016.

2. To authorize the liquidator to retain the records of the company for a period of five years from the dissolution of the company, after which they may be destroyed.
**Dated: 6 July 2016**

MORVAL BANK & TRUST CAYMAN LTD.
Voluntary Liquidator

**Contact for enquiries:**
Telephone:   1 (345) 949-9808
**Address for service:**
P.O. Box 30622
Grand Cayman KY1-1203
Cayman Islands

### WILLOW INVESTMENT COMPANY
### (In Voluntary Liquidation)
### (The "Company")
### The Companies Law (As Amended)

Pursuant to Section 127 of the Companies Law (as amended), the final general meeting of the Company will be held at the registered office of the Company on 15 August 2016 at 12:00pm.
**Business:**
1. To lay accounts before the meeting, showing how the winding up has been conducted and how the property has been disposed of, as at the final winding up on 15 August 2016.
2. To authorize the liquidator to retain the records of the company for a period of five years from the dissolution of the company, after which they may be destroyed.

**Dated: 6 July 2016**

MORVAL BANK & TRUST CAYMAN LTD.
Voluntary Liquidator

**Contact for enquiries:**
Telephone:   1 (345) 949-9808
**Address for service:**
P.O. Box 30622
Grand Cayman KY1-1203
Cayman Islands

### BULOH INVESTMENT LTD.
### (The "Company")
### (In Voluntary Liquidation)
### Registration No.: 100665
### The Companies Law (As Amended)

NOTICE IS HEREBY GIVEN, pursuant to Section 127 of the Companies Law (as amended), that the final general meeting of the shareholders of the Company will be held at the registered

office of the Company on 15 August 2016 at 10:00 a.m.

**Business:**

1. To lay accounts before the meeting, showing how the winding up has been conducted and how the property has been disposed of, as at the final winding up on 15 August 2016.

To authorize the Liquidator to retain the records of the Company for a period of five years from the dissolution of the Company, after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or creditor.

**Dated this 30 day of June 2016**

ITA BANK AND TRUST COMPANY LTD.
Voluntary Liquidator

**The address of the Liquidator is:**

Suite 4210, 2nd Floor Canella Court
48 Market Street, Camana Bay
PO Box 32203
Grand Cayman, KY-1208

### FI SSA FUND LTD
### (The "Company")
### In voluntary liquidation
### Companies Law (as revised)

NOTICE IS HEREBY GIVEN, pursuant to section 127(2) of Companies Law (as revised) that the Final General Meeting of the sole member of the Company will be held at the offices of Campbells, Floor 4, Willow House, Cricket Square, Grand Cayman KY1-1103, Cayman Islands on the 9 day of August 2016 at 10.00am, for the purpose of:

1. Having an account laid before the members showing the manner in which the winding-up has been conducted and the property of the Company disposed of, and of hearing any explanation that may be given by the liquidator;

2. Approving the remuneration of the liquidator;
Determining the manner in which the books, accounts and documentation of the Company and of the liquidator should be disposed of; and

3. Approving the liquidator making the necessary return to the Registrar of Companies.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend

and vote in their place. The proxy need not be a member or a creditor. A proxy can only be appointed using a proxy form. The proxy form may be deposited with the Company at any time prior to the time and date of this meeting.

**Date: 8 July 2016**

EMILE WIRTZ
Voluntary Liquidator

**Contact for enquiries:**

Emile Wirtz
c/o Campbells
Floor 4, Willow House, Cricket Square
Grand Cayman KY1-1103
Cayman Islands
Telephone: +1 345 949 2648
Fax: +1 345 949 8613

### UB FUNDS SPC LTD.
### (In Voluntary Liquidation)
### The Companies Law (Revised)
### Registered Company No OG-270595

The final meeting of the sole shareholder of this company will be held at 3-6-21-701 Fujisaki Kawasaki-ku Kawasaki-city, Kanagawa Japan, on 10 August 2016 at 11.00 a.m. (Tokyo time).

**Business:**

1. To lay accounts before the meeting showing how the winding-up has been conducted and how the property has been disposed of to the date of the final winding-up on 10 August 2016.

2. To authorise the voluntary liquidator of the company to retain the records of the company for a period of five years from the dissolution of the company, after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Date: 7 July 2016**

KOJI SUGITOMO
Voluntary Liquidator

**Contact for enquiries:**

Charlotte Bradshaw
Ogier
11F, Central Tower
28 Queen's Road Central
Hong Kong
Telephone: +852 3656 6034

**PELIKAN GLOBAL FIXED INCOME FUND**
**(In Voluntary Liquidation)**
**The Companies Law (2013 Revision)**
**Notice of Final Meeting of Shareholder**

Pursuant to Section 127 of the Companies Law (2013 Revision), the final meeting of the shareholders of this Company will be held at Doran + Minehane, 59/60 O' Connell Street, Limerick, Ireland on 9 August 2016 at 11.30 a.m. to:

1. Approve the voluntary liquidator's final report and accounts.

2. Approve the voluntary liquidator's remuneration.

3. Resolve upon the retention of and destruction of the Company's books and records.

4. Approve the liquidator making the necessary return to the Registrar of Companies.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or creditor.

**Dated this 7 day of July 2016**

DORAN + MINEHANE
Voluntary Liquidator

**Contact for enquiries:**
59/60 O' Connell Street
Limerick
Ireland
Telephone: 00353 61 430000
Facsimile: 00353 61 408613
Email Stephen.doran@doranandminehane.com

**EAST RIVER OFFSHORE LIMITED**
**(In Voluntary Liquidation)**
**The Companies Law (Revised)**

Pursuant to section 127 of the Companies Law (Revised), the final meeting of the shareholders of the above-named company will be held at the offices of Queensgate Bank and Trust Company Ltd., 103 Harbour Place, South Church Street, George Town, Grand Cayman, Cayman Islands on 12 August 2016.

**Business:**
1. To receive the report of the liquidators, showing how the winding up of the company has been conducted and its property disposed of.

2. To hear any explanation that may be given by the liquidators.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Dated: 7 July 2016**

JANE FLEMING
Joint Voluntary Liquidator

**Contact for enquiries:**
Jane Fleming or Jean Ebanks
(345) 945-2187
(345) 945-2197
**Address for service:**
PO Box 30464
Grand Cayman KY1-1202
Cayman Islands

**TRINIDAD SELECT INDEX FUND LTD.**
**(The "Company")**
**(In Voluntary Liquidation)**
**Company Number: 153671**

Pursuant to section 127 of the Companies Law the final meeting of the Members of the Company will be held at H&J Corporate Services (Cayman) Ltd, Willow House, 2nd Floor, Cricket Square, Grand Cayman KY1-1103, Cayman Islands, at 10am on 19 August 2016 in order to conduct the following business:

1. To lay accounts before the meeting showing how the winding up of the Company has been conducted and how the property has been disposed of to the date of the final winding up.

2. To authorize the liquidator of the Company to retain the records of the Company for a period of six years from the dissolution of the Company, after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Date: 6 July 2016**

H&J CORPORATE SERVICES (CAYMAN) LTD
Voluntary Liquidator

**Contact for enquiries:**
Name: Inga Thompson
Telephone: 345-949-7555

**Address for service:**
Willow House, 2nd Floor, Cricket Square
P.O. Box 866
Grand Cayman KY1-1103

### JAMAICA SELECT INDEX FUND LTD.
### (The "Company")
### (In Voluntary Liquidation)
### Company Number: 114040

Pursuant to section 127 of the Companies Law the final meeting of the Members of the Company will be held at H&J Corporate Services (Cayman) Ltd, Willow House, 2nd Floor, Cricket Square, Grand Cayman, Cayman Islands, KY1-1103 at 10am on 19 August 2016 in order to conduct the following business:

1. To lay accounts before the meeting showing how the winding up of the Company has been conducted and how the property has been disposed of to the date of the final winding up.

2. To authorize the liquidator of the Company to retain the records of the Company for a period of six years from the dissolution of the Company, after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Date: 6 July 2016**

H&J CORPORATE SERVICES (CAYMAN) LTD

Volutnary Liquidator

**Contact for enquiries:**
Name: Inga Thompson
Telephone: 345-949-7555
**Address for service:**
Willow House, 2nd Floor, Cricket Square
P.O. Box 866
Grand Cayman K1-1103

### FAMA BRAZIL FUND
### (In Voluntary Liquidation)
### Registered Company No CR-141325
### The Companies Law (Revised)

The final meeting of the sole voting shareholder of this company will be held at the offices of Travers Thorp Alberga, Attorneys, Harbour Place, 2nd Floor, 103 South Church Street, P.O. Box 472, George Town, Grand Cayman KY1-1106,

Cayman Islands, on 10 August 2016 at 12:00pm (local time).

**Business:**

1. To lay accounts before the meeting showing how the winding-up has been conducted and how the property has been disposed of to the date of the final winding-up on 10 August 2016.

2. To authorise the voluntary liquidator of the company to retain the records of the company for a period of five years from the dissolution of the company, after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Date: 8 July 2016**

ANDRÉ LEDERMAN
Voluntary Liquidator

**Contact for enquiries:**
Name: Jonathan Turnham
Telephone: +1 345 949 0699
Facsimile: +1 345 949 8171

### BMB COMIT VENTURES XI LDC
### In Voluntary Liquidation
### (The "Company")
### Registration No. CR-99003

**Notice of final general meeting of the Company**
Pursuant to section 127 of the Companies Law (2013 Revision), the final general meeting of the Company will be held at the offices of Fund Solution Services Limited, 2nd Floor Harbour Centre, 42 North Church Street, George Town, Grand Cayman on 19 August 2016 at 10:00am CDT

**Business:**

1. To receive a report and account from the Liquidator of the winding up showing how it has been conducted and how the Company's property has been disposed of.

2. To consider the following resolutions:
RESOLUTIONS

3. To approve the Liquidator's final report and account showing how the winding up has been conducted and how the Company's property has been disposed.

4. To authorise the Liquidator to retain the books and records of the Company for a period of three

years from the dissolution of the Company, after which time they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy-holder to attend and vote in his stead. A proxy-holder need not be a member or creditor.

**Dated this 18 day of July 2016**

CHRISTOPHER ROWLAND
Joint Voluntary Liquidator

**Contact for enquiries:**

Richard Murphy
Fund Solution Services Limited
+ Telephone: +1 345 640 5863
Email:
Richard.Murphy@fundsolutionservices.com

### EAGLEVALE HELLENIC OPPORTUNITY MASTER FUND LTD.
### (In Voluntary Liquidation)
### The Companies Law (Revised)
### Registered Company No OG-286213

Pursuant to section 127 of the Companies Law (Revised), the final meeting of the sole shareholder of this company will be held at the offices of Ogier, Attorneys, 89 Nexus Way, Camana Bay, Grand Cayman KY1-9009, Cayman Islands, on August 9, 2016 at 11:15AM.

**Business:**

1. To lay accounts before the meeting showing how the winding-up has been conducted and how the property has been disposed of to the date of the final winding-up on August 9, 2016.

2. To authorise the voluntary liquidator of the company to retain the records of the company for a period of five years from the dissolution of the company, after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Date: 7 July 2016**

EAGLEVALE PARTNERS LP
Voluntary Liquidator

**Contact for enquiries:**

Name: Ridhiima Kapoor
Telephone: +1 (345) 949 9876
Facsimile: +1 (345) 949 9877

### EAGLEVALE HELLENIC OPPORTUNITY OFFSHORE FUND LTD.
### (In Voluntary Liquidation)
### The Companies Law (Revised)
### Registered Company No OG-286198

Pursuant to section 127 of the Companies Law (Revised), the final meeting of the sole shareholder of this company will be held at the offices of Ogier, Attorneys, 89 Nexus Way, Camana Bay, Grand Cayman KY1-9009 Cayman Islands, on 9 August 2016 at 11:00AM.

**Business:**

1. To lay accounts before the meeting showing how the winding-up has been conducted and how the property has been disposed of to the date of the final winding-up on 9 August 2016.

2. To authorise the voluntary liquidator of the company to retain the records of the company for a period of five years from the dissolution of the company, after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Date: 7 July 2016**

EAGLEVALE PARTNERS LP
Voluntary Liquidator

**Contact for enquiries:**

Name: Ridhiima Kapoor
Telephone: +1 (345) 949 9876
Facsimile: +1 (345) 949 9877

### ATTALUS LONG-SHORT EQUITY FUND, LTD.
### In Voluntary Liquidation
### (The Company)
### Registration No. 116656

TAKE NOTICE that pursuant to Section 127 of the Companies Law (2013 Revision) and Order 13, Rules 11(2) and 12 of the Companies Winding Up (Amendment) Rules, 2013 the final meeting of the above-named company has been reconvened for 10:30am on 16 August 2016 at the offices of Grant Thornton Specialist Services (Cayman) Limited, 48 Market Street, 2nd Floor, Suite 4290, Canella Court, Camana Bay, Grand Cayman, Cayman Islands for the purpose of considering and if thought fit:

1. Approving the Joint Voluntary Liquidators' final report and accounts (including the provisions for any unpaid expenses) together with the 30 June 2016 supplement to and forming part of the final report of the Joint Voluntary Liquidators' dated 28 September 2015;

2. Approving the Joint Voluntary Liquidator's remuneration and expenses (including provision for work still to be done);

3. Resolving upon the retention and destruction of the Company's books and records; and resolving upon the method of dealing with the proceeds of any dividend cheques which remain uncleared for more than six months.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote on his behalf.  Such proxy need not be a member or a creditor of the company.

**Dated this 18 day of July 2016**

MICHAEL SAVILLE
Joint Voluntary Liquidator

**Contact for Enquiries:**
Prudence Pryce
10 Market Street, Box 765
Camana Bay
Grand Cayman KY1-9006
Cayman Islands
Telephone: +1 (345) 949 7100
Facsimile: +1 (345) 949 7120
Email: prudence.pryce@uk.gt.com

### ATTALUS MULTI-STRATEGY FUND (ERISA), LTD.
### In Voluntary Liquidation
### (The Company)
### Registration No. 96358

TAKE NOTICE that pursuant to Section 127 of the Companies Law (2013 Revision) and Order 13, Rules 11(2) and 12 of the Companies Winding Up (Amendment) Rules, 2013 the final meeting of the above-named company has been reconvened for 10:15am on 16 August 2016 at the offices of Grant Thornton Specialist Services (Cayman) Limited, 48 Market Street, 2nd Floor, Suite 4290, Canella Court, Camana Bay, Grand Cayman, Cayman Islands for the purpose of considering and if thought fit:

1. Approving the Joint Voluntary Liquidators' final report and accounts (including the provisions

for any unpaid expenses) together with the 30 June 2016 supplement to and forming part of the final report of the Joint Voluntary Liquidators' dated 28 September 2015;

2. Approving the Joint Voluntary Liquidator's remuneration and expenses (including provision for work still to be done);

3. Resolving upon the retention and destruction of the Company's books and records; and resolving upon the method of dealing with the proceeds of any dividend cheques which remain uncleared for more than six months.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote on his behalf.  Such proxy need not be a member or a creditor of the company.

**Dated this 18 day of July 2016**

MICHAEL SAVILLE
Joint Voluntary Liquidator

**Contact for Enquiries:**
Prudence Pryce
10 Market Street, Box 765
Camana Bay
Grand Cayman KY1-9006
Cayman Islands
Telephone: +1 (345) 949 7100
Facsimile: +1 (345) 949 7120
Email: prudence.pryce@uk.gt.com

### ATTALUS ACTIVE BENCHMARK OPPORTUNITIES
### In Voluntary Liquidation (the Company)
### Registration No. 156346

TAKE NOTICE that pursuant to Section 127 of the Companies Law (2013 Revision) and Order 13, Rules 11(2) and 12 of the Companies Winding Up (Amendment) Rules, 2013 the final meeting of the above-named company has been reconvened for 10:00am on 16 August 2016 at the offices of Grant Thornton Specialist Services (Cayman) Limited, 48 Market Street, 2nd Floor, Suite 4290, Canella Court, Camana Bay, Grand Cayman, Cayman Islands for the purpose of considering and if thought fit:

1. Approving the Joint Voluntary Liquidators' final report and accounts (including the provisions for any unpaid expenses) together with the 30 June 2016 supplement to and forming part of the

final report of the Joint Voluntary Liquidators' dated 28 September 2015;

2. Approving the Joint Voluntary Liquidator's remuneration and expenses (including provision for work still to be done);

3. Resolving upon the retention and destruction of the Company's books and records; and resolving upon the method of dealing with the proceeds of any dividend cheques which remain uncleared for more than six months.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote on his behalf. Such proxy need not be a member or a creditor of the company.

