```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


     -----------------------------x

     IN RE:
                                          3:16MC171 (RNC)
     EX PARTE APPLICATION OF
     IJK PALM LLC
                                          October 13, 2016
     -----------------------------x

                                          Federal Building
                                          450 Main Street
                                          Hartford, Connecticut


                       TELEPHONE CONFERENCE



     Held Before:
          The Honorable Donna F. Martinez
             U.S.D.C. Magistrate Judge
```

FALZARANO COURT REPORTERS, LLC
4 Somerset Lane
Simsbury, CT 06070
860.651.0258

Falzarano Court Reporters, LLC

```
 1       APPEARANCES:

 2            For the Movant:

 3            IJK Palm LLC

 4                 VERRILL & DANA LLP
                   33 Riverside Avenue
 5                 P.O. Box 5116
                   Westport, CT 06881
 6                 203.222.0885
                        By:  FRANK J. SILVESTRI, ESQ.
 7
                   GODFREY & KAHN, S.C.
 8                 833 East Michigan Street
                   Suite 1800
 9                 Milwaukee, WI 53205
                   414.273.3500
10                      By:  ZACHARY WILLENBRINK, ESQ.

11            For the Intervenor:

12            Anholt Services USA, Inc.

13                 HOLLAND & KNIGHT LLP
                   263 Tresser Boulevard
14                 Stamford, CT 06901
                   203.905.4500
15                      By:  CHRISTOPHER M. CERRITO, ESQ.

16                 HOLLAND & KNIGHT LLP
                   31 West 52nd Street
17                 New York, NY 10019
                   212.513.3538
18                      By:  SEAN C. SHEELY, ESQ.

19            Also Present:

20                 Kristen Brierley
                   Law Clerk
21

22

23

24

25
```

1        (Commenced: 10:33 a.m.)
2
3        THE COURT: Good morning. It's Judge
4   Martinez. This is In Re: Ex Parte
5   Application of IJK Palm, 16MC171, assigned to
6   Judge Chatigny.
7        Will counsel identify themselves,
8   please, for the record.
9        MR. SILVESTRI: Your Honor, Frank
10  Silvestri for the applicant, IJK Palm LLC.
11  Also, for IJK Palm, on the line, is Zachary
12  Willenbrink.
13       MR. SHEELY: Good morning, your Honor.
14  For the Anholt intervenor respondent, this is
15  Sean Sheely from Holland & Knight. And also
16  on the line is my partner in Connecticut,
17  Christopher Cerrito.
18       THE COURT: Okay. Thank you. I have
19  your papers and I've reviewed them. And I
20  just want to talk to you for a moment about
21  some procedural items.
22        First, what I'm -- I understand that
23  both parties have taken the position that the
24  court, that is I, don't, as a magistrate
25  judge, don't have the authority to issue the

rulings that I did as a final ruling, that it should be a recommended ruling, and you want Judge Chatigny to consider that ruling as a recommended ruling.

Here's how we are going to handle it. I'm going to treat your papers as a motion to reconsider. First, of course, we'll grant the motion to intervene. I'll treat your objections as a motion for reconsideration on the issue of jurisdiction, and I'll consider the jurisdictional arguments. Just depending on where I come down on that, I'll issue another ruling, either a final discovery ruling or a recommended ruling, to Judge Chatigny. Before I do that, I'll hear oral argument from you. And at oral argument, I'll hear you on the issues you've briefed: Is a shareholder entitled to pursue derivative action while the company is in liquidation? Is the company actually in liquidation? Have the liquidators refused to bring an action? If the liquidators do bring an action, does that make this application unnecessary?

And then, of course, I'll hear argument

on the statutory factors and the intel factors.

One thing I do want to ask, counsel, is this. You haven't really briefed the discovery requests themselves, except the intervenors have taken the position that the questions are overbroad. I don't know what the parties' position is on the questions themselves. Why don't I hear you on that.

Procedurally, I'm talking about. I don't want you to go through the questions themselves. Just procedurally, how do you see that?

MR. SHEELY: Well, your Honor, this is Sean Sheely for the Anholt respondent. And you're correct that we didn't address the scope or the breadth of the discovery requests. Our thought was that if we prevailed on the objections to the application, then the application would be denied. And if we didn't prevail, then at that point we could have a meet and confer with IJK Palm to see if we understood each other or what disputes there might exist, and then bring a separate motion to quash or to

1   set terms and conditions that would address
2   the nature and scope and extent of the
3   subpoena.
4           THE COURT:  Okay.  And does IJK Palm --
5           MR. SILVESTRI:  I would agree, your
6   Honor, that at some point before the court
7   were to rule on objections, there needs to be
8   a meet and confer.
9           THE COURT:  Okay. All right.  I agree
10  and I wanted to make sure that you were
11  there.  It occurs to me that, you know, if
12  there -- if we go ahead, then it would seem
13  to me, at a minimum, that some of these
14  issues might be narrowed.
15          So, all right.  I agree with that.
16  With that, I have nothing left to discuss
17  with you.
18          My law clerk is nudging me here for a
19  date for oral argument.  Just give me a
20  minute.
21          So, here are some dates:  October 19th
22  at 10:30; October 21st at 10:30 or two;
23  October 26th any time in the afternoon;
24  October 27th at 10:30.  So you may talk to
25  one another about that.  And I would just say

1  to you to get back to my law clerk, Kristen
2  Brierley, and get back to her quickly because
3  as I'm offering these dates to you, I'm
4  offering them to other counsel.
5         MR. SHEELY:  Okay.  Thank you.  The
6  parties could stay on the line after the
7  court concludes the conference and we could
8  discuss scheduling if that's convenient with
9  IJK's counsel.
10        THE COURT:  Okay.  Anything else we
11 should discuss?
12         Okay.  I'll let you get back to work.
13        MR. SILVESTRI:  Thank you, your Honor.
14        THE COURT:  Thank you for calling.
15
16         (Concluded:  10:40 a.m.)

1      CERTIFICATE
2
3      I hereby certify that the foregoing 7
4      pages are a complete and accurate
5      computer-aided transcription of my original
6      stenotype notes taken of the proceedings, which
7      were held In Re:  Ex Parte Application of IJK
8      Palm LLC, held before the Honorable Donna F.
9      Martinez, USDC Magistrate Judge, U.S. District
10     Court, 450 Main Street, Hartford, Connecticut
11     on October 13, 2016.
12
13
14
15         /s/ Irma Sanchez-Farnham
16     _____
17            IRMA SANCHEZ-FARNHAM
                  Court Reporter
18
19
20
21
22
23
24
25