# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| IN RE APPLICATION OF IJK PALM LLC,<br><br>    Applicant,<br><br>For Leave to Issue Subpoenas for the Taking of a Deposition and the Production of Documents Pursuant to 28 U.S.C. § 1782(a). | CASE NO. 3:16-MC-171 |

## SUPPLEMENTAL DECLARATION OF JOSEPH SCHLIDT IN SUPPORT OF APPLICATION FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782

Joseph Schlidt hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Director of Client Special Services with Godfrey & Kahn, S.C., and in that capacity I manage the business affairs of clients. As pertinent to this matter, I serve as the managing member of applicant IJK Palm LLC ("IJK Palm"). Thus, I have personal knowledge of the business activities of IJK Palm and all of the events that form the basis for IJK Palm's planned lawsuit in the Cayman Islands.

2. The February 13, 2019 Declaration of Tony Heaver-Wren is the first notice IJK Palm received of the application for dissolution of UOL. Had IJK Palm received notice earlier, it would have taken proactive steps to ensure that the liquidation of UOL remained active and that UOL not be dissolved.

3. I have been in contact with the Joint Official Liquidators (the "liquidators") of UOL in order to request that the liquidation of UOL remain active and to ensure that UOL is not dissolved. I am currently negotiating an agreement with the liquidators to achieve this goal, and

expect that we will reach an agreement shortly, pursuant to which the liquidation of UOL will remain active and the liquidators will withdraw the application for dissolution. I have also proposed the possibility that IJK Palm might purchase UOL's claims prior to dissolution, in the event that the application for dissolution is not withdrawn; although this is not the current focus of negotiations, it nonetheless remains a possibility. The liquidators have informed me that the Cayman Islands court has agreed to pause the dissolution while our negotiations are ongoing.

4. As these negotiations are ongoing, it is clear that UOL has not yet been dissolved and it is unlikely to be dissolved in the near future.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 11, 2019.

Joseph Schlidt

20310117.1