# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF IJK PALM LLC, | CASE NO. 3:16-MC-00171 (RNC) |
| Applicant, | |
| For Leave to Issue Subpoenas for the Taking of a Deposition and the Production of Documents Pursuant to 28 U.S.C. § 1782(a). | FEBRUARY 1, 2021 |

## MOTION BY APPLICANT IJK PALM LLC TO COMPEL DISCOVERY

Pursuant to Rule 37, Fed. R. Civ. P., Applicant IJK Palm LLC moves for an order compelling respondents to provide discovery pursuant to the following subpoenas dated July 15, 2016, copies of which are attached, as required by D. Conn. L. Civ. R. 37(b)(1), as exhibits to Applicant IJK Palm LLC's Brief in Opposition to Motion to Stay and Brief in Support of Motion to Compel:

1. Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Rudolph Krediet;

2. Subpoena to Testify at a Deposition in a Civil Action directed to Rudolph Krediet;

3. Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to I. Joseph Massoud;

4. Subpoena to Testify at a Deposition in a Civil Action directed to I. Joseph Massoud;

5. Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Anholt Services (USA), Inc.;

6. Subpoena to Testify at a Deposition in a Civil Action directed to Anholt Services (USA), Inc.;

7. Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Anholt Capital Partners (USA), Inc.;

8. Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Anholt (USA), LLC;

9. Subpoena to Testify at a Deposition in a Civil Action directed to Southern Harvest Partners, L.P.;

10. Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Southern Harvest Partners, L.P.;

11. Subpoena to Testify at a Deposition in a Civil Action directed to Kattegat Limited;

12. Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Kattegat Limited; and

13. Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Anholt Investments, Ltd.

The Court has ordered all respondents to comply with the foregoing subpoenas but they have failed to do so. Respondent-Intervenors Krediet, Massoud, Anholt Services (USA), Inc., Anholt Capital Partners (USA), Inc., and Anholt (USA), Inc., have moved for a stay of the Court's order pending their appeal, which motion should be denied for the reasons set forth in Applicant's brief in opposition thereto. Other than their blanket opposition to the Court's order granting IJK Palm's application, Respondent-Intervenors have not interposed any objections to any of the specific requests set forth in the subpoenas. Respondents Southern Harvest Partners,

L.P., Kattegat Limited and Anholt Investments, Ltd., have failed to appear, object or appeal after being served with the subpoenas directed to them.

      IJK Palm and the Respondent-Intervenors have conferred in good faith but without success in an attempt to resolve their disputes, as more fully set forth in the Declaration of Zachary Willenbrink, filed herewith as required by D. Conn. L. Civ. R. 37(a).

IJK PALM, LLC

By: /s/ Frank J. Silvestri, Jr.
Frank J. Silvestri, Jr. (ct05367)
Verrill Dana LLP
355 Riverside Avenue
Westport, CT 06880
Tel: 203-222-0885
Fax: 203-226-8025
fsilvestri@verrill-law.com

John Kirtley
Daniel J. Blinka
Zachary R. Willenbrink
Godfrey & Kahn, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Tel: 414-273-3500
Fax: 414-273-5198
jkirtley@gklaw.com
dblinka@gklaw.com
zwillenbrink@gklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

I further certify that on February 1, 2021, copies of the foregoing were sent via first-class mail to the following parties unable to accept electronic filing:

>Southern Harvest Partners, L.P.
>c/o Anholt Services (USA), Inc. and Anholt Capital Partners (USA), Inc.
>301 Riverside Avenue
>Westport, CT 06880
>
>Kattegat Limited
>c/o Anholt Services (USA), Inc. and Anholt Capital Partners (USA), Inc.
>301 Riverside Avenue
>Westport, CT 06880
>
>Anholt Investments, Ltd.
>c/o Anholt Services (USA), Inc. and Anholt Capital Partners (USA), Inc.
>301 Riverside Avenue
>Westport, CT 06880

>/s/ Frank J. Silvestri, Jr.
>Frank J. Silvestri, Jr. (ct05367)
>VERRILL DANA LLP
>355 Riverside Ave.
>Westport, CT 06880
>Tel: 203-222-0885
>Fax: 203-226-8025
>Email: fsilvestri@verrill-law.com

14644587