**Dated this 18 day of July 2016**

MICHAEL SAVILLE
Joint Voluntary Liquidator

**Contact for Enquiries:**
Prudence Pryce
10 Market Street, Box 765
Camana Bay
Grand Cayman KY1-9006
Cayman Islands
Telephone: +1 (345) 949 7100
Facsimile: +1 (345) 949 7120
Email: prudence.pryce@uk.gt.com

**BOW STREET OFFSHORE FUND, LTD.**
**(in Voluntary Liquidation)**
**The Companies Law (Revised)**
**Registered Company No OG 254435**

Pursuant to section 127 of the Companies Law (Revised), the final meeting of the sole shareholder of this company will be held at the offices of Ogier, Attorneys, 89 Nexus Way, Camana Bay, Grand Cayman KY1-9009, Cayman Islands, on 9 August 2016 at 10:00am EST.

**Business:**

1. To lay accounts before the meeting showing how the winding-up has been conducted and how the property has been disposed of to the date of the final winding-up on 9 August 2016.

2. To authorise the voluntary liquidator of the company to retain the records of the company for a period of five years from the dissolution of the company, after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend

and vote in his stead. A proxy need not be a member or a creditor.

**Date: 8 July 2016**

BOW STREET LLC
Voluntary Liquidator

**Contact for enquiries:**
Name: Sophia Leavett
Telephone: +1 (345) 949 9876
Facsimile: +1 (345) 949 9877

**PERGAMON MASTER FUND, LTD.**
**(In Voluntary Liquidation)**
**(The "Company")**
**Registration No 139872**

TAKE NOTICE that pursuant to section 127 of the Companies Law (2013 Revision) the final general meeting of the Company will be held at the offices of 590 Madison Avenue 30th Floor, New York, NY 10022 on 9 August 2016..

AND FURTHER TAKE NOTICE that the purpose of the meeting will be:

1. To approve the voluntary liquidator's final report and accounts of the winding up and any explanation thereof.

2. To resolve that the voluntary liquidator be authorised to retain the company's books and records for a period of five years following the date of dissolution, after which they may be destroyed.

3. To resolve that the voluntary liquidator be authorised to hold on trust the proceeds of any uncleared dividend cheques which remain uncleared for more than six months and, after twelve months from the date of dissolution of the Company, to transfer such proceeds to the Financial Secretary in accordance with section 153(2) of the Companies Law (2013 Revision).

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or creditor.

**Date: 6 July 2016**

CATHY FLEMING
Authorized Signatory
For and on behalf of
PERGAMON OFFSHORE ADVISORS, L.P.
Voluntary Liquidator

**Address for services:**
590 Madison Avenue, 30th Floor
New York, NY 10022
### INVEST AD - IRAQ OPPORTUNITY FUND
#### (In Voluntary Liquidation)
#### (The "Company")
#### Registration No. 231973
TAKE NOTICE THAT pursuant to section 127 of the Companies Law (2014 Revision) the final general meeting of the Company will be held at the offices of Apex Fund Services (Cayman) Limited, PO Box 10085, 161a Artillery Court, Shedden Road, Grand Cayman KY1 1001, Cayman Islands on 31 August 2016 at 10:00 AM.
**Business:**
1. To approve the Voluntary Liquidator's final report and accounts of the winding up and any explanations thereof.
2. To approve the Voluntary Liquidator's remuneration.
3. To resolve that the Voluntary Liquidator be authorised to retain the Company's books and records for a period of three years following the date of dissolution, after which they may be destroyed.
4. To resolve that the Voluntary Liquidator be authorised to hold on trust the proceeds of any uncleared dividend cheques which remain uncleared for more than six months and, after twelve months from the date of dissolution of the Company, to transfer such proceeds to the Financial Secretary in accordance with section 153(2) of the Companies Law (2009 Revision).
**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or creditor.
**Dated this 30 June 2016**

KEN STEWART
Voluntary Liquidator

**Address for services:**
c/o Apex Fund Services (Cayman) Limited
PO Box 10085
161a Artillery Court,
Grand Cayman KY1 1001
Cayman Islands

### GOLDMAN SACHS PROPRIETARY LOAN ACCESS FUND LTD.
#### (In Voluntary Liquidation)
#### (The "Company")
#### Registration No: 226169
TAKE NOTICE that pursuant to section 127 of the Companies Law (2013 Revision) (as amended), the final meeting of the shareholders of the Company will be held at the offices of Walkers Liquidations Limited at Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands on 11 August 2016 at 11.10am (Cayman Islands time).
**Business:**
1. To approve the voluntary liquidator's final report and account showing how the winding up of the Company has been conducted, how the Company's property has been disposed of and any explanation that may be given by the voluntary liquidator thereof.
2. To authorise the voluntary liquidator to retain the books and records of the Company for a period of three years from the date of dissolution of the Company, after which time they may be destroyed.
**Proxies:** Any shareholder entitled to attend and vote at the meeting is permitted to appoint a proxy to attend and vote in his stead. Such proxy need not be a shareholder.
**Dated this 18 day of July 2016**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**
Cayman Corporate Centre
27 Hospital Road, George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidaton@walkersglobal.com
### GOLDMAN SACHS EVENT RISK PREMIUM OPPORTUNTIES FUND OFFSHORE LTD.
#### (In Voluntary Liquidation)
#### (The "Company")
#### Registration No: 235748
TAKE NOTICE that pursuant to section 127 of the Companies Law (2013 Revision) (as

amended), the final meeting of the shareholders of the Company will be held at the offices of Walkers Liquidations Limited at Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands on 11 August 2016 at 11.10am (Cayman Islands time).

**Business:**

1. To approve the voluntary liquidator's final report and account showing how the winding up of the Company has been conducted, how the Company's property has been disposed of and any explanation that may be given by the voluntary liquidator thereof.

2. To authorise the voluntary liquidator to retain the books and records of the Company for a period of three years from the date of dissolution of the Company, after which time they may be destroyed.

**Proxies:** Any shareholder entitled to attend and vote at the meeting is permitted to appoint a proxy to attend and vote in his stead. Such proxy need not be a shareholder.

**Dated this 18 day of July 2016**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**

Cayman Corporate Centre
27 Hospital Road, George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidaton@walkersglobal.com

**PERGAMON OFFSHORE FUND, LTD.**
**(In Voluntary Liquidation)**
**(The "Company")**
**Registration No 139873**

TAKE NOTICE that pursuant to section 127 of the Companies Law (2013 Revision) the final general meeting of the Company will be held at the offices of 590 Madison Avenue, 30th Floor, New York, NY 10022 on 9 August 2016.

AND FURTHER TAKE NOTICE that the purpose of the meeting will be:

1. To approve the voluntary liquidator's final report and accounts of the winding up and any explanation thereof.

2. To resolve that the voluntary liquidator be authorised to retain the company's books and records for a period of five years following the date of dissolution, after which they may be destroyed.

3. To resolve that the voluntary liquidator be authorised to hold on trust the proceeds of any uncleared dividend cheques which remain uncleared for more than six months and, after 12 months from the date of dissolution of the Company, to transfer such proceeds to the Financial Secretary in accordance with section 153(2) of the Companies Law (2013 Revision).

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or creditor.

**Date: 6 July 2016**

CATHY FLEMING
Authorized Signatory
For and on behalf of
PERGAMON OFFSHORE ADVISORS, L.P.
Voluntary Liquidator

**Address for services:**

590 Madison Avenue, 30th Floor
New York, NY 10022

**GOLDMAN SACHS STRUCTURED**
**EMERGING MARKETS EQUITY FUND,**
**LTD.**
**(In Voluntary Liquidation)**
**(The "Company")**
**Registration No: 172972**

TAKE NOTICE that pursuant to section 127 of the Companies Law (2013 Revision) (as amended), the final meeting of the shareholders of the Company will be held at the offices of Walkers Liquidations Limited at Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands on 11 August 2016 at 11.10am (Cayman Islands time).

**Business:**

1. To approve the voluntary liquidator's final report and account showing how the winding up of the Company has been conducted, how the Company's property has been disposed of and any explanation that may be given by the voluntary liquidator thereof.

2. To authorise the voluntary liquidator to retain the books and records of the Company for a period of three years from the date of dissolution of the Company, after which time they may be destroyed.

**Proxies:** Any shareholder entitled to attend and vote at the meeting is permitted to appoint a proxy to attend and vote in his stead. Such proxy need not be a shareholder.

**Dated this 18 day of July 2016.**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**

Cayman Corporate Centre
27 Hospital Road, George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidaton@walkersglobal.com

### LIBERTY HARBOR CONVEX STRATEGIES, LTD.
### (In Voluntary Liquidation)
### (The "Company")
### Registration No: 260534

TAKE NOTICE that pursuant to section 127 of the Companies Law (2013 Revision) (as amended), the final meeting of the shareholders of the Company will be held at the offices of Walkers Liquidations Limited at Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands on 11 August 2016 at 11.00am (Cayman Islands time).

**Business:**

1. To approve the voluntary liquidator's final report and account showing how the winding up of the Company has been conducted, how the Company's property has been disposed of and any explanation that may be given by the voluntary liquidator thereof.

2. To authorise the voluntary liquidator to retain the books and records of the Company for a period of three years from the date of dissolution of the Company, after which time they may be destroyed.

**Proxies:** Any shareholder entitled to attend and vote at the meeting is permitted to appoint a proxy

to attend and vote in his stead. Such proxy need not be a shareholder.

**Dated this 18 day of July 2016**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**

Cayman Corporate Centre
27 Hospital Road, George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidaton@walkersglobal.com

### GOLDMAN SACHS GLOBAL OPPORTUNITIES SELECT OFFSHORE, LTD.
### (In Voluntary Liquidation)
### (The "Company")
### Registration No: 258196

TAKE NOTICE that pursuant to section 127 of the Companies Law (2013 Revision) (as amended), the final meeting of the shareholders of the Company will be held at the offices of Walkers Liquidations Limited at Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands on 11 August 2016 at 11.20am (Cayman Islands time).

**Business:**

1. To approve the voluntary liquidator's final report and account showing how the winding up of the Company has been conducted, how the Company's property has been disposed of and any explanation that may be given by the voluntary liquidator thereof.

2. To authorise the voluntary liquidator to retain the books and records of the Company for a period of three years from the date of dissolution of the Company, after which time they may be destroyed.

**Proxies:** Any shareholder entitled to attend and vote at the meeting is permitted to appoint a proxy to attend and vote in his stead. Such proxy need not be a shareholder.

**Dated this 18 day of July 2016**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**
Cayman Corporate Centre
27 Hospital Road, George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidaton@walkersglobal.com

### KEMNAY VALTURA LIMITED
### (The "Company")
### (In Voluntary Liquidation)
### The Companies Law (2013 Revision)

TAKE NOTICE THAT pursuant to Section 127 of the Companies Law that the final general meeting of the Company will be held at 6 Cardinall ave, 3rd Floor, Grand Cayman, Cayman Islands on the 19 day of August 2016 for the purpose of presenting to the members an account of the winding up of the Company and giving any explanation thereof.

**Dated this 7 day of July 2016**

MAHESH NAGENDRAM
Voluntary Liquidator

**The address of the liquidator is:**
c/o Scotiabank & Trust (Cayman) Ltd.
6 Cardinall ave
P.O. Box 501
Grand Cayman KY1-1106
Telephone: 345 914 6294

### WP X INVESTMENTS I LTD.
### (In Voluntary Liquidation)
### (The Company)
### The Companies Law (As Amended)

TAKE NOTICE that, pursuant to section 127 of the Companies Law (as amended), the final general meeting of the Company will be held at the offices of Mourant Ozannes, 94 Solaris Avenue, Camana Bay, Grand Cayman KY1-1108, Cayman Islands on 12 August 2016 at 10:30 am.

**Business:**

1. To lay accounts before the meeting showing how the winding-up has been conducted and how the property has been disposed of to the date of the final winding up on 12 August 2016 and any explanation thereof.

2. To authorise the voluntary liquidator of the Company to retain the records of the Company for a period of five years from the dissolution of the Company, after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Date: 8 July 2016**

MOURANT OZANNES CAYMAN
LIQUIDATORS LIMITED
Voluntary Liquidator

**Contact for enquiries:**
Jo-Anne Maher
Telephone: (345) 814-9255
Facsimile: (345) 949-4647

**Address for service:**
c/o Mourant Ozannes, Attorneys-at-law
94 Solaris Avenue, Camana Bay
PO Box 1348
Grand Cayman KY1-1108
Cayman Islands

### GLOBAL FOCUSED VALUE
### INTERNATIONAL FUND, LTD.
### (In Voluntary Liquidation)
### (The Company)
### The Companies Law (As Amended)

TAKE NOTICE that, pursuant to section 127 of the Companies Law (as amended), the final general meeting of the Company will be held at the offices of Mourant Ozannes, 94 Solaris Avenue, Camana Bay, Grand Cayman KY1-1108, Cayman Islands on 12 August 2016 at 11:00 am.

**Business:**

1. To lay accounts before the meeting showing how the winding-up has been conducted and how the property has been disposed of to the date of the final winding up on 12 August 2016 and any explanation thereof.

2. To authorise the voluntary liquidator of the Company to retain the records of the Company for a period of five years from the dissolution of the Company, after which they may be destroyed.

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in his stead. A proxy need not be a member or a creditor.

**Date: 8 July 2016**

MOURANT OZANNES
On behalf of ERIK WEIR
Voluntary Liquidator

**Contact for Enquiries:**
Name: Jo-Anne Maher
Telephone: (345) 814 9255
Facsimile: (345) 949 4647
**Address of the Voluntary Liquidator:**
Erik Weir
c/o 94 Solaris Avenue, Camana Bay
PO Box 1348
Grand Cayman KY1-1108
Cayman Islands

### HARRISON CORPORATION
### (In Voluntary Liquidation)
### (The "Company")
### The Companies Law
### Registration No: 106577

TAKE NOTICE that pursuant to section 127 of the Companies Law (2013 Revision) (as amended), the final meeting of the shareholders of the Company will be held at the offices of Becker, Glynn, Muffly, Chassin & Hosinski LLP at 299 Park Avenue, New York, NY 10171, United States on 11 August 2016 at 10.00am (New York time).

**Business:**

1. To approve the voluntary liquidator's final report and account showing how the winding up of the Company has been conducted, how the Company's property has been disposed of and any explanation that may be given by the voluntary liquidator thereof.

2. To authorise the voluntary liquidator to retain the books and records of the Company for a period of three years from the date of dissolution of the Company, after which time they may be destroyed.

Any shareholder entitled to attend and vote at the meeting is permitted to appoint a proxy to attend and vote in his stead. Such proxy need not be a shareholder.

**Dated this 18 day of July 2016**

ROBERT C. MUFFLY
Voluntary Liquidator

**Contact:**
Robert C. Muffly
299 Park Avenue, New York, NY 10171
United States
Tel: (212) 888-3033
Email: rmuffly@beckerglynn.com

### APTINA, INC.
### (In Voluntary Liquidation)
### (The "Company")
### Registration No: 210143

TAKE NOTICE that pursuant to section 127 of the Companies Law (2013 Revision) (as amended), the final meeting of the shareholders of the Company will be held at the offices of Walkers Liquidations Limited at Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands on 11 August 2016 at 10.50 am (Cayman time).

**Business:**

1. To approve the voluntary liquidator's final report and account showing how the winding up of the Company has been conducted, how the Company's property has been disposed of and any explanation that may be given by the voluntary liquidator thereof.

2. To authorise the voluntary liquidator to retain the books and records of the Company for a period of three years from the date of dissolution of the Company, after which time they may be destroyed.

**Proxies:** Any shareholder entitled to attend and vote at the meeting is permitted to appoint a proxy to attend and vote in his stead. Such proxy need not be a shareholder.

**Dated this 18 day of July 2016**

WALKERS LIQUIDATIONS LIMITED
Voluntary Liquidator

**Contact:**
Cayman Corporate Centre
27 Hospital Road
George Town
Grand Cayman KY1-9008
Cayman Islands
Tel: +1 345 949 0100
Email: CaymanLiquidation@walkersglobal.com

### HARRISON CORPORATION
### (In Voluntary Liquidation)
### (The "Company")
### Registration No: 106577

TAKE NOTICE that pursuant to section 127 of the Companies Law (2013 Revision) (as amended), the final meeting of the shareholders of the Company will be held at the offices of Becker,

Glynn, Muffly, Chassin & Hosinski LLP at 299 Park Avenue, New York, NY 10171, United States on 11 August 2016 at 10.00am (New York time).

**Business:**

1. To approve the voluntary liquidator's final report and account showing how the winding up of the Company has been conducted, how the Company's property has been disposed of and any explanation that may be given by the voluntary liquidator thereof.

2. To authorise the voluntary liquidator to retain the books and records of the Company for a period of three years from the date of dissolution of the Company, after which time they may be destroyed.

**Proxies:** Any shareholder entitled to attend and vote at the meeting is permitted to appoint a proxy to attend and vote in his stead. Such proxy need not be a shareholder.

**Dated this 18 day of July 2016**

ROBERT C. MUFFLY
Voluntary Liquidator

**Contact:**
Robert C. Muffly
299 Park Avenue
New York
NY 10171
United States
Tel: (212) 888-3033
Email: [rmuffly@beckerglynn.com]

# Partnership Notices

### OMNI SECURED LENDING FUND I LP
### (In Voluntary Liquidation)
### ("The Exempted Limited Partnership")
### Notice Of Voluntary Winding Up
### Registration No. 73402

NOTICE IS HEREBY GIVEN pursuant to section 36(3) of the Exempted Limited Partnership Law, 2014 that the winding up and dissolution of the Exempted Limited Partnership commenced on June 24, 2016 in accordance with the terms of the partnership agreement dated January 10, 2014.

Omni Secured Lending General Partner Limited, in its capacity as general partner has resolved to appoint Graham Robinson and Russell Homer of Chris Johnson Associates Ltd, 80 Elizabethan Square, P.O. Box 2499, Grand Cayman KY1-1104, Cayman Islands, as Joint Liquidators of the Limited Partnership and shall wind up the Exempted Limited Partnership in accordance with the terms of the Partnership Agreement.

The creditors of the Exempted Limited Partnership are required within 21 days of the publication of this notice to send in their names and addresses and the particulars of their debts or claims to the Joint Liquidators in default thereof they will be excluded from the benefits of any distribution made before such debts are proved.

**Dated this 24 day of June 2016**

GRAHAM ROBINSON
Joint Voluntary Liquidator

**Contact for enquiries:**
Tanya Armstrong
Telephone: (345) 946-0820
Facsimile: (345) 946-0864
**Address for service:**
PO Box 2499, George Town KY1-1104
Grand Cayman, Cayman Islands

### BAIN CAPITAL PARTNERS (AM) X, L.P.
### (In Voluntary Winding Up)
### (The "Exempted Limited Partnership")
### Registration No. 43907

NOTICE IS HEREBY GIVEN pursuant to section 36(3) of the Exempted Limited Partnership Law, 2014 that the winding up and dissolution of the Exempted Limited Partnership commenced on the date hereof in accordance with the terms of the partnership agreement dated 7 October 2010 (the "Partnership Agreement").

Bain Capital Investors, LLC in its capacity as general partner shall wind up the Exempted Limited

Partnership in accordance with the terms of the Partnership Agreement.

The creditors of the Exempted Limited Partnership are required within 21 days from the date of this notice to send in their names and addresses and the particulars of their debts or claims to Bain Capital Investors, LLC or in default thereof they will be excluded from the benefit of any distribution made before such debts are proved.

**Date: 28 June 2016**

BAIN CAPITAL LNVESTORS, LLC
**Address for services:**
c/o Maples and Ca der Attorneys-at-law
PO Box 309, Ugland House
Grand Cayman KY1-1104
Cayman Islands

### CAREP - JAPAN INVESTORS II, L.P.
### (In Voluntary Liquidation)
### (The "Partnership")
### Registration No. 22788

Pursuant to section 123(1)(e) of the Companies Law of the Cayman Islands (as amended) as applicable to the Partnership under section 36(3) of the ELP Law NOTICE IS HEREBY GIVEN AS FOLLOWS:

TAKE NOTICE THAT the winding up of the Partnership commenced on 28 June 2016 pursuant to the expiration of the commitment period and disposal of all of the investments of the Partnership, in accordance with clause 9.1(c) of the Amended and Restated Limited Partnership Agreement dated 12 March 2008 (as amended, restated and/or supplemented from time to time).

TAKE FURTHER NOTICE THAT Carlyle Asia Real Estate II, Ltd. (in its capacity as general partner of the Partnership) of Walkers Corporate Limited, Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008,

Cayman Islands, has been appointed voluntary liquidator of the Partnership.

NOTICE IS HEREBY GIVEN that creditors of the Partnership are to prove their debts or claims within 21 days of the publication of this notice and to establish any title they may have under the ELP Law by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 18 July 2016**

For and on behalf of
CARLYLE ASIA REAL ESTATE II, LTD.
(in its capacity as general partner of the Partnership)

**Contact:**

Name: Melissa Lim
Email: melissa.lim@walkersglobal.com
Telephone: +13458144512

### CAREP-JAPAN II, L.P.
### (In Voluntary Liquidation)
### (The "Partnership")
### Registration No. 21490

Pursuant to section 123(1)(e) of the Companies Law of the Cayman Islands (as amended) as applicable to the Partnership under section 36(3) of the ELP Law NOTICE IS HEREBY GIVEN AS FOLLOWS:

TAKE NOTICE THAT the winding up of the Partnership commenced on 28 June 2016 pursuant to the expiration of the commitment period and the disposal of all of the investments of the Partnership, in accordance with clause 9.1(c) of the Amended and Restated Limited Partnership Agreement dated 12 March 2008 (as amended, restated and/or supplemented from time to time).

TAKE FURTHER NOTICE THAT Carlyle Asia Real Estate II, Ltd. (in its capacity as general partner of the Partnership) of Walkers Corporate Limited, Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands, has been appointed voluntary liquidator of the Partnership.

NOTICE IS HEREBY GIVEN that creditors of the Partnership are to prove their debts or claims within 21 days of the publication of this

notice and to establish any title they may have under the ELP Law by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 18 July 2016**

For and on behalf of
CARLYLE ASIA REAL ESTATE II, LTD.
(in its capacity as general partner of the Partnership)

**Contact:**

Name: Melissa Lim
Email: melissa.lim@walkersglobal.com
Telephone: +13458144512

### WOF OFFSHORE L.P. II
### (In Voluntary Winding Up)
### (The "Exempted Limited Partnership")
### Registration No: 17788

NOTICE IS HEREBY GIVEN pursuant to section 36(3) of the Exempted Limited Partnership Law, 2014 that the winding up and dissolution of the Exempted Limited Partnership commenced on or about the date hereof in accordance with the terms of the Second Amended and Restated Limited Partnership Agreement dated 28 June 2013 (the "Partnership Agreement").

Wayzata Offshore GP, LLC in its capacity as general partner shall wind up the Exempted Limited Partnership in accordance with the terms of the Partnership Agreement.

The creditors of the Exempted Limited Partnership are required on or before 5 August 2016 to send in their names and addresses and the particulars of their debts or claims to Wayzata Offshore GP, LLC or in default thereof they will be excluded from the benefit of any distribution made before such debts are proved.

**Date: 30 June 2016**

WAYZATA OFFSHORE GP, LLC
its general partner
By: Wayzata Investment Partners LLC, its manager
Name: Patrick J. Halloran
Title: Manager

**Address for service:**
c/o Maples and Calder, Attorneys-at-law
PO Box 309, Ugland House
Grand Cayman KY1-1104
Cayman Islands

**NXP CO-INVESTMENT PARTNERS III, L.P.**
**(In Voluntary Winding Up)**
**(The "Exempted Limited Partnership")**
**Registration No: 18121**

NOTICE IS HEREBY GIVEN pursuant to section 36(3) of the Exempted Limited Partnership Law, 2014 that the winding up and dissolution of the Exempted Limited Partnership commenced on 7 September 2015 in accordance with the terms of the partnership agreement dated 26 September 2006 (the "Partnership Agreement").

Solar Capital Ltd. was appointed voluntary liquidator.

The creditors of the Exempted Limited Partnership are required on or before 17 August 2016 to send in their names and addresses and the particulars of their debts or claims to Solar Capital Ltd. or in default thereof they will be excluded from the benefit of any distribution made before such debts are proved.

**Date: 30 June 2016**

For and on behalf of
SOLAR CAPITAL LTD.

**Address for service:**
c/o Maples and Calder, Attorneys-at-law
PO Box 309, Ugland House
Grand Cayman KY1-1104
Cayman Islands

**BAMBOO PRIME, L.P.**
**(The "Exempted Limited Partnership")**
**Registration No. 82588**

TAKE NOTICE that the Exempted Limited Partnership commenced its winding up on 18 May 2016 in accordance with the terms of the partnership agreement, as amended or restated, dated 9 August 2015 (the "Partnership Agreement").

AND FURTHER TAKE NOTICE that Bamboo Capital China Management, L.P., in its capacity as general partner of the Exempted Limited Partnership, shall wind up the Exempted Limited Partnership in accordance with the terms of the Partnership Agreement.

**DATED this 6 July 2016**

KOK WAI YEE
Authorised Signatory
Bamboo Capital China Management, L.P., acting
as General Partner of the Exempted Limited
Partnership
Conyers Dill & Pearman

**Address for service:**
Cricket Square
Hutchins Drive, P.O. Box 2681
Grand Cayman KY1-1111
Cayman Islands
Attention: Ryan Charles

**BAMBOO PRIME, L.P.**
**(In Voluntary Winding Up)**
**(The "Exempted Limited Partnership")**
**The Exempted Limited Partnership Law**

TAKE NOTICE that the Exempted Limited Partnership commenced its winding up on 18 May 2016 in accordance with the terms of the partnership agreement, as amended or restated, dated 9 August 2015 (the "Partnership Agreement").

AND FURTHER TAKE NOTICE that Bamboo Capital China Management, L.P., in its capacity as general partner of the Exempted Limited Partnership, shall wind up the Exempted Limited Partnership in accordance with the terms of the Partnership Agreement.

AND FURTHER TAKE NOTICE that creditors of the Exempted Limited Partnership are to prove their debts or claims on or before the date that is 21 days from the date of this notice, or they will be excluded from the benefit of any distribution made before the debts are proved or from objecting to any distribution.

**Date: 6 July 2016**

Authorized Signatory
KOK WAI YEE
Bamboo Capital China Management, L.P.
General Partner

**Contact for enquiries:**
Name: Ryan Charles
Telephone: (345) 945-3901
Facsimile: (345) 945-3902

**Address for service:**
P.O. Box 2681
Grand Cayman   KY1-1111
Cayman Islands

### GLOBAL FOCUSED VALUE MASTER
### FUND, L.P.
### (The Partnership)

**The Exempted Limited Partnership Law, 2014**
TAKE NOTICE that the Partnership commenced voluntary winding up on 27 June 2016 pursuant to section 36(1)(a) of the Exempted Limited Partnership Law, 2014 (the Law), and WCM Global Wealth, LLC. of c/o 94 Solaris Avenue, Camana Bay, PO Box 1348, Grand Cayman KY1-1108, Cayman Islands, as general partner of the Partnership, shall wind up the Partnership.

Creditors of the Partnership are to prove their debts or claims on or before 8 August 2016, and to establish any title they may have under the Law, or be excluded from the benefit of any distribution made before such debts are proved or from objecting to the distribution.

**Date: 6 July 2016**

MOURANT OZANNES
On behalf of
WCM Global Wealth, LLC
general partner of the Partnership

**Contact for enquiries:**
Jo-Anne Maher
Telephone: (345) 814-9255
Facsimile: (345) 949-4647

**Address for service:**
c/o Mourant Ozannes, Attorneys-at-law
94 Solaris Avenue, Camana Bay
PO Box 1348
Grand Cayman KY1-1108
Cayman Islands

### GRF MASTER FUND, L.P.
### (In Voluntary Liquidation)
### Registration No. 33705

TAKE NOTICE that the above-named Partnership (the "Partnership") was put into liquidation on 6 July 2016 pursuant to section 36(1) of the Exempted Limited Partnerships Law (as amended) and the occurrence of an event specified in the Amended and Restated Agreement of Exempted Limited Partnership of the Partnership dated June 23, 2009 (as amended, the "Partnership Agreement").

AND TAKE FURTHER NOTICE that GRF GP, L.L.C. of c/o Intertrust Corporate Services (Cayman) Limited, 190 Elgin Avenue, George Town, Grand Cayman KY1-9005, Cayman Islands, in its capacity as the general partner of the Partnership, shall wind up the Partnership in accordance with the terms of the Partnership Agreement and the Exempted Limited Partnership Law, 2014.

AND NOTICE IS HEREBY GIVEN that creditors of the Partnership are to prove their debts or claims within 21 days of the publication of this notice by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 6 day of July 2016.**

GRF GP, L.L.C.

**Contact for Enquiries:**
Ed Pearson
Walkers
190 Elgin Avenue, George Town
Grand Cayman KY1-9001
Cayman Islands
Tel: + 1 345 814 4528
Fax: + 1 345 949 7886
Email: ed.pearson@walkersglobal.com

### GRF MASTER FUND II, L.P.
### (In Voluntary Liquidation)
### Registration No. 48805

TAKE NOTICE that the above-named Partnership (the "Partnership") was put into liquidation on 6 July 2016 pursuant to section 36(1) of the Exempted Limited Partnerships Law (as amended) and the occurrence of an event specified in the Amended and Restated Agreement of Exempted Limited Partnership of the Partnership dated June 30, 2011 (as amended, the "Partnership Agreement").

AND TAKE FURTHER NOTICE that GRF GP, L.L.C. of c/o Intertrust Corporate Services (Cayman) Limited, 190 Elgin Avenue, George Town, Grand Cayman KY1-9005, Cayman Islands, in its capacity as the general partner of the

Partnership, shall wind up the Partnership in accordance with the terms of the Partnership Agreement and the Exempted Limited Partnership Law, 2014.

AND NOTICE IS HEREBY GIVEN that creditors of the Partnership are to prove their debts or claims within 21 days of the publication of this notice by sending their names, addresses and the particulars of their debts or claims to the undersigned, or in default thereof they will be excluded from the benefit of any distribution made before such debts and/or claims are proved or from objecting to the distribution.

**Dated this 6 day of July 2016**

GRF GP, L.L.C.

**Contact for Enquiries:**
Ed Pearson
Walkers
190 Elgin Avenue, George Town
Grand Cayman KY1-9001
Cayman Islands
Tel: + 1 345 814 4528
Fax: + 1 345 949 7886
Email: ed.pearson@walkersglobal.com

### SCHRODER VENTURES US FUND L.P.2
### (In Voluntary Winding Up)
### (The "Exempted Limited Partnership")
### Registration No: 11807

NOTICE IS HEREBY GIVEN pursuant to section 36(3) of the Exempted Limited Partnership Law, 2014 that the winding up and dissolution of the Exempted Limited Partnership commenced on 29 April 2011 in accordance with the terms of the limited partnership agreement dated 1 October 1999 (the "Partnership Agreement").

Schroder Venture Managers Inc. in its capacity as general partner shall wind up the Exempted Limited Partnership in accordance with the terms of the Partnership Agreement.

The creditors of the Exempted Limited Partnership are required on or before 18 August 2016 to send in their names and addresses and the particulars of their debts or claims to Schroder Venture Managers Inc. or in default thereof they will be excluded from the benefit of any distribution made before such debts are proved.

**Date: 7 July 2016**

LANA DESMOND
Title: Director
For and on behalf of
Schroder Venture Managers Inc.

**Contact for Enquiries:**
c/o Maples and Calder, Attorneys-at-law
PO Box 309, Ugland House
Grand Cayman, KY1-1104
Cayman Islands

### CIM SG TRADE FINANCE
### OPPORTUNITIES II LP
### (In Voluntary Liquidation)

Pursuant to section 123(1)(e) of the Companies Law (as amended) as applicable to the above-named partnership (the "Partnership") under section 36(3) of the Exempted Limited Partnership Law (as amended) (the "ELP Law") NOTICE IS HEREBY GIVEN AS FOLLOWS:

TAKE NOTICE THAT pursuant to section 36(1) of the ELP Law, the winding up of the Partnership commenced on 8 July 2016.

NOTICE IS HEREBY GIVEN that the creditors of the Partnership which is being wound up voluntarily are required, within 21 days of this notice, to send in their names and addresses and the particulars of their debts and claims and the names and addresses of their attorneys at law (if any) to the undersigned. In default thereof, they will be excluded from the benefit of any distribution made before such debts are proved.

**Dated this 22 July 2016**

For and on behalf of
CIM SG SPECIFIC OPPORTUNITIES FUND
(General Partner) Limited in its capacity as
general partner of the Partnership

**Contact:**
CIM SG Specific Opportunities Fund (General Partner) Limited
Maples Corporate Services Limited
P.O. Box 309
Ugland House, South Church Street
George Town
Grand Cayman  KY1-1104
Cayman Islands

## CIM SG SPECIFIC OPPORTUNITIES FUND LP

### (In Voluntary Liquidation)

Pursuant to section 123(1)(e) of the Companies Law (as amended) as applicable to the above-named partnership (the "Partnership") under section 36(3) of the Exempted Limited Partnership Law (as amended) (the "ELP Law") NOTICE IS HEREBY GIVEN AS FOLLOWS:

TAKE NOTICE THAT pursuant to section 36(1) of the ELP Law, the winding up of the Partnership commenced on 8 July 2016.

NOTICE IS HEREBY GIVEN that the creditors of the Partnership which is being wound up voluntarily are required, within 21 days of this notice, to send in their names and addresses and the particulars of their debts and claims and the names and addresses of their attorneys at law (if any) to the undersigned. In default thereof, they will be excluded from the benefit of any distribution made before such debts are proved.

**Dated this 22 July 2016**

For and on behalf of
CIM SG EUROPEAN OPPORTUNITIES FUND
(General Partner) Limited in its capacity as
general partner of the Partnership

**Contact:**

CIM SG European Opportunities Fund (General Partner) Limited
Maples Corporate Services Limited
P.O. Box 309
Ugland House, South Church Street
George Town
Grand Cayman KY1-1104
Cayman Islands

#### OMNI SECURED LENDING FUND I LP
#### (In Voluntary Liquidation)
#### ("The Exempted Limited Partnership")
#### Notice Of Final General Meeting
#### Registration No. 73402

Pursuant to section 36(3) of the Exempted Limited Partnership Law (2014 Revision) and section 127(2) of the Companies Law (2013 Revision), the final meeting of the limited partners of the Partnership will be held at the registered office of the Partnership on August 11, 2016 at 10:00am.

**Business:**

1. To receive the report of the liquidators, showing how the winding up of the limited partnership has been conducted and its property disposed of; and

2. To hear any explanation that may be given by the liquidators

**Proxies:** Any person who is entitled to attend and vote at this meeting may appoint a proxy to attend and vote in their stead. A proxy need not be a partner or creditor.

**Dated this 24 day of June 2016**

GRAHAM ROBINSON
Joint Voluntary Liquidator

**Contact for enquiries:**

Tanya Armstrong
Telephone: (345) 946-0820
Facsimile: (345) 946-0864

**Address for service:**

PO Box 2499, George Town
Grand Cayman KY1-1104
Cayman Islands

# Grand Court Notices

### IN THE GRAND COURT OF THE CAYMAN ISLANDS
### FINANCIAL SERVICES DIVISION
### FSD CAUSE NO: OF 2016

**IN THE MATTER OD SECTION 159 OF THE COMPANIES LAW (2013 REVISION)**
**AND**
**IN THE MATTER OF ELSTED LTD.**

### ORDER

**UPON READING** the Originating Application dated 23 June 2016 and the supporting First Affifavit of Neil Woodyer sworn on 9 June 2016.

**IT IS ORDERED THAT:**
1.  Elsted Ltd. (registration number 127477) shall be restored to the Registrar of Companies upon:-
    a) Payment to the Registrar of Companies of the sum of CI$4,703.31 in respect of the reinstatement fee, outstanding annual return fees and penalties;and
    b) Filing with Registrar of Companies a Notice that its registered office shall henceforth be at Walkers Corporate Limited, Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands.
2.  Notice of this order shall be published in the Gazette.

**Dated this 23 day June 2016**
**Filed this 24 day of June 2016**

*This Order was field by Walkers, Attorney-at-Law for the Applicant, 190 Elgin Avenue, Geroge Town, Grand Cayman KY1-9001, whose addrerss for service is that of their of their said Attorney-at-Law*

### IN THE GRAND COURT OF THE CAYMAN ISLANDS
### FINANCIAL SERVICES DIVISION
### FSD CAUSE NO: 86 OF 2016

**IN THE MATTER OF SECTION 159 OF THE COMPANIES LAW (2013 REVISION)**
**AND**
**IN THE MATTER OF PENDRAGON INVESTMENTS LTD**

### ORDER

**UPON READING** the Originating Application dated 20 June 2016 and supporting First Affidavit of Anthoney Geroge Phillips sworn on 17 June 2016.

**IT IS ORDERED THAT:**
1.  Pendragon Investments Ltd (registration number 81206) shall be restored to the Register of reinstatement fee, outstanding annual return fees and penalties; and
    a) Paying to the Registrar of Companies of the sum of CI$6,043.31 in respect of the reinstatement fee, outstanding annual return fees and penalties; and
    b) Filing with the Registrar of Companies a Notice that its registered office shall henceforth be at Genesis Trust & Corporate Services Ltd., Elgin Court,Elgin Avneue, P.O.Box 448, George Town KY1-1106, Cayman Islands
    2.  Notice of this order shall be published in the Gazette

**Dated this 21 day of June 2016**
**Filed this 21 day of June 2016**

*This Order was field by Walkers, Attorney-at-Law for Applicant, 190 Elgin Avenue, George Town, Grand Cayman KY1-9001, whose address for service is that of their said Attorney-at-Law.*

### IN THE GRAND COURT OF THE CAYMAN ISLANDS
### FINANCIAL SERVICES DIVISION
### CAUSE NO: FSD 91 OF 2016

### IN THE MATTER OF SECTION 159 OF THE COMPANIES LAW (2013 REVISION)
### AND
### IN THE MATTER OF FOURBEES INVESTMENTS LIMITED
### NOTICE OF REINSTATEMENT

TAKE NOTICE that pursuant to an order of the Grand Court dated 28 June 2016, it has been ordered that Fourbees Investments Limited, registration number 6450, shall be restored to the Register of Companies and that, upon such restoration, its registered office shall henceforth be at the offices of Estera Trust (Cayman) Ltd, Clifton House, 75 Fort Street, PO Box 1350, Grand Cayman KY1-1108, Cayman Islands.
**Dated this 29 day of June 2016**

**Address for service:**
Estera Trust (Cayman) Ltd.
Clifton House
75 Fort Street
PO Box 1350
Grand Cayman KY1-1108
Cayman Islands

### IN THE GRAND COURT OF THE CAYMAN ISLANDS
### FINANCIAL SERVICES DIVISION
### FSD CAUSE NO. 0010 OF 2016 (IMJ)

### IN THE MATTER OF A BANKRUPTCY PETITION AGAINST JOHN GORDON HEWITT, OF UNIT NO. 27 OCEAN POINTE VILLAS, ANDRESEN ROAD, WEST BAY, GRAND CAYMAN

**BETWEEN:**     **TARA RIVERS**          **PETITIONER**

**AND**     **JOHN GORDON HEWITT**     **RESPONDENT**

### NOTICE OF MEETING OF CREDITORS
### (RULE 42 GRAND COURT BANDRUPTCY RULES 1997)

JOHN GORDON HEWITT, of Unit no. 27, Ocean Pointe Villas, Andresen Road, West Bay, Grand Cayman was provisionally adjudged a bankrupt on the 14th day of April, 2016.

A meeting of the creditors will be held pursuant to the Bankruptcy Law at the Court's Office, George Town, Grand Cayman  on the 21st day of July 2016 at 3.00 p.m. in the afternoon.
**Dated at George Town, Grand Cayman this 1 day of June 2016**

*This Notice is filed by Tabitha Philander, Trustee in Bankruptcy, of Court House, 61 Albert Panton Street, Grand Cayman.*

### IN THE GRAND COURT OF THE CAYMAN ISLANDS
### FINANCIAL SERVICES DIVISION
### FSD CAUSE NO. 0010 OF 2016 (IMJ)

**IN THE MATTER OF A BANKRUPTCY PETITION AGAINST JOHN GORDON HEWITT, OF UNIT NO. 27 OCEAN POINTE VILLAS, ANDRESEN ROAD, WEST BAY, GRAND CAYMAN**

**BETWEEN:**          **TARA RIVERS**          **PETITIONER**

**AND**          **JOHN GORDON HEWITT**          **RESPONDENT**

### NOTICE OF MEETING OF CREDITORS
### (RULE 42 GRAND COURT BANDRUPTCY RULES 1997)

JOHN GORDON HEWITT, of Unit no. 27, Ocean Pointe Villas, Andresen Road, West Bay, Grand Cayman was provisionally adjudged a bankrupt on the 14th day of April, 2016.

A meeting of the creditors will be held pursuant to the Bankruptcy Law at the Court's Office, George Town, Grand Cayman  on the 21st day of July 2016 at 3.00 p.m. in the afternoon.
**Dated at George Town, Grand Cayman this 1st day of June, 2016.**

*This Notice is filed by Tabitha Philander, Trustee in Bankruptcy, of Court House, 61 Albert Panton Street, Grand Cayman.*

### IN THE GRAND COURT OF THE CAYMAN ISLANDS
### FINANCIALS SERVICES DIVISION
### CAUSE NO: FSD 78 OF 2016

**IN THE MATTER OF SECTION 159 OF THE COMPANES LAW (2013 REVISION)**
**AND**
**IN THE MATTER OF THE 90 & 9 OUTREACH MINISTRIES LTD.**
### ORDER
**UPON READING THE** Originating Application dated 24 May 2016 and the supporting affidavit of Dave L. Kelly sworn 24 May 2016.

**IT IS ORDERED** as Follows:
1. The 90 & 9 Outsreach Ministires Ltd. (registration number 209537) shall be restored to the register of companies upn:
   a) Paying to the Registrar of Companies the sum of CI$2949.99 in respect of the reinstatement fee; and
   b) Filing with the Registrar of Companies a notice that its registered office shall hereforth be P.O.Box 312 WB Grand Cayman KY1-1301.
2. Notice of this Order shall be published in the Gazette.
**Dated this 2 day of June 2016**
**Filed this 3 day of June 2016**

# Notice of Special Strike

Notice is hereby given pursuant to Section 236 (3) Companies Law (2011 Revision) whereby the following companies have been struck from the Register of Companies on the following effective 3 June 2016.
## XUEDA ACQUISITION LIMITED

Notice is hereby given pursuant to Section 236 (3) Companies Law (2011 Revision) whereby the following companies have been struck from the Register of Companies on the following effective 16 June 2016.
## MOPU HOLDINGS, LTD.

Notice is hereby given pursuant to Section 236 (3) Companies Law (2011 Revision) whereby the following companies have been struck from the Register of Companies on the following effective 30 June 2016.
## GETTY IMAGES INTERNATIONAL

Notice is hereby given pursuant to Section 236 (3) Companies Law (2011 Revision) whereby the following companies have been struck from the Register of Companies on the following effective 23 June 2016.
## AEI PERUVIAN POWER INVESTMENTS LTD.
## AEI CHILCA HOLDINGS LTD.

# Dormant Account Notice

### NOTICE
### THE DORMANT ACCOUNTS LAW, 2010
### (Section 6)

Name of financial institution:  Cayman National Bank Ltd.

Address of financial institution:  Peter A. Tomkins Building
200 Elgin Avenue, George Town
P.O. Box 1097
Grand Cayman,  Cayman Islands
KY1-1102

Change of name, if any, of the financial institution: Cayman National Bank & Trust Co. Ltd.

The public is hereby given notice that Cayman National Bank Ltd. holds the following dormant accounts –

| Account Number | Date Opened | Account Number | Date Opened | Account Number | Date Opened |
|---|---|---|---|---|---|
| 012-30391 | 11-Sep-2007 | 022-14449 | 12-May-2004 | 032-00486 | 24-Oct-2007 |
| 022-01078 | 14-Aug-1996 | 022-14565 | 4-Jun-2004 | 022-19504 | 7-Dec-2007 |
| 011-00883 | 10-Oct-1989 | 022-14703 | 9-Jul-2004 | 022-19668 | 24-Jan-2008 |
| 022-01558 | 18-Apr-1995 | 012-23150 | 11-Aug-2004 | 022-20601 | 5-Sep-2008 |
| 012-14688 | 4-Feb-1993 | 012-31685 | 18-Mar-2008 | 022-20481 | 4-Aug-2008 |
| 012-17954 | 19-Jul-2001 | 012-24214 | 3-Feb-2005 | 012-31471 | 15-Feb-2008 |
| 012-03147 | 4-Sep-1998 | 042-00418 | 2-Sep-2005 | 022-19926 | 17-Mar-2008 |

| 021-00340 | 5-Mar-1998 | 012-25571 | 29-Sep-2005 | 012-31830 | 14-Apr-2008 |
| 012-13600 | 29-Aug-1994 | 022-16263 | 7-Oct-2005 | 022-20105 | 25-Apr-2008 |
| 022-11486 | 16-Nov-2001 | 022-20811 | 3-Nov-2008 | 012-32026 | 23-May-2008 |
| 012-05600 | 23-Apr-1996 | 011-10123 | 30-Mar-2006 | 012-32150 | 17-Jun-2008 |
| 022-03920 | 17-May-1994 | 012-26470 | 2-Mar-2006 | 012-32714 | 26-Sep-2008 |
| 012-05677 | 19-Feb-1998 | 012-27629 | 9-Aug-2006 | 012-32814 | 13-Oct-2008 |
| 022-04646 | 6-Nov-1997 | 012-27700 | 21-Aug-2006 | 012-32905 | 29-Oct-2008 |
| 012-15654 | 14-Jan-1993 | 022-17648 | 5-Sep-2006 | 022-20795 | 29-Oct-2008 |
| 022-05569 | 18-Apr-1995 | 022-17895 | 3-Nov-2006 | 022-20807 | 3-Nov-2008 |
| 012-07778 | 13-Jan-1997 | 012-28445 | 23-Nov-2006 | 012-33447 | 21-Jan-2009 |
| 022-06329 | 16-Feb-1987 | 012-28497 | 1-Dec-2006 | 022-21169 | 9-Feb-2009 |
| 011-09518 | 29-Apr-2005 | 012-28659 | 28-Dec-2006 | 022-21662 | 12-Jun-2009 |
| 022-06850 | 17-Oct-1996 | 012-29126 | 7-Mar-2007 | 012-18865 | 24-Jan-2002 |
| 022-06100 | 19-Dec-1996 | 012-29218 | 21-Mar-2007 | 012-19209 | 16-May-2002 |
| 022-07203 | 24-Dec-1998 | 012-29469 | 2-May-2007 | 012-22364 | 29-Mar-2004 |
| 022-07275 | 5-Oct-2000 | 012-30526 | 1-Oct-2007 | 012-21399 | 29-Sep-2003 |
| 012-21946 | 20-Jan-2004 | 012-30126 | 2-Aug-2007 | 022-20156 | 7-May-2008 |
| 012-11206 | 19-Aug-1999 | 012-30264 | 27-Aug-2007 | 012-21572 | 17-Nov-2003 |
| 012-16746 | 9-Dec-1999 | 022-19145 | 31-Aug-2007 | 022-15111 | 26-Nov-2004 |
| 022-18799 | 4-Jun-2007 | 012-30321 | 3-Sep-2007 | 012-21664 | 28-Nov-2003 |
| 012-12560 | 18-May-2000 | 012-30451 | 21-Sep-2007 | 022-13975 | 3-Feb-2004 |
| 022-08710 | 25-Sep-2000 | 012-30501 | 27-Sep-2007 | 012-22323 | 22-Mar-2004 |
| 012-12851 | 31-Oct-2000 | 012-18276 | 18-Sep-2001 | 022-14181 | 23-Mar-2004 |
| 012-03434 | 19-Nov-1996 | 022-16255 | 6-Oct-2005 | 022-14351 | 28-Apr-2004 |
| 012-17192 | 21-Feb-2001 | 022-18708 | 11-May-2007 | | |
| 022-10791 | 23-Mar-2001 | 022-11247 | 22-Aug-2001 | | |

The public is also hereby given notice of the following –

1. Unless one or more of the following transactions are effected on a dormant account listed above on or before 31st December next following, the monies in the dormant account will be transferred to the general revenue of the Islands without further notice -

> (a) Increase or decrease the amount held in the financial institution[1];
>
> (b) present the passbook or other record for the crediting of interest or dividends in respect of the items enumerated in section 4(6)(a) and (b) of the Dormant Accounts Law, 2010;
>
> (c) Correspond in writing with the financial institution concerning the monies;
>
> (d) In the case of a trust, make a claim under the trust; or
>
> (e) Otherwise indicate an interest in the monies as evidenced by a memorandum concerning the monies written by the financial institution.

2. Subject to the Dormant Accounts Law, 2010, as amended, on the transfer of the monies in the dormant account to the general revenue of the Islands, the dormant account holder will no longer have any right against

the financial institution to repayment of the monies transferred, but the dormant account holder will have against the Government such right to repayment of the monies transferred that the dormant account holder would have had against the financial institution.

3. Any interested person should contact the financial institution mentioned above to establish if that person is a dormant account holder.

**Dated this 24 day of June 2016**

QUINTIN MENDEZ
Manager- Customer Information Management

[1] Interest paid by a financial institution on monies held in the financial institution shall not be regarded as a transaction which increases the amount held in the financial institution pursuant to section 4(5) of the Dormant Accounts Law, 2010, as amended.

## THE DORMANT ACCOUNTS (FORMS) (AMENDMENT) REGULATION LAW, 2010
### (Section 6)

**Name of financial institution/Number of financial institution**: VBT Bank & Trust, Ltd. / License No. 87029

**Address of financial institution:** P.O. Box 454 – The Harbour Centre, 2nd Floor, 42 North Church Street. George Town. Grand Cayman KY1-1106. Cayman Islands.

**Change of name, if any, of the financial institution:** Venecredit Bank & Trust, Ltd.

The public is hereby given notice that VBT Bank & Trust, Ltd. holds the following dormant accounts:

| Account Number | The date account was opened |
|---|---|
| 0000001569 | July 10, 1998 |
| 0000004958 | May 11, 2004 |
| 0000005023 | June 21, 2004 |
| 0000005468 | August 23, 2005 |
| 0000005744 | April 4, 2006 |
| 0000005779 | May 3, 2006 |
| 0000006862 | April 4, 2007 |
| 0000006913 | May 3, 2007 |
| 0000007033 | July 17, 2007 |
| 0000007204 | October 31, 2007 |
| 0000007463 | May 2, 2008 |
| 0000007472 | May 9, 2008 |
| 0000005649 | January 13, 2006 |

The public is also hereby given notice of the following:
Unless one or more of the following transactions are effected on a dormant account listed above on or before 31st December next following, the monies in the dormant account will be transferred to the general revenue of

the Islands without further notice:

- Increase or decrease the amount held in the financial institution[1];
- Present the passbook or other record for the crediting of interest or dividends in respect of the items enumerated in section 4(6)(a) and (b) of the Dormant Account Law, 2010;
- Correspond in writing with the financial institution concerning the monies;
- In the case of a trust, make a claim under the trust; or
- Otherwise indicate an interest in the monies as evidenced by a memorandum concerning the monies written by the financial institution.

Subject to the Dormant Accounts Law, 2010, on the transfer of the monies in the dormant account to the general revenue of the Islands, the dormant account holder will no longer have any right against the financial institution to repayment of the monies transferred, but the dormant account holder will have against the Government such right to repayment of the monies transferred that the dormant account holder would have had against the financial institution.

Any interested person should contact the financial institution mentioned above to establish if that person is a dormant account holder.

**Dated this 5 day of July 2016**
Margott Lares
Managing Director
Authorised Officer

[1] Interest paid by a financial institution on monies held in the financial institution shall not be regarded as a transaction which increases the amount held in the financial institution pursuant to section 4(5) of the Dormant Accounts Law, 2010.".

### DORMANT ACCOUNTS LAW, 2010 (SECTION 6)

**Name of Financial Institution:** FirstCaribbean International Bank (Cayman) Ltd.

P.O. Box 68

**Address of Financial Institution:** 25 Main Street George Town
Grand Cayman KY1-1102
Cayman Islands

**Change of name, if any, of the Financial Institution:** CIBC Bank and Trust Company (Cayman) Limited
Barclays Bank PLC

The public is hereby given notice that FirstCaribbean International Bank (Cayman) Ltd. holds the following dormant accounts:

| Account Number | Date Opened | Account Number | Date Opened | Account Number | Date Opened | Account Number | Date Opened |
|---|---|---|---|---|---|---|---|
| 128087 | 9/19/2003 | 599861 | 4/7/2004 | 10100030 | 8/15/2005 | 10357756 | 10/29/200 8 |
| 128087 | 9/19/2003 | 599861 | 4/7/2004 | 10100030 | 8/15/2005 | 10364701 | 12/8/2008 |

| 128142 | 9/23/2003 | 599863 | 4/7/2004 | 10111855 | 10/4/2005 | 21925291 41 | 3/8/2004 |
|--------|-----------|--------|----------|----------|-----------|-------------|----------|
| 128569 | 10/14/200 3 | 599863 | 4/7/2004 | 10111855 | 10/4/2005 | 32105160 41 | 3/29/2004 |
| 128569 | 10/14/200 3 | 599863 | 4/7/2004 | 10114271 | 10/14/200 5 | 32105160 41 | 3/29/2004 |
| 130522 | 1/15/2004 | 599863 | 4/7/2004 | 10140101 | 2/9/2006 | 53615331 33 | 3/30/2004 |
| 130522 | 1/15/2004 | 599869 | 4/7/2004 | 10140820 | 2/13/2006 | 91035339 06 | 3/24/2004 |
| 130637 | 1/21/2004 | 599869 | 4/7/2004 | 10140820 | 2/13/2006 | 91035339 06 | 3/24/2004 |
| 130637 | 1/21/2004 | 599874 | 4/7/2004 | 10147082 | 3/16/2006 | 99955329 43 | 3/30/2004 |
| 130637 | 1/21/2004 | 599874 | 4/7/2004 | 10157734 | 5/5/2006 | 16851525 805 | 3/24/2004 |
| 130813 | 12/9/2003 | 599879 | 4/7/2004 | 10158758 | 5/10/2006 | 16851525 805 | 3/24/2004 |
| 130813 | 12/9/2003 | 599879 | 4/7/2004 | 10164739 | 6/6/2006 | 24080533 140 | 3/30/2004 |
| 130874 | 9/30/2003 | 599881 | 4/7/2004 | 10165068 | 6/7/2006 | 36313532 673 | 3/23/2004 |
| 130874 | 9/30/2003 | 754730 | 4/6/1998 | 10165068 | 6/7/2006 | 36313532 673 | 3/23/2004 |
| 131356 | 2/13/2004 | 772631 | 10/20/199 9 | 10165076 | 6/7/2006 | 40531532 686 | 3/23/2004 |
| 131356 | 2/13/2004 | 850438 | 5/21/2002 | 10165076 | 6/7/2006 | 46807508 899 | 11/7/2003 |
| 131626 | 2/24/2004 | 850438 | 5/21/2002 | 10167907 | 6/20/2006 | 46807508 899 | 11/7/2003 |
| 131626 | 2/24/2004 | 2228725 | 10/29/199 0 | 10175603 | 7/25/2006 | 47463534 897 | 4/16/2004 |
| 131626 | 2/24/2004 | 2449161 | 8/6/1998 | 10182864 | 8/28/2006 | 47463534 897 | 4/16/2004 |
| 131626 | 2/24/2004 | 2479168 | 1/11/1999 | 10183458 | 8/29/2006 | 47919531 037 | 1/22/2004 |
| 131655 | 2/24/2004 | 2659662 | 11/29/200 0 | 10183458 | 8/29/2006 | 50995533 505 | 4/15/2004 |
| 131655 | 2/24/2004 | 2682362 | 1/8/2003 | 10183573 | 8/30/2006 | 51215532 122 | 4/8/2004 |
| 131655 | 2/24/2004 | 2709562 | 9/17/2003 | 10194950 | 10/18/200 6 | 51215532 122 | 4/8/2004 |
| 131655 | 2/24/2004 | 3432989 | 3/2/1995 | 10204105 | 11/27/200 6 | 60214532 572 | 3/22/2004 |
| 131703 | 2/24/2004 | 3499412 | 11/9/2001 | 10204626 | 11/29/200 6 | 60214532 572 | 3/22/2004 |

| 132012 | 3/17/2004 | 3629650 | 12/16/199 9 | 10204626 | 11/29/200 6 | 69750518 072 | 4/2/2004 |
|---|---|---|---|---|---|---|---|
| 132012 | 3/17/2004 | 3644870 | 9/1/1995 | 10204626 | 11/29/200 6 | 79705515 479 | 4/23/2003 |
| 132012 | 3/17/2004 | 4154363 | 4/8/2002 | 10212174 | 1/5/2007 | 79942532 953 | 3/30/2004 |
| 132012 | 3/17/2004 | 7055004 | 6/27/1988 | 10227397 | 3/16/2007 | 80355533 193 | 4/2/2004 |
| 132021 | 3/17/2004 | 7058143 | 2/24/1983 | 10227412 | 3/16/2007 | 91489533 851 | 3/22/2004 |
| 132209 | 3/29/2004 | 7085558 | 3/16/1998 | 10235639 | 4/26/2007 | 13120053 3714 | 3/19/2004 |
| 132209 | 3/29/2004 | 10003531 | 4/28/2004 | 10243327 | 5/30/2007 | 13607552 5460 | 3/18/2004 |
| 132209 | 3/29/2004 | 10005214 | 5/5/2004 | 10243335 | 5/30/2007 | 14756550 8137 | 10/22/200 3 |
| 132234 | 3/29/2004 | 10007707 | 5/14/2004 | 10243335 | 5/30/2007 | 14756553 4901 | 4/16/2004 |
| 132269 | 3/29/2004 | 10007707 | 5/14/2004 | 10247436 | 6/20/2007 | 15228352 6866 | 1/21/2004 |
| 132473 | 4/6/2004 | 10008565 | 5/21/2004 | 10247436 | 6/20/2007 | 15228352 6866 | 1/21/2004 |
| 132473 | 4/6/2004 | 10008565 | 5/21/2004 | 10250439 | 7/4/2007 | 15228353 2388 | 3/17/2004 |
| 132498 | 4/6/2004 | 10019166 | 7/8/2004 | 10250439 | 7/4/2007 | 15228353 2388 | 3/17/2004 |
| 132498 | 4/6/2004 | 10019322 | 7/9/2004 | 10252881 | 7/16/2007 | 16880553 3908 | 3/24/2004 |
| 132498 | 4/6/2004 | 10021583 | 7/6/2004 | 10262070 | 8/29/2007 | 17307851 3052 | 2/5/2004 |
| 403563 | 1/19/1987 | 10039106 | 10/28/200 4 | 10269042 | 9/28/2007 | 17472451 4764 | 3/10/2004 |
| 599125 | 1/27/2004 | 10039106 | 10/28/200 4 | 10273887 | 10/18/200 7 | 17472451 4764 | 3/10/2004 |
| 599125 | 1/27/2004 | 10058180 | 2/1/2005 | 10283977 | 11/29/200 7 | 17927053 2397 | 3/17/2004 |
| 599331 | 2/18/2004 | 10062610 | 2/22/2005 | 10283977 | 11/29/200 7 | 18209353 3082 | 3/30/2004 |
| 599331 | 2/18/2004 | 10062610 | 2/22/2005 | 10289876 | 12/21/200 7 | 19487353 2487 | 3/19/2004 |
| 599391 | 2/24/2004 | 10062610 | 2/22/2005 | 10289876 | 12/21/200 7 | 20146252 7706 | 2/4/2004 |
| 599633 | 3/17/2004 | 10062610 | 2/22/2005 | 10296615 | 1/23/2008 | 20146252 7706 | 2/4/2004 |
| 599674 | 3/25/2004 | 10062610 | 2/22/2005 | 10302818 | 2/22/2008 | 20146252 7706 | 2/4/2004 |

| 599686 | 3/25/2004 | 10065036 | 3/3/2005 | 10302818 | 2/22/2008 | 209595512995 | 1/22/2004 |
| 599686 | 3/25/2004 | 10065036 | 3/3/2005 | 10303048 | 2/22/2008 | 231078530639 | 4/13/2004 |
| 599686 | 3/25/2004 | 10065036 | 3/3/2005 | 10310241 | 3/26/2008 | | |
| 599719 | 3/30/2004 | 10065549 | 3/4/2005 | 10317271 | 4/28/2008 | | |
| 599843 | 4/7/2004 | 10065549 | 3/4/2005 | 10321016 | 5/14/2008 | | |
| 599856 | 4/7/2004 | 10078104 | 5/2/2005 | 10332584 | 7/3/2008 | | |
| 599856 | 4/7/2004 | 10080993 | 5/17/2005 | 10332584 | 7/3/2008 | | |
| 599861 | 4/7/2004 | 10095257 | 7/22/2005 | 10352368 | 10/3/2008 | | |
| 599861 | 4/7/2004 | 10097287 | 8/1/2005 | 10352368 | 10/3/2008 | | |

The public is also hereby given notice of the following -

1.

Unless one or more of the following transactions are effected on a dormant account listed above on or before 31st December next following, the monies in the dormant account will be transferred to the general revenue of the Islands without further notice -

(a)   increase or decrease the amount held in the financial institution;

(b)   present the passbook or other record for the crediting of interest or dividends in respect of the items enumerated in section 4(6)(a) and (b) of the Dormant Accounts Law, 2010;

(c)   correspond in writing with the financial institution concerning the monies;

(d)   in the case of a trust, make claim under the trust, or

(e)   otherwise indicate an interest in the monies as evidenced by a memorandum concerning the monies written by the financial institution.

2.   Subject to the Dormant Accounts Law 2010, on the transfer of the monies in the dormant account to the general revenue of the Islands, the dormant account holder will no longer have any right against the financial institution to repayment of the monies transferred but the dormant account holder will have against the Government such right to repayment of the monies transferred that the dormant account holder would have had against the financial institution.

3.   Any interested person should contact the financial institution mentioned above to establish if that person is a dormant account holder

MARK I. MCINTYRE (MR.)
Managing Director Cayman Islands

# Demand Noitce

## IN THE GRAND COURT OF THE CAYMAN ISLANDS
## CAUSE NO: GC 25 OF 2016

**BETWEEN:**    THE PROPRIETORS, STRATA PLAN NO. 184    PLAINTIFFS

**AND**    DAVID HYDES    FIRST DEFENDANT

    FRANCIS HYDES STRATTON    SECOND DEFENDANT

### WRIT OF SUMMONS

Within 14 days after the publication of this Writ. You must either satisfy the claim or return to the Court Office, P.O. Box 495, Grand Cayman KY1-1106, Cayman Islands, an Acknowledgement of Service or a Defence stating whether you intend to contest these proceedings.

Failure to do so means, the Plaintiff may proceed with the action and judgment may be entered against you forthwith without further notice.

### STATEMENT OF CLAIM

Notwithstanding the rendering of invoices for assessments, from time to time, and a demand for payment made prior to the commencement of these proceedings and served on the First Defendant on or about 27 October 2014, as of the date of these proceedings, the Defendants have either failed or neglected to pay assessed common expenses in the sum of CI\$35,090.58 as at 12th February 2016.

### THE PLAINTIFF CLAIMS:

a) CI\$35,090.58 being the principal sum due;
b) CI\$4,814.34 pre and post judgment interest from  to 3 November 2014 to 12 February 2016 at the rate of 12% per annum in accordance with section 5(38) of the Strata By-Laws;
c) Interest to continue to accrue at the rate of 12% per annum in accordance with section 5(38) of the Strata By-Laws;
d) Costs on an indemnity basis in accordance with section 4.b of the Strata By-Laws;
e) Such further and other relief as this Court may deem just.

A full copy of this Writ of Summons is available upon request at:

HSM CHAMBERS
P.O. Box 31726
Grand Cayman KY1-1207
Cayman Islands

# Certificate of Merger Notices

Notice is hereby given pursuant to Section 233 of the Companies Law (2011 Revision) of the Merger of
**AEI PERUVIAN POWER INVESTMENTS LTD. AEI CHILCA HOLDINGS LTD**
**Into**
**AEI POWER LTD.**
**Effective 23 June 2016**

Notice is hereby given pursuant to Section 233 of the Companies Law (2011 Revision) of the Merger of
**XUEDA ACQUISITION LIMITED**
**Into**
**XUEDA EDUCATION GROUP**

**Effective 3 June 2016**

Notice is hereby given pursuant to Section 233 of the Companies Law (2011 Revision) of the Merger of
**MOPU HOLDINGS, LTD.**
**Into**
**COASTAL ENERGY COMPANY**
**Effective 16 June 2016**

Notice is hereby given pursuant to Section 233 of the Companies Law (Revision) of the Merger of
**FARIO INVESTMENTS LLC**
**Into**
**F2F HOLDINGS, LTD.**
**Effective 30 June 2016**

Notice is hereby given pursuant to Section 233 of the Companies Law (Revision) of the Merger of
**CITI LOAN FUNDING OFS8 LLC**
**Into**
**OCTAGON INVESTMENT PARTNERS 27, LTD.**
**Effective 28 June 2016**

Notice is hereby given pursuant to Section 233 of the Companies Law (Revision) of the Merger of
**GRAN TIERRA INTERNATIONAL INC.**
**Into**
**GRAN TIERRA ENERGY INTERNATIONAL HOLDINGS LTD.**
**Effective 29 June 2016**

Notice is hereby given pursuant to Section 233 of the Companies Law (Revision) of the Merger of
**FARIO INVESTMENTS LLC**
**(a company incorporated in the Island of Nevis)**
**Into**
**F2F HOLDINGS, LTD.**
**Effective 30 June 2016**

Notice is hereby given pursuant to Section 233 of the Companies Law (Revision) of the Merger of
**CITI LOAN FUNDING OFS8 LLC**
**(a company incorporated in the State of Delaware)**
**Into**
**OCTAGON INVESTMENT PARTNERS 27, LTD.**
**Effective 28 June 2016**

Notice is hereby given pursuant to Section 233 of the Companies Law (Revision) of the Merger of
**ALM LOAN FUNDING XIX LLC**
**(a company incorporated in the State of Delaware)**
**Into**
**ALM XIX, Ltd.**
**Effective 16 June 2016**

Notice is hereby given pursuant to Section 233 of the Companies Law (2010 Revision) of the Merger of

**LATIN AMERICA FINANCE COMPANY, INC.**
**Into**
**LATIN AMERICA TELEVISION HOLDINGS, INC.**
**Effective 30 June 2016**

Notice is hereby given pursuant to Section 233 of the Companies Law (2010 Revision) of the Merger of
**SELKIRK PARK CLO, LTD.**
**Into**
**WESTCOTT PARK CLO, LTD.**
**Effective 30 June 2016**

Notice is hereby given pursuant to Section 233 of the Companies Law (2010 Revision) of the Merger of
**CEN-MAR ASSURANCE COMPANY**
**Into**
**LIFEBRIDGE INSURANCE COMPANY, LTD.**
**Effective 30 June 2016**

Notice is hereby given pursuant to Section 233 of the Companies Law (2010 Revision) of the Merger of
**REGAL ALLY LIMITED into CHINA MING YANG WIND POWER GROUP LIMITED.**
**Effective 22 June 2016**

Notice is hereby given pursuant to Section 233 of the Companies Law (Revision) of the Merger of
**TICP CLO VI FUNDING LLC**
**(A company incorporated in the State of Delaware)**
**is now Merged into**
**TICP CLO V 2016-1, Ltd.**
**Effective 7 July 2016**

# Transfer of Companies

Notice is hereby given pursuant to S. 206 Companies Law (2013 Revision) whereby the following company has been de-registered in the Cayman Islands and transferred by way of continuation to the jurisdiction noted below effective 30 June 2016:
**ALPINE FUND 1 LIMITED.**
**Malta**

Notice is hereby given pursuant to S. 206 Companies Law (2013 Revision) whereby the following company has been de-registered in the Cayman Islands and transferred by way of continuation to the jurisdiction noted below effective 30 June 2016:
**AGRICULTURAL RISK INSURANCE COMPANY, LTD.**
**State of Tennessee**

Notice is hereby given pursuant to Section 205 of the Companies Law (2013 Revision) whereby the Company listed below previously registered in Virgin Islands, British is now Registered in the Cayman Islands as of 28 June 2016:
**F.T.M.F. DISTRIBUTION INC.**

Notice is hereby given pursuant to Section 205 of the Companies Law (2013 Revision) whereby the Company listed below previously registered in Bermuda is now Registered in the Cayman Islands as of 30 June 2016:

**PALOMA INTERNATIONAL LIMITED**

Notice is hereby given pursuant to Section 205 of the Companies Law (2013 Revision) whereby the Company listed below previously registered in Bermuda is now Registered in the Cayman Islands as of 30 June 2016:

**PALOMA INTERNATIONAL LIMITED**

Notice is hereby given pursuant to S. 206 Companies Law (2013 Revision) whereby the following company has been de-registered in the Cayman Islands and transferred by way of continuation to the jurisdiction noted below effective July 1 2016:

**INTERNATIONAL ROOFING SYSTEMS LIMITED**

**Spain**

# Patent and Trademarks

In pursuance of instructions received at the Patents and Trademarks Office in the Cayman Islands on the 17 June 2016
**Change of Particulars**
The William Carter Company
**Change of Proprietor Address to:**
3438 Peachtree Road NE
Suite 1800, Atlanta
Georgia 30326
United States of America
has been recorded for the following Trademark No:      UK976984

In pursuance of instructions received at the Patents and Trademarks Office in the Cayman Islands on the 23 June 2016.
**Change of Particulars**
**Proprietor Assigned From:**
Jpmorgan Chase & Co.
**Proprietor Assigned To:**
Jpmorgan Chase Bank, N.A.
1111 Polaris Parkway
Columbus
Ohio 43240
United States of America
has been recorded for the following Trademark Nos:      UK2117942  UK2117943

United Kingdom trademark rights were renewed in the Cayman Islands
**On:**            23 June 2016
**No:**            UK2117942
**Class List:**    16
**Date of Expiry:** 06 December 2026
**Proprietor:**    Jpmorgan Chase Bank, N.A.
1111 Polaris Parkway
Columbus
Ohio 43240
United States of America

**Agent:**         Maples Corporate Services
Limited
P. O. Box 309
Ugland House
South Church Street
George Town
Grand Cayman KY1-1104
Cayman Islands
**Word/Mark:**     **CHASE**

United Kingdom trademark rights were renewed in the Cayman Islands
**On:**            23 June 2016
**No:**            UK2117943
**Class List:**    16
**Date of Expiry:** 06 December 2026
**Proprietor:**    Jpmorgan Chase Bank, N.A.
1111 Polaris Parkway
Columbus
Ohio 43240
United States of America
**Agent:**         Maples Corporate Services
Limited
P. O. Box 309
Ugland House
South Church Street
George Town
Grand Cayman  KY1-1104
Cayman Islands
**Word/Mark:**



United Kingdom trademark rights were renewed in the Cayman Islands
**On:**            23 June 2016
**No:**            UK1244675
**Class List:**    1
**Date of Expiry:** 24 June 2026

**Proprietor:** Chevron Intellectual Property
Llc
6001 Bollinger Canyon Road
San Ramon
California 94583
United States of America
**Agent:** Hsm Ip Ltd.
P. O. Box 31726
Suite 3, Buckingham Square
720 West Bay Road
Grand Cayman  KY1-1207
Cayman Islands
**Word/Mark:** **TECHRON**

United Kingdom trademark rights were renewed
in the Cayman Islands
**On:** 23 June 2016
**No:** UK2442043
**Class List:** 35
**Date of Expiry:** 19 December 2026
**Proprietor:** Google Inc.
1600 Amphitheatre Parkway
Mountain View, California
94043
United States of America
**Agent:** Hsm Ip Ltd.
P. O. Box 31726
Suite 3, Buckingham Square
720 West Bay Road
Grand Cayman KY1-1207
Cayman Islands
**Word/Mark:** **ADWORDS**

United Kingdom trademark rights were renewed
in the Cayman Islands
**On:** 23 June 2016
**No:** UK2442044
**Class List:** 35
**Date of Expiry:** 19 December 2026
**Proprietor:** Google Inc.
1600 Amphitheatre Parkway
Mountain View, California
94043
United States of America
**Agent:** Hsm Ip Ltd.
P. O. Box 31726
Suite 3, Buckingham Square
720 West Bay Road

Grand Cayman KY1-1207
Cayman Islands
**Word/Mark:** **ADSENSE**

United Kingdom trademark rights were renewed
in the Cayman Islands
**On:** 23 June 2016
**No:** UK2442047
**Class List:** 38, 41
**Date of Expiry:** 19 December 2026
**Proprietor:** Google Inc.
1600 Amphitheatre Parkway
Mountain View, California
94043
United States of America
**Agent:** Hsm Ip Ltd.
P. O. Box 31726
Suite 3, Buckingham Square
720 West Bay Road
Grand Cayman KY1-1207
Cayman Islands
**Word/Mark:** **YOUTUBE**

United Kingdom trademark rights were renewed
in the Cayman Islands
**On:** 17 June 2016
**No:** UK976984
**Class List:** 24, 25
**Date of Expiry:** 29 June 2026
**Proprietor:** The William Carter Company
3438 Peachtree Road NE
Suite 1800, Atlanta
Georgia 30326
United States of America
**Agent:** Hsm Ip Ltd.
P. O. Box 31726
Suite 3, Buckingham Square
720 West Bay Road
Grand Cayman KY1-1207
Cayman Islands
**Word/Mark:** **CARTER'S**

United Kingdom trademark rights were renewed
in the Cayman Islands
**On:** 23 June 2016
**No:** UK2442046
**Class List:** 38
**Date of Expiry:** 19 December 2026

**Proprietor:** Google Inc.
1600 Amphitheatre Parkway
Mountain View, California
94043
United States of America
**Agent:** Hsm Ip Ltd.
P. O. Box 31726
Suite 3, Buckingham Square
720 West Bay Road
Grand Cayman KY1-1207
Cayman Islands
**Word/Mark:** **GMAIL**

United Kingdom trademark rights were renewed
in the Cayman Islands
**On:** 21 June 2016
**No:** UK826700
**Class List:** 5
**Date of Expiry:** 25 October 2026
**Proprietor:** Roche Products Limited
6 Falcon Way
Shire Park
Welwyn Garden City AL7 1TW
United Kingdom
**Agent:** Campbells
P. O. Box 884
Floor 4, Willow House
Cricket Square
Grand Cayman KY1-1103
Cayman Islands
**Word/Mark:** **VALIUM**

United Kingdom trademark rights were renewed
in the Cayman Islands
**On:** 21 June 2016
**No:** UK1401027
**Class List:** 33
**Date of Expiry:** 10 October 2026
**Proprietor:** E. & J. Gallo Winery
600 Yosemite Boulevard
P.O. Box 1130, Modesto
California 95354
United States of America
**Agent:** Walkers
190 Elgin Avenue
George Town
Grand Cayman KY1-9001
Cayman Islands

**Word/Mark:** **GALLO**

United Kingdom trademark rights were renewed
in the Cayman Islands
**On:** 23 June 2016
**No:** UK2430114
**Class List:** 36, 38
**Date of Expiry:** 17 August 2026
**Proprietor:** Google Inc.
1600 Amphitheatre Parkway
Mountain View, California
94043
United States of America
**Agent:** Hsm Ip Ltd.
P. O. Box 31726
Suite 3, Buckingham Square
720 West Bay Road
Grand Cayman KY1-1207
Cayman Islands
**Word/Mark:** **GOOGLE**

United Kingdom trademark rights were registered
in the Cayman Islands
**On:** 22 June 2016
**No:** UK1402297
**Class List:** 25
**Date of Expiry:** 04 October 2016
**Proprietor:** Wacoal Corporation
29 Nakajima-Cho
Kisshoin, Minami-Ku
Kyoto
Japan
**Agent:** Maples Corporate Services
Limited
P. O. Box 309
Ugland House
South Church Street
George Town
Grand Cayman KY1-1104
Cayman Islands
**Word/Mark:**



United Kingdom trademark rights were registered in the Cayman Islands
**On:** 28 June 2016
**No:** UK849348
**Class List:** 11
**Date of Expiry:** 20 May 2018
**Proprietor:** Dunham-Bush International (Cayman) Limited
Intertrust Corporate Services (Cayman)
Limited, 190 Elgin Avenue
George Town, Grand Cayman KY1-9005
Cayman Islands
**Agent:** Bodden & Bodden Attorneys At Law
P. O. Box 10335
Caribbean Plaza
878 West Bay Road
Grand Cayman KY1-1003
Cayman Islands
**Word/Mark:** **DUNHAM-BUSH**

United Kingdom trademark rights were registered in the Cayman Islands
**On:** 22 June 2016
**No:** UK3129368
**Class List:** 16, 29
**Date of Expiry:** 30 September 2025
**Proprietor:** Jamaica Broilers Group Limited
Content
McCook's Pen
St. Catherine
Jamaica
**Agent:** Hsm Ip Ltd.
P. O. Box 31726
Suite 3, Buckingham Square
720 West Bay Road
Grand Cayman KY1-1207
Cayman Islands
**Word/Mark:**



European Community trademark rights were registered in the Cayman Islands
**On:** 29 June 2016
**No:** CTM6194369
**Class List:** 38
**Date of Expiry:** 13 August 2017
**Proprietor:** Pagebites, Inc
555 Bryant St. #819
Palo Alto
CA 94301
United States of America
**Agent:** Travers Thorp Alberga
P. O. Box 472
Harbour Place, 2nd Floor
103 South Church Street
George Town
Grand Cayman KY1-1106
Cayman Islands
**Word/Mark:** **IMO**

European Patent was registered in the Cayman Islands
**On:** 21 June 2016
**No:** EP2822954
**Date of Expiry:** 19 December 2033
**Proprietor:** Gilead Sciences, Inc.
333 Lakeside Drive
Foster City
CA 94404
United States of America
**Agent:** Campbells
P. O. Box 884
Floor 4, Willow House
Cricket Square
Grand Cayman KY1-1103
Cayman Islands
**Word/Mark:** **POLYCYCLIC-CARBAMOYLPYRIDONE COMPOUNDS AND THEIR PHARMACEUTICAL USE**

United Kingdom trademark rights were registered in the Cayman Islands
**On:** 28 June 2016
**No:** UK875128
**Class List:** 7
**Date of Expiry:** 02 February 2020

**Proprietor:** Dunham-Bush International
(Cayman) Limited
Intertrust Corporate Services
(Cayman)
Limited, 190 Elgin Avenue
George Town, Grand Cayman
KY1-9005
Cayman Islands
**Agent:** Bodden & Bodden Attorneys At
Law
P. O. Box 10335
Caribbean Plaza
878 West Bay Road
Grand Cayman KY1-1003
Cayman Islands
**Word/Mark:** **DUNHAM-BUSH**

United Kingdom trademark rights were registered
in the Cayman Islands
**On:** 22 June 2016
**No:** UK2571325
**Class List:** 35, 36
**Date of Expiry:** 07 July 2026
**Proprietor:** Steadfast Capital Management
Lp
450 Park Avenue
20th Floor
New York, NY 10022,
United States of America
**Agent:** Hsm Ip Ltd.
P. O. Box 31726
Suite 3, Buckingham Square
720 West Bay Road
Grand Cayman KY1-1207
Cayman Islands
**Word/Mark:** **STEADFAST**

European Community trademark rights were
registered in the Cayman Islands
**On:** 21 June 2016
**No:** CTM1298660
**Class List:** 25, 30
**Date of Expiry:** 06 September 2019
**Proprietor:** Hdn Development Corporation
370 Knollwood Street
Suite 500, Winston-Salem
North Carolina 27103
United States Of America

**Agent:** Maples Corporate Services
Limited
P. O. Box 309
Ugland House
South Church Street
George Town
Grand Cayman KY1-1104
Cayman Islands
**Word/Mark:** **KRISPY KREME**

European Community trademark rights were
registered in the Cayman Islands
**On:** 21 June 2016
**No:** CTM6180004
**Class List:** 25
**Date of Expiry:** 08 August 2017
**Proprietor:** Hdn Development Corporation
370 Knollwood Street
Suite 500, Winston-Salem
North Carolina 27103
United States Of America
**Agent:** Maples Corporate Services
Limited
P. O. Box 309
Ugland House
South Church Street
George Town
Grand Cayman KY1-1104
Cayman Islands
**Word/Mark:**



European Community trademark rights were
registered in the Cayman Islands
**On:** 21 June 2016
**No:** CTM2760106
**Class List:** 30, 43
**Date of Expiry:** 03 July 2022
**Proprietor:** Hdn Development Corporation
370 Knollwood Street
Suite 500, Winston-Salem
North Carolina 27103
United States Of America

**Agent:** Maples Corporate Services
Limited
P. O. Box 309
Ugland House
South Church Street
George Town
Grand Cayman KY1-1104
Cayman Islands

**Word/Mark:**

![Krispy Kreme logo]

United Kingdom trademark rights were registered
in the Cayman Islands
**On:** 22 June 2016
**No:** UK2426077
**Class List:** 38
**Date of Expiry:** 30 June 2026
**Proprietor:** Sure (Guernsey) Limited
Centenary House
La Vrangue, St. Peter Port
GY1 2EY
Guernsey
**Agent:** Hsm Ip Ltd.
P. O. Box 31726
Suite 3, Buckingham Square
720 West Bay Road
Grand Cayman KY1-1207
Cayman Islands
**Word/Mark:** **SURE**

United Kingdom trademark rights were renewed
in the Cayman Islands
**On:** 30 June 2016
**No:** UK767119
**Class List:** 4
**Date of Expiry:** 04 July 2026
**Proprietor:** Chevron Intellectual Property
Llc
6001 Bollinger Canyon Road
San Ramon
California 94583
United States of America

**Agent:** Hsm Ip Ltd.
P. O. Box 31726
Suite 3, Buckingham Square
720 West Bay Road
Grand Cayman KY1-1207
Cayman Islands
**Word/Mark:** **Multifak**

United Kingdom trademark rights were renewed
in the Cayman Islands
**On:** 30 June 2016
**No:** UK1389846
**Class List:** 25
**Date of Expiry:** 01 July 2026
**Proprietor:** The Polo/Lauren Company, L.P.
650 Madison Avenue
New York
NY 10022
United States of America
**Agent:** Hsm Ip Ltd.
P. O. Box 31726
Suite 3, Buckingham Square
720 West Bay Road
Grand Cayman KY1-1207
Cayman Islands

**Word/Mark:**



United Kingdom trademark rights were renewed
in the Cayman Islands
**On:** 29 June 2016
**No:** UK2105676
**Class List:** 36
**Date of Expiry:** 19 July 2026
**Proprietor:** Royal Bank Of Canada
C/o RBC Law Group, 1 Place
Ville Marie
4th Floor - East Wing
Montreal, Quebec, H3C 3A9
Canada

**Agent:** Hsm Ip Ltd.
P. O. Box 31726
Suite 3, Buckingham Square
720 West Bay Road
Grand Cayman KY1-1207
Cayman Islands
**Word/Mark:** **ROYALTOUCH**

United Kingdom trademark rights were renewed in the Cayman Islands
**On:** 29 June 2016
**No:** UK2104628
**Class List:** 41
**Date of Expiry:** 08 July 2026
**Proprietor:** E! Entertainment Television, Llc
5750 Wilshire Boulevard
Los Angeles
California 90036
United States of America
**Agent:** Ogier
89 Nexus Way
Camana Bay
KY1-9007
Cayman Islands

**Word/Mark:**



European Community trademark rights were renewed in the Cayman Islands
**On:** 23 June 2016
**No:** CTM120295
**Class List:** 32
**Date of Expiry:** 01 April 2026
**Proprietor:** Heineken Brouwerijen B. V.
Tweede Weteringplantsoen 21
Amsterdam 1017 ZD
Netherlands

**Agent:** Hsm Ip Ltd.
P. O. Box 31726
Suite 3, Buckingham Square
720 West Bay Road
Grand Cayman KY1-1207
Cayman Islands
**Word/Mark:**



**NOTES:** *Colours claimed: White, Black, Red & Green*

United Kingdom trademark rights were renewed in the Cayman Islands
**On:** 29 June 2016
**No:** UK1392580
**Class List:** 5
**Date of Expiry:** 22 July 2026
**Proprietor:** Societe Des Produits Nestle S.A.
Avenue Nestle 55
Canton of Vaud
Vevey 1800
Switzerland
**Agent:** Hsm Ip Ltd.
P. O. Box 31726
Suite 3, Buckingham Square
720 West Bay Road
Grand Cayman KY1-1207
Cayman Islands
**Word/Mark:** **PROGRESS**

European Community trademark rights were renewed in the Cayman Islands
**On:** 29 June 2016
**No:** CTM5226907
**Class List:** 35, 36, 38
**Date of Expiry:** 28 July 2026
**Proprietor:** Deutsche Bank
Aktiengesellschaft
Taunusanlage 12
Frankfurt am Main, 60325
Germany

**Agent:**      Hsm Ip Ltd.
                P. O. Box 31726
                Suite 3, Buckingham Square
                720 West Bay Road
                Grand Cayman KY1-1207
                Cayman Islands

**Word/Mark:**



European Community trademark rights were
renewed in the Cayman Islands
**On:**              29 June 2016
**No:**              CTM277210
**Class List:**      33
**Date of Expiry:** 27 June 2026
**Proprietor:**      Constellation Brands Smo, Llc
                     598 Madison Avenue
                     Suite 4R, New York
                     New York 10022
                     Unites States of America
**Agent:**           Hsm Ip Ltd.
                     P. O. Box 31726
                     Suite 3, Buckingham Square
                     720 West Bay Road
                     Grand Cayman KY1-1207
                     Cayman Islands
**Word/Mark:**      **SVEDKA**

European Community trademark rights were
renewed in the Cayman Islands
**On:**              30 June 2016
**No:**              CTM873618
**Class List:**      32
**Date of Expiry:** 21 November 2025
**Proprietor:**      Cervezas Cuauhtemoc
                     Moctezuma, Sa De Cv
                     Ave. Alfonso Reyes 2202 Nte,
                     Colonia Bella Vista,
                     Monterrey Nuevo Leon
                     Mexico

**Agent:**      Hsm Ip Ltd.
                P. O. Box 31726
                Suite 3, Buckingham Square
                720 West Bay Road
                Grand Cayman KY1-1207
                Cayman Islands

**Word/Mark:**



European Community trademark rights were
renewed in the Cayman Islands
**On:**              24 June 2016
**No:**              CTM5124045
**Class List:**      32
**Date of Expiry:** 08 June 2026
**Proprietor:**      Monster  Energy Company
                     1 Monster Way,
                     Corona,
                     California 92879
                     United States of America
**Agent:**           Bodden & Bodden Attorneys At
                     Law
                     P. O. Box 10335
                     Caribbean Plaza
                     878 West Bay Road
                     Grand Cayman KY1-1003
                     Cayman Islands
**Word/Mark:**      **JAVA MONSTER**

European Community trademark rights were
registered in the Cayman Islands
**On:**              30 June 2016
**No:**              CTM12723235
**Class List:**      16, 35, 36
**Date of Expiry:** 24 March 2024
**Proprietor:**      Nephila Capital Ltd.
                     Victoria Place - 3rd Floor West
                     31 Victoria Street
                     Hamilton HM10
                     Bermuda

**Agent:** Hsm Ip Ltd.
P. O. Box 31726
Suite 3, Buckingham Square
720 West Bay Road
Grand Cayman KY1-1207
Cayman Islands

**Word/Mark:**



European Community trademark rights were registered in the Cayman Islands
**On:** 30 June 2016
**No:** CTM12723219
**Class List:** 16, 35, 36
**Date of Expiry:** 24 March 2024
**Proprietor:** Nephila Capital Ltd.
Victoria Place - 3rd Floor West
31 Victoria Street
Hamilton HM10
Bermuda
**Agent:** Hsm Ip Ltd.
P. O. Box 31726
Suite 3, Buckingham Square
720 West Bay Road
Grand Cayman  KY1-1207
Cayman Islands
**Word/Mark:** **NEPHILA**

European Community trademark rights were registered in the Cayman Islands
**On:** 30 June 2016
**No:** CTM12723193
**Class List:** 16, 35, 36
**Date of Expiry:** 24 March 2024
**Proprietor:** Nephila Capital Ltd.
Victoria Place - 3rd Floor West
31 Victoria Street
Hamilton HM10
Bermuda
**Agent:** Hsm Ip Ltd.
P. O. Box 31726
Suite 3, Buckingham Square
720 West Bay Road

Grand Cayman KY1-1207
Cayman Islands
**Word/Mark:** **NEPHILA CAPITAL**

European Community trademark rights were registered in the Cayman Islands
**On:** 30 June 2016
**No:** CTM12723151
**Class List:** 16, 35, 36
**Date of Expiry:** 24 March 2024
**Proprietor:** Nephila Capital Ltd.
Victoria Place - 3rd Floor West
31 Victoria Street
Hamilton HM10
Bermuda
**Agent:** Hsm Ip Ltd.
P. O. Box 31726
Suite 3, Buckingham Square
720 West Bay Road
Grand Cayman KY1-1207
Cayman Islands
**Word/Mark:** **NEPHILA ADVISORS**

European Community trademark rights were registered in the Cayman Islands
**On:** 30 June 2016
**No:** CTM15091929
**Class List:** 16, 36
**Date of Expiry:** 10 February 2026
**Proprietor:** Canadian Imperial Bank Of
Commerce
199 Bay Street
11th Floor, Toronto
M5L 1A2
Canada
**Agent:** Hsm Ip Ltd.
P. O. Box 31726
Suite 3, Buckingham Square
720 West Bay Road
Grand Cayman KY1-1207
Cayman Islands
**Word/Mark:** **CIBC CAPITAL MARKETS**

European Community trademark rights were registered in the Cayman Islands
**On:** 30 June 2016
**No:** CTM9234501
**Class List:** 36

**Date of Expiry:** 09 July 2020
**Proprietor:**   Standard Chartered Plc
               1 Basinghall Avenue,
               London EC2V 5DD
               United Kingdom
**Agent:**        Hsm Ip Ltd.
               P. O. Box 31726
               Suite 3, Buckingham Square
               720 West Bay Road
               Grand Cayman KY1-1207
               Cayman Islands
**Word/Mark:**   **STANDARD CHARTERED**

Madrid Protocol trademark rights were registered in the Cayman Islands
**On:**          30 June 2016
**No:**          MP1247403
**Class List:**   7, 9, 11, 12, 16, 28, 35, 36, 37, 38, 39, 40, 41, 42, 45
**Date of Expiry:** 18 June 2024
**Proprietor:**   Airbus S.A.S.
               1, Rond Point Maurice Bellonte
               F-31707 Blagnac Cedex
               France
**Agent:**        Hsm Ip Ltd.
               P. O. Box 31726
               Suite 3, Buckingham Square
               720 West Bay Road
               Grand Cayman KY1-1207
               Cayman Islands
**Word/Mark:**   **AIRBUS**

# GOVERNMENT

## Land Notices

### NOTICE UNDER SECTION 64(2) OF
### THE REGISTERED LAND LAW (2004 REVISION)

In the Matter of a Variation of Charge registered on 29 April 2015 against the property set out below:

| **REGISTRATION SECTION** | **BLOCK** | **PARCEL** |
|---|---|---|
| East End | 75A | 327 |

**BETWEEN:** C.I.C.S.A. CO-OP CREDIT UNION LTD
PO Box 1450
Grand Cayman KY1-1110
CAYMAN ISLANDS

**AND:** DENISE KIZZI WILLIAMS
PO Box 2291
Grand Cayman KY1-1107
CAYMAN ISLANDS

We write on behalf of the C.I.C.S.A. Co-Op Credit Union Ltd.

Monies have been advanced to you, Ms. Denise Kizzi Williams, and secured by a Variation of Charge against the above stated property owned by you.

You have failed to repay in accordance with the loan agreement dated 30 March 2015 and we are instructed that as at 3 June 2016 you were indebted to the C.I.C.S.A. Co-Op Credit Union Ltd. as follows:

**Principal & Interest:** **CI$57,559.29**
**Arrears:** **CI$3,440.00**

Accordingly, we hereby **DEMAND** from you, Ms. Denise Kizzi Williams, payment of CI$57,559.29 (Principal & Interest including arrears) plus further interest from 3 June 2016 accruing at the rate of CI$10.64 per day. We draw your attention to section 64 of the Registered Land Law (2004 Revision) which requires you to make payment of all monies due within three months of the date of receipt of this letter, failing which our client will proceed to take steps to recover the indebtedness, including, but not limited to, seeking to sell the above mentioned property.

Nothing contained in this notice should be deemed to waive our client's entitlement to cost and legal fees associated with the recovery of your debt, nor to limit our client's options to proceed against you in the Grand Court or otherwise, as may be appropriate.

Please direct any response to the attention of Bryant Terry at bryant.terrylaw@candw.ky
**Dated this day 15 day of June 2016**

BRYANT TERRY
Woodward Terry & Company

**NOTICE UNDER SECTION 72 OF
THE REGISTERED LAND LAW (2004 REVISION)**

In the Matter of a Variation of Charge registered on 29 April 2015 against the property set out below:

| REGISTRATION SECTION | BLOCK | PARCEL |
|---|---|---|
| East End | 75A | 327 |

**BETWEEN:** C.I.C.S.A. CO-OP CREDIT UNION LTD
PO Box 1450
Grand Cayman KY1-1110
CAYMAN ISLANDS

**AND:** DENISE KIZZI WILLIAMS
PO Box 2291
Grand Cayman KY1-1107
CAYMAN ISLANDS

We write on behalf of the C.I.C.S.A. Co-Op Credit Union Ltd. and refer to our notice under section 64 of the Registered Land Law (2004 Revision) (the "Law") in the above matter, which is served on you, Ms. Denise Kizzi Williams, with this notice.

We write in accordance with the requirements of section 72 of the Law demanding payment in full of all amounts now due to our client and secured by a Variation of Charge registered 29 April 2015 against the above stated property owned by you.

We are instructed that as at 3 June 2016, you were indebted to the C.I.C.S.A. Co-Op Credit Union Ltd. as follows:

**Principal & Interest:    CI$57,559.29**
**Arrears:                 CI$3,440.00**

Interest continues to accrue on the sum due to our client in the amount of CI$10.64 per day. The above sum does not include legal fees.

Accordingly, we hereby **DEMAND** that you make immediate payment of the sums now due, being the above stated arrears, together with further interest accruing from 3 June 2016, failing which we shall take such steps as are necessary to arrange for a sale of the charged property.

Please note that paragraph 4 of the Schedule to the Variation of Charge varies section 72 of the Law so as to permit the C.I.C.S.A. Co-Op Credit Union Ltd. to immediately upon default by you in payment of the principal sum or any interest to:

appoint a receiver of the income of the Charge Property; or
sell the Charged Property by private treaty or by public auction; or
foreclose or enter into possession of the Charged Property; or

in the event that the C.I.C.S.A. Co-Op Credit Union Ltd. does appoint a receiver or enters into possession of the Charged Property, exercise its powers of sale or foreclosure or appointment of a receiver at any time thereafter without further notice.

Nothing contained in this notice should be deemed to waive our client's entitlement to cost and legal fees associated with the recovery of the debt from you nor to limit our client's options to proceed against you in proceedings in the Grand Court or otherwise, as may be appropriate.

Please direct any response to the attention of Bryant Terry at bryant.terrylaw@candw.ky
**Dated this 15 day of June 2016**

BRYANT TERRY
Woodward Terry & Company

# Probate and Administration

Pursuant to rule 4, sub rule (2), of the Probate and Administration Rules, there are published the following applications for grants of personal representation in respect of persons who died domiciled in the Cayman Islands:

| Name of Deceased | Name of Applicant(s) | Date of Application | Date of Death | Estimated Value of Estate |
|---|---|---|---|---|
| Maureen Anna BERRY | David Gavin Ove BERRY | 16 June 2016 | 13 May 2016 | CI$460,000.00 |
| | | | | |
| Ryhal Harvey GALLAGHER | Avril Geraldine Brophy GALLAGHER | 24 June 2016 | 29 March 2016 | CI$600,000.00 |
| | | | | |
| Willard McLaren WELCOME | Gilbert Allan McLEAN | 16 December 2013 | 19 October 2013 | CI$52,369.29 |
| | | | | |
| Fendley Rudolph EBANKS | Brainard Douglas WATLER | 24 June 2016 | 17 June 2016 | CI$2,578,770.46 |
| | | | | |
| Richard Dunston SPARKS | Doris Elisabeth DETTLING | 16 June 2016 | 15 December 2015 | CI$250,000.00 |
| | | | | |
| Glenda Mytelle MILLER aka Glenda Myrtell MILLER aka Glenda M. MILLER aka Glenda MILLER | Derrington MILLER & Garfield Samuel Percival EBANKS | 23 June 2016 | 30 December 2014 | CI$125,000.00 |
| | | | | |

| Edith Alexandra BODDEN | Truman Murray BODDEN | 28 June 2016 | 22 April 1997 | Unknown |
|---|---|---|---|---|
| | | | | TABITHA PHILANDER Clerk of the Courts |

Pursuant to rule 4, sub rule (2), of the Probate and Administration Rules, there are published the following applications for grants of personal representation in respect of persons who died domiciled in the Cayman Islands:

| Name of Deceased | Name of Applicant | Date of Application | Date of Death | Estimated Value of Estate |
|---|---|---|---|---|
| Gary John TWEED | Kimberly A. REGAN & Kelly Brooke TWEED | 15 January 2016 | 9 December 2015 | CI$1,980,300.00 |
| | | | | |
| Cecil George HEDGE | Ruby Hope HEDGE | 30 June 2016 | 15 March 2016 | CI$311,500.00 |
| | | | | TABITHA PHILANDER Clerk of the Courts |

# Errata

Subscribers are being asked to note:

- The final general meeting of **WHITE DRAGON GLOBAL MACRO FUND (Company)** was erroneously printed as 21 June 2016 instead of 09 August 2016 and published by Gazette No. 14/2016 dated 05 July 2016.

- Accordingly the Company's final general meeting will be held on 09 August 2016.

- Gazette 07, 29 March 2016
  Reg. No. UK3091215, UK3091214 & UK3091118 Proprietor name should have read:
  BEIJING BEIMEIHONG TECHNOLOGY CO., LTD.

- Gazette 12, 6 June 2016
  Reg. No. CTM14003958 Proprietor address should have read:
  General Motors LLC
  300 Renaissance Center
  Detroit 48265-3000
  United States of America

# Publishing and Advertising Information

**Cancelled Notices:**
The deadline for cancelling notices is the same as for the deadline for submission of commercial sector notices. (See deadlines at back of *Gazette*).

**Availability:**
The *Cayman Islands Gazette* is available on subscription from the Gazette Office, Government Information Services, 2 Floor, Government Office Administration Building. Copies of back issues may be obtained from the Cayman Islands National Archive at the rate of 25 cents per page.

**Annual Subscription Rates:**
- **Local:** Gazettes only - CI$26.00 (US$31.72); Supplements only – CI$195.00 (US$237.80); Gazettes and Supplements - CI$221.00 (US$26 9.52). Subscriptions run twelve months from commencement date. Cheques should be made payable to the Cayman Islands Government and forwarded to the Gazette office.
- **Overseas:** Effective 1 July 2004, subscription fees will include shipping and handling costs, as follows
- **Caribbean, US and Canada:** Gazettes only - US$135.72; Supplements only – US$393.80; Gazettes and Supplements – US$ 477.52.
- **European and other countries:** Gazettes only, $161.72; Supplements only, US$445.80; Gazettes and Supplements, $592.52.
- Payment should be in the form of an international money order or banker's draft.

**Additional Copies of Supplements:**
Additional copies of supplements may be obtained from the Cayman Islands Legislative Assembly (tel. 345-949-4236; fax. 345-949-9514). Requests should be directed to the Clerk of the Legislative Assembly, PO Box 890, Grand Cayman KY1-1103.

**Extraordinary editions:**
Extraordinary editions are published in cases of special urgency, on payment of a fee of CI$150 per page, with a minimum fee of CI$600. Fees for extraordinary issues in excess of four pages will be assessed in multiples of four.

**Advertising Rates:**
Costs for insertions in the *Gazette* are assessed at the rate of 65 cents per word. Payment must accompany submissions. The Gazette Office recommends that text be submitted by email to caymangazette@gov.ky, followed by a printed hard copy.

## GAZETTE PUBLISHING DATES AND SUBMISSION DEADLINES

| Gazette No. | Government Deadline 12:00 pm | | Private Sector Deadline 12:00 pm | | Publication Date (Printer's Delivery Deadline 12:00 pm) | |
|---|---|---|---|---|---|---|
| 16 | Wed | 20-Jul-16 | Fri | 22-Jul-16 | Mon | 1-Aug-16 |
| 17 | Wed | 3-Aug-16 | Fri | 5-Aug-16 | Mon | 15-Aug-16 |
| 18 | Wed | 17-Aug-16 | Fri | 19-Aug-16 | Mon | 29-Aug-16 |
| 19 | Wed | 31-Aug-16 | Fri | 2-Sept-16 | Mon | 12-Sept-16 |
| 20 | Wed | 14-Sept-16 | Fri | 16-Sept-16 | Mon | 26-Sept-16 |
| 21 | Wed | 28-Sept-16 | Fri | 30-Sept-16 | Mon | 10-Oct-16 |
| 22 | Wed | 12-Oct-16 | Fri | 14-Oct-16 | Mon | 24-Oct-16 |
| 23 | Wed | 26-Oct-16 | Fri | 28-Oct-16 | *Tues | 7-Nov-16 |
| 24 | Wed | 9-Nov-16 | Fri | 11-Nov-16 | Mon | 21-Nov-16 |
| 25 | Wed | 23-Nov-16 | Fri | 25-Nov-16 | Mon | 5-Dec-16 |
| 26 | Wed | 7-Dec-16 | Fri | 9-Dec-16 | Mon | 19-Dec-16 |
| 1/2017 | Wed | 21-Dec-16 | *Wed | 21-Dec-16 | *Tues | 3-Jan-17 |
| * Submission deadlines / publication dates set to accommodate public holidays | | | | | | |

# INDEX

## *A*

ADA EMERGING MARKETS FUND, LTD.................................................................................... 1064, 1088
AEI CHILCA HOLDINGS LTD ........................................................................................................... 1121
AEI PERUVIAN POWER INVESTMENTS LTD. ................................................................................ 1121
AEI PERUVIAN POWER INVESTMENTS LTD. AEI CHILCA HOLDINGS LTD into AEI POWER ... 1128
AGRICULTURAL RISK INSURANCE COMPANY, LTD........................................................................ 1130
ALM LOAN FUNDING XIX LLC (a company incorporated in the State of Delaware) into ALM XIX, Ltd.
........................................................................................................................................................... 1129
ALPINE FUND 1 LIMITED. ............................................................................................................... 1130
ARABELLA EXPLORATION, INC...................................................................................................... 1086
ARC FUND LTD..................................................................................................................... 1064, 1088
ATTALUS ACTIVE BENCHMARK OPPORTUNITIES .............................................................. 1104
ATTALUS LONG-SHORT EQUITY FUND, LTD. .................................................................................. 1103
ATTALUS MULTI-STRATEGY FUND (ERISA), LTD. ......................................................................... 1104
AURORA HEDGED EQUITY OFFSHORE FUND LTD. ............................................................ 1072, 1096
AVOCET LEASING LIMITED .............................................................................................. 1064, 1097

## *B*

BAIN CAPITAL PARTNERS (AM) X, L.P. ................................................................................ 1112
BAMBOO PRIME, L.P. ..................................................................................................................... 1114
B-C CIG HOLDINGS LTD. ..................................................................................................... 1068, 1090
BECA MACRO COMMODITIES FUND...................................................................................... 1074, 1098
BEIJING BEIMEIHONG TECHNOLOGY CO., LTD. ............................................................................ 1145
BMB COMIT VENTURES XI LDC ....................................................................................... 1080, 1102
BOW STREET OFFSHORE FUND, LTD. ............................................................................................ 1105
BRYANT TERRY ........................................................................................................................ 1143, 1144
BULOH INVESTMENT LTD.................................................................................................... 1077, 1099

## *C*

CALEDONIAN SECURITIES LIMITED............................................................................................... 1067
CALIBE INVESTMENT LTD. ................................................................................................. 1076, 1098
CAREP - JAPAN INVESTORS II, L.P. ................................................................................................ 1112
CAREP-JAPAN II, L.P..................................................................................................................... 1113
CEN-MAR ASSURANCE COMPANY into LIFEBRIDGE INSURANCE COMPANY, LTD. ................ 1130
CHESAPEAKE PARTNERS MASTER FUND, LTD. .............................................................................. 1075
CIM SG SPECIFIC OPPORTUNITIES FUND LP ................................................................................. 1117
CIM SG TRADE FINANCE OPPORTUNITIES II LP............................................................................ 1116
CITI LOAN FUNDING OFS8 LLC (a company incorporated in the State of Delaware) into OCTAGON
INVESTMENT PARTNERS 27, LTD. ............................................................................................... 1129
CITI LOAN FUNDING OFS8 LLC into OCTAGON INVESTMENT PARTNERS 27, LTD. .................. 1129
COF SPV 11/11, Ltd........................................................................................................................ 1093
COF SPV 11/11, LTD........................................................................................................................ 1070
CTM120295 ...................................................................................................................................... 1138
CTM12723151 .................................................................................................................................. 1140

CTM12723193.................................................................................................................................1140
CTM12723219.................................................................................................................................1140
CTM12723235.................................................................................................................................1139
CTM1298660...................................................................................................................................1136
CTM14003958.................................................................................................................................1145
CTM15091929.................................................................................................................................1140
CTM2760106...................................................................................................................................1136
CTM277210.....................................................................................................................................1139
CTM5124045...................................................................................................................................1139
CTM5226907...................................................................................................................................1138
CTM6180004...................................................................................................................................1136
CTM6194369...................................................................................................................................1135
CTM873618.....................................................................................................................................1139
CTM9234501...................................................................................................................................1140

*E*

EAGLEVALE HELLENIC OPPORTUNITY MASTER FUND LTD.............................................. 1081, 1103
EAGLEVALE HELLENIC OPPORTUNITY OFFSHORE FUND LTD........................................... 1081, 1103
EAST RIVER OFFSHORE LIMITED ................................................................................... 1079, 1101
EDANVI MANAGEMENT INC. .......................................................................................... 1076, 1099
EDDINGTON TRIPLE ALPHA FUNDS LTD. ....................................................................................1093
ELSTED LTD..........................................................................................................................................1118
EP2822954...............................................................................................................................................1135
ESFU DEAL LIMITED ....................................................................................................... 1068, 1091

*F*

F.T.M.F. DISTRIBUTION INC..............................................................................................................1130
FAMA BRAZIL FUND...........................................................................................................................1102
FARIO INVESTMENTS LLC (a company incorporated in the Island of Nevis) into F2F HOLDINGS, LTD.
..............................................................................................................................................................1129
FARIO INVESTMENTS LLC into F2F HOLDINGS, LTD. ................................................................1129
FI SSA FUND LTD .............................................................................................................. 1077, 1100
FOURBEES INVESTMENTS LIMITED ...............................................................................................1119

*G*

GANYMEDE INTERMEDIATE LIMITED ............................................................................ 1071, 1094
GETTY IMAGES INTERNATIONAL ...................................................................................................1121
GLOBAL FOCUSED VALUE INTERNATIONAL FUND LTD..............................................................1085
GLOBAL FOCUSED VALUE INTERNATIONAL FUND, LTD.............................................................1109
GLOBAL FOCUSED VALUE MASTER FUND, L.P.............................................................................1115
GOLDHORSE FUND...............................................................................................................................1075
GOLDMAN SACHS EVENT RISK PREMIUM OPPORTUNTIES FUND OFFSHORE LTD. ...............1106
GOLDMAN SACHS EVENT RISK PREMIUM OPPORTUNTIES FUND OFFSHORE, LTD. ..............1083
GOLDMAN SACHS GLOBAL OPPORTUNITIES SELECT OFFSHORE, LTD........................... 1084, 1108
GOLDMAN SACHS ISLAMIC PRODUCTS.......................................................................... 1067, 1090
GOLDMAN SACHS ISLAMIC PRODUCTS LIMITED .......................................................................1067
GOLDMAN SACHS PROPRIETARY LOAN ACCESS FUND LTD. ......................................... 1082, 1106

GOLDMAN SACHS STRUCTURED EMERGING MARKETS EQUITY FUND, LTD. ............... 1083, 1107
GOLUB INTERNATIONAL LOAN LTD I...................................................................................... 1069, 1092
GRAN TIERRA INTERNATIONAL INC. into GRAN TIERRA ENERGY INTERNATIONAL HOLDINGS
    LTD. ........................................................................................................................................... 1129
GREENHILL CAPITAL MANAGEMENT INC. ....................................................................................... 1096
GRF MASTER FUND II, L.P................................................................................................................... 1115
GRF MASTER FUND, L.P. ..................................................................................................................... 1115
GRP NOMINEE CO. ...................................................................................................................... 1073, 1096
GS LIQUIDITY PRODUCTS LIMITED ........................................................................................ 1068, 1091
GSA PARTNERS FUND LIMITED ........................................................................................................ 1087
GSA PARTNERS MASTER FUND LIMITED ......................................................................................... 1087

*H*

HARRISON CORPORATION.............................................................................................................1110
HIGH RIVER GOLD MINES (RUSSIA) LTD. ....................................................................................... 1089
HSM CHAMBERS ................................................................................................................................. 1128

*I*

INFINITY AQUARIUS FUND .............................................................................................................. 1088
INTERNATIONAL ROOFING SYSTEMS LIMITED................................................................................ 1131
INVEST AD - IRAQ OPPORTUNITY FUND ............................................................................... 1081, 1106

*J*

JAMAICA SELECT INDEX FUND LTD....................................................................................... 1079, 1102

*K*

KAZAR LIMITED ................................................................................................................................. 1073
KEMNAY VALTURA LIMITED..................................................................................................... 1084, 1109

*L*

LATIN AMERICA FINANCE COMPANY, INC. into LATIN AMERICA TELEVISION HOLDINGS, INC.
    ..................................................................................................................................................... 1130
LECON I SPC............................................................................................................................... 1069, 1091
LIBERTY HARBOR CONVEX STRATEGIES, LTD. .................................................................... 1084, 1108

*M*

MARK I. MCINTYRE (MR.)................................................................................................................... 1127
MOPU HOLDINGS, LTD. .................................................................................................................... 1121
MOPU HOLDINGS, LTD. into COASTAL ENERGY COMPANY ........................................................ 1129
MP1247403......................................................................................................................................... 1141
MSN 2441 LEASING LIMITED............................................................................................................ 1073
MUFU DEAL LIMITED ................................................................................................................ 1069, 1092

*N*

NXP CO-INVESTMENT PARTNERS III, L.P......................................................................................... 1114

*O*

OC WORD LTD. .................................................................................................................... 1065, 1089
OMNI SECURED LENDING FUND I LP...................................................................................... 1112, 1117

*P*

PALOMA INTERNATIONAL LIMITED ................................................................................................ 1131
PELIKAN GLOBAL FIXED INCOME FUND ............................................................................. 1078, 1101
PENDRAGON INVESTMENTS LTD..................................................................................................... 1118
PERGAMON MASTER FUND, LTD.......................................................................................... 1078, 1105
PERGAMON OFFSHORE FUND, LTD...................................................................................... 1083, 1107
PINNACLE MEDICAL PROTECTIVE SPC................................................................................ 1066, 1090

*Q*

QUINTIN MENDEZ ............................................................................................................................... 1123

*R*

REGAL ALLY LIMITED into CHINA MING YANG WIND POWER GROUP LIMITED...................... 1130
RIVERSIDE EQUITY STRATEGIES FUND SPC................................................................................... 1065
RIVERSIDE FRONTIER OPPORTUNITIES FUND ............................................................................... 1066
ROONEY LTD ....................................................................................................................................... 1067

*S*

SCHRODER VENTURES US FUND L.P.2 ............................................................................................ 1116
SELKIRK PARK CLO, LTD. into WESTCOTT PARK CLO, LTD. ....................................................... 1130
SONIC VISION INVESTMENTS I LIMITED ....................................................................................... 1080
SUNSHINE SUITES LTD............................................................................................................. 1070, 1094
SUPER MPAM CAYMAN FUND LIMITED ......................................................................................... 1074

*T*

TABITHA PHILANDER.......................................................................................................................... 1145
THE 90 & 9 OUTREACH MINISTRIES LTD. ...................................................................................... 1120
THE FUTURE LTD....................................................................................................................... 1076, 1099
TICP CLO VI FUNDING LLC (A company incorporated in the State of Delaware) is now Merged into TICP
    CLO V 2016-1, Ltd................................................................................................................ 1130
TOPAZ PROPERTIES LIMITED .................................................................................................. 1075, 1098
TRINIDAD SELECT INDEX FUND LTD. .................................................................................... 1079, 1101

*U*

UB FUNDS SPC LTD. ........................................................................................................................... 1100
UC BACCHUS, LTD.................................................................................................................... 1072, 1095
UC STILETTO, LTD..................................................................................................................... 1072, 1095
UC UNIVERSE, LTD.................................................................................................................... 1071, 1094
UK1244675............................................................................................................................................ 1132
UK1389846............................................................................................................................................ 1137
UK1392580............................................................................................................................................ 1138
UK1401027............................................................................................................................................ 1134
UK1402297............................................................................................................................................ 1134
UK2104628............................................................................................................................................ 1138

UK2105676...................................................................................................................................1137
UK2117942...................................................................................................................................1132
UK2117943...................................................................................................................................1132
UK2426077...................................................................................................................................1137
UK2430114...................................................................................................................................1134
UK2442043...................................................................................................................................1133
UK2442044...................................................................................................................................1133
UK2442046...................................................................................................................................1133
UK2442047...................................................................................................................................1133
UK2571325...................................................................................................................................1136
UK3091118...................................................................................................................................1145
UK3091214...................................................................................................................................1145
UK3091215,..................................................................................................................................1145
UK3129368...................................................................................................................................1135
UK767119.....................................................................................................................................1137
UK826700.....................................................................................................................................1134
UK849348.....................................................................................................................................1135
UK875128.....................................................................................................................................1135
UK976984............................................................................................................................1132, 1133
UNITED OILS LIMITED......................................................................................................1078, 1082

*V*

VERTICAL NO.1 LIMITED.....................................................................................................1070, 1092
VSK (CPO) LIMITED............................................................................................................1074, 1097

*W*

WESTLAND INSURANCE COMPANY ................................................................................................1065
WHITE DRAGON GLOBAL MACRO FUND ........................................................................................1145
WILLOW INVESTMENT COMPANY ......................................................................................1077, 1099
WOF OFFSHORE L.P. II ...............................................................................................................1113
WP X INVESTMENTS I LTD. .........................................................................................1085, 1109

*X*

XUEDA ACQUISITION LIMITED.......................................................................................................1121
XUEDA ACQUISITION LIMITED into XUEDA EDUCATION GROUP ................................................1128